# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## AT URBANA
### VIDEO WRIT

| CASE NAME:<br><br>RONNIE JOHNSON v WEXFORD HEALTH SOURCES INC., ET AL | CASE NO.<br><br>04-2110 | Beginning Date of Trial:<br><br>10/21/2004 | Type of Trial:<br><br>Length of Trial:<br> days |
|---|---|---|---|

**TO: THE WARDEN OF DANVILLE CORR CENTER**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Ronnie Johnson | N 12401 | DANVILLE | 10/21/2004 | 9:30 - 10:00 |
| Keith Hill/Dfts' counsel | N/A | URBANA COURTHOUSE; COURTROOM B | 10/21/2004 | 9:30 - 10:00 |
| Richard Klaus/Dfts' counsel | N/A | URBANA COURTHOUSE; COURTROOM B | 10/21/2004 | 9:30 - 10:00 |
| Judge Baker | N/A | URBANA COURTHOUSE | 10/21/2004 | 9:30 - 10:00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated: September 28, 2004

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: _____s/ K. Wynn_____
       DEPUTY CLERK

cc: Ronnie Johnson
    Keith Hill
    Richard Klaus

Format and wording approved by IDOC Legal Counsel 2/11/98