UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RONNIE V. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 04-2110 |
| ) | |
| WEXFORD HEALTH SOURCES, INC., ) | HONORABLE Harold A. Baker |
| MARY MILLER, HEALTH CARE UNIT ) | Presiding Judge |
| ADMINISTRATOR and DOCTOR RONALD ) | |
| SCHAEFER, MD, ) | |
| ) | |
| Defendants. ) | |

**FILED**
NOV 19 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

### MOTION FOR THE APPOINTMENT OF COUNSEL

Plaintiff Ronnie V. Johnson, pursuant to §1915, requests this court to appoint counsel to represent him in this case for the following reasons:

1. The plaintiff is unable to afford counsel.

2. The plaintiff has made reasonable efforts to obtain legal representation.

3. The issues involved in this case are complex.

4. The plaintiff has limited access to the prison law library.

5. The plaintiff has a limited knowledge of the law.


November _17_, 2004

Ronnie V. Johnson
Register No. N12401
Danville Correctional Center
3820 East Main Street
Danville, IL. 61834

- 1 -