E-FILED
Friday, 19 November, 2004  11:34:47 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RONNIE V. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 04-2110 |
| ) | |
| WEXFORD HEALTH SOURCES, INC., ) | HONORABLE Harold A. Baker |
| MARY MILLER, HEALTH CARE UNIT ) | Presiding Judge |
| ADMINISTRATOR and DOCTOR RONALD ) | |
| SCHAEFER, MD, ) | |
| ) | |
| Defendants. ) | |

**FILED**
NOV 19 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

### AFFIDAVIT IN SUPPORT OF THE PLAINTIFF'S
### MOTION FOR THE APPOINTMENT OF COUNSEL

Ronnie V. Johnson, being duly sworn, deposes and says:

1. I am the plaintiff in the above entitled case. I make this affidavit in support of my motion for the appointment of counsel.

2. The complaint in this case alleges that the plaintiff was diagnosed with Hepatitis-C Virus and denied access to adequate and competent medical care and for further evaluation and a more definite diagnosis of his condition. It alleges prison medical staff were deliberately indifferent to his serious medical needs and with a view toward discouraging his efforts to obtain medical care, prison medical staff engaged in dilatory and evasive tactics to refuse or delay diagnostic testing and/or access to a liver specialist.

3. This is a complex case because it contains several different legal claims, with each claim involving either one or all three defendants. It will require the technical assistance of counsel who can generally do a better job than a prisoner at conducting difficult tasks of litigation, by virtue of experience and of not being locked-up in the defendants custody.

4. The case involves medical issues that may require expert testimony.

5. The plaintiff has demanded a jury trial.

6. The case will require discovery of documents and depositions of a number of witnesses.

7. The testimony will be in sharp conflict, since the plaintiff alleges that the defendants willfully denied him medical care, while the defendants in their statements to the grievance officer asserted that he was given every test to more definitely diagnose his condition.

8. The plaintiff has no legal education and does not have access to a person who knows the law and can help him. Appointment of counsel will therefore provide the plaintiff with an opportunity to obtain representation equally qualified with professional counsel usually provided by the State for the defendants, and that the technical assistance of counsel will bring to bear the expertise of effectively investigating the crucial facts of this case, and consequently therefore, render

the truth seeking function of this process a reliable testing.

9. The plaintiff is unable to afford counsel. An inmate trust fund ledger/transaction statement is attached to plaintiff's affidavit in support of request to proceed in forma pauperis filed previously herein, it accurately describes the plaintiff's financial status.

10. As set forth in the Memorandum of Law submitted with this motion, these facts, along with the legal merit of the plaintiff's claims, support the appointment of counsel to represent the plaintiff.

**WHEREFORE,** the plaintiff's motion for the appointment of counsel should be granted.


Ronnie V. Johnson
Register No. N-12401
Danville Correctional Center
3820 East Main Street
Danville, IL. 61834

Signed: _____

Sworn to before me this
17th day of November, 2004.
_____
Notary Public

"OFFICIAL SEAL"
ELIZABETH A. ROBSON
Notary Public, State of Illinois
My Commission Exp. 10-10-06

- 3 -