05415-P1361
RPK/dds

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RONNIE V. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | LAW NO.: 04-2110 |
| ) | |
| WEXFORD HEALTH SOURCES, INC., ) | |
| et al., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF COPYING RECORDS

TO:  Mr. Ronnie V. Johnson
     Register No. N-12401
     Danville Correctional Center
     3820 E. Main Street
     Danville, IL 61834

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE THAT ON Thursday, November 11, 2004, at 10:00 a.m., at Suite 300, 102 E. Main Street, Urbana, Illinois, the Defendant, WEXFORD HEALTH SOURCES, INC., will copy the records of ILLINOIS DEPARTMENT OF CORRECTIONS for discovery under Federal Rules of Civil Procedure, at which time you may appear.

Said records will be produced for copying, and no other discovery will take place. Copies of said records will be made available upon request, at the charge of $0.25 per page.

DATED:  October 21, 2004

WEXFORD HEALTH SOURCES, INC., Defendant

BY: _____
Richard P. Klaus
HEYL, ROYSTER, VOELKER & ALLEN

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Urbana, Illinois, on the 21st day of October, 2004.

Mr. Ronnie V. Johnson  
Register No. N-12401  
Danville Correctional Center  
3820 E. Main Street  
Danville, IL 61834

                                                Richard P. Klaus

**HEYL ROYSTER**  
**VOELKER**  
**&ALLEN**

Suite 300  
102 E. Main Street  
P.O. Box 129  
Urbana, IL 61803-0129  
Fax (217) 344-9295  
(217) 344-0060

# HEYL ROYSTER
# VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

OFFICES IN:
PEORIA, ILLINOIS
SPRINGFIELD, ILLINOIS
URBANA, ILLINOIS
ROCKFORD, ILLINOIS
EDWARDSVILLE, ILLINOIS

ROBERT V. DEWEY, JR.
*Managing Partner*

BRENT H. GWILLIM
FREDERICK P. VELDE
REX K. LINDER
JAMES C. KEARNS
DOUGLAS J. POMATTO
GARY L. BORAH
TIMOTHY L. BERTSCHY
GARY D. NELSON
ROBERT H. SHULTZ, JR.
DAVID R. SINN
ROGER R. CLAYTON
BRADFORD B. INGRAM
EDWARD M. WAGNER
NICHOLAS J. BERTSCHY
GARY S. SCHWAB
MICHAEL E. RAUB
BRUCE L. BONDS
ADRIAN E. HARLESS
STEPHEN J. HEINE
KEVIN J. LUTHER
KAREN L. KENDALL
CRAIG S. YOUNG
WILLIAM I. COVEY
CHRISTOPHER P. LARSON
KENT L. PLOTNER
RICHARD K. HUNSAKER
SCOTT D. SPOONER
DANIEL R. SIMMONS
PATRICK J. LONDRIGAN
JOHN D. FLODSTROM
JAMES M. VOELKER
BRADFORD J. PETERSON
JOSEPH G. FEEHAN
MATTHEW S. HEFFLEFINGER
DAVID A. PERKINS
MARK J. MCCLENATHAN
LISA A. LACONTE
BRAD A. ELWARD
JAMES J. MANNING
TIMOTHY W. KIRK
ELAINE MASSOCK
MARK D. HANSEN
JAMES A. TELTHORST
JOSEPH P. WHYTE
MICHAEL T. KOKAL
THERESA M. POWELL
KEITH E. FRUEHLING
EDWARD E. JOHNSTON
RICHARD P. KLAUS
DEBRA L. STEGALL
TIMOTHY A. GRAHAM
BRENT A. SWANSON
WILLIAM J. DYE, JR.
SCOTT G. SALEMI
SARAH L. PRATT
KATHLEEN M. STOCKWELL
PHILIP M. EISELE
DOUGLAS R. HEISE
MICHAEL D. CLARK
MICHAEL D. SCHAG
CHRISTINE M. MCCLIMANS
CRAIG L. UNRATH
ROBERT M. BENNETT
TONEY J. TOMASO
TOBIN J. TAYLOR
JAY E. ZNANIECKI
MARK A. LUDOLPH
DAVID L. SZLANFUCHT
JOHN C. CRAIG
MICHAEL F. DANIELS
JANE M. BOARDMAN
TANYA J. GERANIOS
APRIL G. TROEMPER
JILL I. ROGERS-MANNING
MATTHEW R. BOOKER
THOMAS J. DLUSKI
TIMOTHY A. MULDOWNEY
KEITH B. HILL
ANDREW J. KEYT
BRAD A. ANTONACCI
THOMAS P. CROWLEY
AARON J. BRYANT
DEBORAH A. HAWKINS
GRAY M. MAGEE, III
JOHN O. LANGFELDER
CANDACE BRUGGER SPOMAR
LAURA L. ALTHARDT
MICHAEL J. DENNING
MARY JO KUCA
JEFFREY T. BASH
KINGSHUK K. ROY
ANDREW J. ROTH
KYLE T. GRAY
ADAM J. LAGOCKI
LORI E. MCGIRK
JANA L. BRADY
GREGORY J. RASTATTER

October 21, 2004

Illinois Department of Corrections
1301 Concordia Court
P.O. Box 19277
Springfield, IL 62794-9277

IN RE:   Our File    :   05415-P1361
         Law No.     :   04-2110
         Ronnie V. Johnson v. Wexford Health Sources, Inc., et al.

Dear Sir/Madam:

Enclosed please find a Subpoena for Documents requesting the medical records on RONNIE V. JOHNSON. Also please find enclosed a check for the subpoena fee of $40.00.

Please bring these records to our office for copying on the date indicated on the subpoena. <u>If it is more convenient, you may mail copies of the records to us, or you may mail the records; they will be promptly returned</u>.

By copy of this letter, all counsel have been advised of the service of the Notice and Subpoena pursuant to the Federal Rules of Civil Procedure.

Thank you for your anticipated cooperation.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN


BY:
Richard P. Klaus
Ext. 226
rklaus@hrva.com
RPK/dds

Enc.: Subpoena
      Notice of Copying Records
      Attachment
      HIPAA Qualified Protective Order

cc:  Ronnie V. Johnson

05415-P1361    RPK/dds

AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

___CENTRAL___ DISTRICT OF ___ILLINOIS___
URBANA DIVISION

RONNIE V. JOHNSON,

V.   **SUBPOENA IN A CIVIL CASE**

WEXFORD HEALTH SOURCES, INC., et al.,

CASE NUMBER: 04-2110

TO: Illinois Department of Corrections
1301 Concordia Court
P.O. Box 19277
Springfield, IL  62794-9277

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHMENT

| PLACE Heyl, Royster, Voelker & Allen<br>Suite 300, 102 E. Main Street<br>Urbana, IL  61801 | DATE AND TIME<br>11/11/04 10:00 a.m. |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE<br>10/21/04 |
| --- | --- |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Richard P. Klaus; Heyl, Royster, Voelker & Allen, Ste. 300, 102 E. Main St., Urbana, IL  61801  (217) 344-0060

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

05415-P1361
RPK/dds

## ATTACHMENT A

Copies of any and all medical records and files relating in any way to RONNIE V. JOHNSON, date of birth: 10/12/53, inmate number: N12401, including but not limited to the following:

- a. All doctors and nurses notes and records.
- b. All emergency room reports
- c. All report of radiographs including x-rays, bone scans, MRI's, CT scans. **Please note that copies of films are not being requested at this time!**
- d. All toxicology test results including blood alcohol and controlled substance and cannabis results.
- e. All consultation reports.
- f. All histories and physicals.
- g. All discharge summaries.
- h. All physical therapy and treatment records.
- I. All emergency room reports.
- j. All other hospital and physician records of whatsoever kind or nature.
- k. All records from any other physician, hospital and healthcare practitioner in your possession.
- l. List by category and describe any records **NOT** furnished.
- m. **Copies of all bills for any care and treatment**.
- n. Copies of all correspondence or documents of any kind sent to or received by ILLINOIS DEPARTMENT OF CORRECTIONS relating in any way to the above-described individual, whether or not same are kept as a regular part of your medical records.
- o. All disability evaluations, disability reports, report to insurance companies or any other document in any way relating to the medical status of the above-described individual.

THIS SUBPOENA IS FOR ALL RECORDS IN YOUR POSSESSION AND UNDER YOUR CONTROL, REGARDLESS OF THE DATES REFLECTED IN THE RECORDS. DO NOT OMIT ANY RECORDS.

This Subpoena does not request nor does it require production of any records privileged by the Illinois Mental Health and Developmental Disabilities Confidentiality Act, 740 ILCS 110/1 et seq.; the Illinois Alcoholism and Other Drug Abuse Dependency Act, 20 ILCS 301/1-1, et seq. 42 USC §290dd-2(a) and 42 C.F.R. Part 2 or any other records containing any reference to HIV or AIDS.

05415-P1361
RPK:dkl
G:\61\P1361\P1361HIP 002

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

RONNIE V. JOHNSON,       )
                         )
    Plaintiff,           )
                         )
vs.                      )     No.: 04-2110
                         )
WEXFORD HEALTH SOURCES, INC., )     **FILED**
MARY MILLER, HEALTH CARE UNIT )
ADMINISTRATOR and DOCTOR RONALD )     OCT 21 2004
SCHAEFER, MD,            )
                         )     JOHN M. WATERS, CLERK
                         )     U.S. DISTRICT COURT
    Defendants.          )     CENTRAL DISTRICT OF ILLINOIS
                                URBANA, IL

## HIPAA QUALIFIED PROTECTIVE ORDER

THIS CAUSE COMING ON TO BE HEARD on the Motion for HIPAA Qualified Protective Order of Defendants, WEXFORD HEALTH SOURCES, INC. and RONALD SCHAEFER, M.D., the Court finds that good cause exists for the entry of an HIPAA Qualified Protective Order to prevent the unauthorized disclosure and direct the use of protected health information during the course of this litigation.

Accordingly, IT IS HEREBY ORDERED:

    1)    All records produced by the parties to this litigation shall be produced subject to the conditions of this order.

    2)    This order shall apply to any records produced by a Covered Entity as defined by 45 C.F.R. 160.103 which receives a request to produce or subpoena for protected health information.

3) During the course of this litigation, it may be necessary for the parties or their attorneys to disclose protected health information of the plaintiff, as that term is defined under the Health Insurance Portability and Accountability Act (HIPAA) and the Federal Regulations enacted pursuant to said Act.

    (a) All protected health information disclosed by any of plaintiff's health care providers shall be used for the sole purpose of preparing for or conducting this litigation, including, but not limited to, discovery, depositions, trial preparation, trial, and shall not be disclosed or revealed to anyone not authorized by this Protective Order.

    (b) Protected health information may be disclosed by any covered entity or health care provider, party or parties' attorney, without further notice to:

        (1) The parties' attorneys, experts, consultants, treating physicians, other health care providers, liability insurers for any of the parties involved in the litigation, in any proceedings for health oversight activities as permitted under 45 C.F.R. 164.512, court reporters, copy services, other similar vendors to the parties and their attorneys, as well as the professional and support staff of the firms representing the parties and those entities;

        (2) The parties, and each entity governed by this Order shall either (a) destroy, or (b) return to the entity who originally produced it, all protected health information, including all copies made, provided, however, that said protected health information may be retained in the files of the law firms handling this litigation and may be destroyed pursuant to their regular file retention policies so long as the protected health information is maintained in a secure environment.

Entered this 21st day of October, 2004

*[signature]*

2