05415-P1361
RPK:dkl
G:\61\P1361\P1361PMI 002

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RONNIE V. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 04-2110 |
| ) | |
| WEXFORD HEALTH SOURCES, INC., ) | |
| MARY MILLER, HEALTH CARE UNIT ) | |
| ADMINISTRATOR and DOCTOR RONALD ) | |
| SCHAEFER, MD, ) | |
| ) | |
| Defendants. ) | |

**SECOND MOTION FOR EXTENSION OF TIME**

Defendants, WEXFORD HEALTH SOURCES, INC. ("Wexford") and DR. RONALD SCHAEFER, M.D., by their attorneys, Richard P. Klaus and Keith B. Hill of Heyl, Royster, Voelker, & Allen, respectfully submit this Second Motion for Extension of Time. For their Motion, Defendants state as follows:

 1. On June 8, 2004, *pro se* Plaintiff, Ronnie V. Johnson, filed his Verified Complaint for Damages, Injunction, and Declaratory Judgment ("Complaint").

 2. Plaintiff's Complaint purports to assert an Eighth Amendment claim for deliberate indifference to a serious medical need against Defendants.

 3. The crux of Plaintiff's claim is Plaintiff's medical condition and treatment.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

4.      Defense counsel cannot evaluate Plaintiff's claim and prepare a responsive pleading or motion to Plaintiff's Complaint without having an opportunity to review Plaintiff's medical records.

5.      Defense counsel requested, through Defendant Wexford, that the Illinois Department of Corrections ("IDOC") disclose Plaintiff's medical records; however, such request was denied because of privacy concerns under the Health Insurance Portability and Accountability Act ("HIPAA").

6.      Defendants moved this Court for a HIPAA Qualified Protective Order, and the Court entered such an order on October 21, 2004. The Court also granted the Defendants' motion for extension of time to plead, to permit the Defendants time to subpoena, receive, and evaluate the medical records.

7.      As Defendants' counsel represented to the Court at the October 21, 2004 hearing, the Defendants promptly subpoenaed IDOC for the records. The subpoena and accompanying materials are attached as Exhibit A. IDOC has not yet complied with the subpoena. Defendants have separately moved to compel IDOC's compliance.

8.      This request for a brief extension of time is not brought to unduly delay this matter, but rather this request is being made to permit defense counsel an opportunity to obtain and review Plaintiff's medical records, evaluate Plaintiff's claim, and prepare a responsive pleading or motion.

9.      At all times relevant to this motion, Plaintiff was incarcerated at the Danville Correctional Center in Danville, Illinois.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

WHEREFORE, WEXFORD HEALTH SOURCES, INC. and DR. RONALD SCHAEFER, M.D., respectfully request that this Court enter an Order extending the deadline for Defendants to respond to Plaintiff's Complaint to twenty-one (21) days after the date of production of Plaintiff's medical records by IDOC.

        WEXFORD HEALTH SOURCES, INC.
        and RONALD SCHAEFER, M.D.,
        Defendants

| s/ Richard P. Klaus | s/ Keith B. Hill |
|---|---|
| Attorney for Defendants | Attorney for Defendants |
| Heyl, Royster, Voelker & Allen | Heyl, Royster, Voelker & Allen |
| Suite 300 | Suite 300 |
| 102 E. Main Street | 102 E. Main Street |
| P.O. Box 129 | P.O. Box 129 |
| Urbana, IL 61803-0129 | Urbana, IL 61803-0129 |
| 217-344-0060 Phone | 217-344-0060 Phone |
| 217-344-9295 Fax | 217-344-9295 Fax |
| E-mail: rklaus@hrva.com | E-mail: khill@hrva.com |

**HEYL ROYSTER VOELKER & ALLEN**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

3

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Ronnie V. Johnson
Register No. N-12401
Danville Correctional Center
3820 E. Main St.
Danville, IL 61834

Illinois Department of Corrections
1301 Concordia Court
P.O. Box 19277
Springfield, IL 61794-9277

                                                 s/ Richard P. Klaus
                                                 Attorney for Defendants
                                                 Heyl, Royster, Voelker & Allen
                                                 Suite 300
                                                 102 E. Main Street
                                                 P.O. Box 129
                                                 Urbana, IL 61803-0129
                                                 217-344-0060 Phone
                                                 217-344-9295 Fax
                                                 E-mail: rklaus@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060