05415-P1361
RPK/dds

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RONNIE V. JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WEXFORD HEALTH SOURCES, INC., )<br>et al., )<br>)<br>Defendant. ) | LAW NO.: 04-2110 |

### NOTICE OF COPYING RECORDS

TO:   Mr. Ronnie V. Johnson
      Register No. N-12401
      Danville Correctional Center
      3820 E. Main Street
      Danville, IL 61834

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE THAT ON Thursday, November 11, 2004, at 10:00 a.m., at Suite 300, 102 E. Main Street, Urbana, Illinois, the Defendant, WEXFORD HEALTH SOURCES, INC., will copy the records of ILLINOIS DEPARTMENT OF CORRECTIONS for discovery under Federal Rules of Civil Procedure, at which time you may appear.

Said records will be produced for copying, and no other discovery will take place. Copies of said records will be made available upon request, at the charge of $0.25 per page.

DATED: October 21, 2004

WEXFORD HEALTH SOURCES, INC., Defendant

BY: _____
    Richard P. Klaus
    HEYL, ROYSTER, VOELKER & ALLEN

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Urbana, Illinois, on the 21st day of October, 2004.

Mr. Ronnie V. Johnson
Register No. N-12401
Danville Correctional Center
3820 E. Main Street
Danville, IL 61834

_____
Richard P. Klaus

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

**HEYL ROYSTER VOELKER & ALLEN**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

Offices In:
Peoria, Illinois
Springfield, Illinois
Urbana, Illinois
Rockford, Illinois
Edwardsville, Illinois

October 21, 2004

Illinois Department of Corrections
1301 Concordia Court
P.O. Box 19277
Springfield, IL 62794-9277

IN RE:    Our File   :   05415-P1361
          Law No.    :   04-2110
          Ronnie V. Johnson v. Wexford Health Sources, Inc., et al.

Dear Sir/Madam:

Enclosed please find a Subpoena for Documents requesting the medical records on RONNIE V. JOHNSON. Also please find enclosed a check for the subpoena fee of $40.00.

Please bring these records to our office for copying on the date indicated on the subpoena. _If it is more convenient, you may mail copies of the records to us, or you may mail the records; they will be promptly returned_.

By copy of this letter, all counsel have been advised of the service of the Notice and Subpoena pursuant to the Federal Rules of Civil Procedure.

Thank you for your anticipated cooperation.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN

BY:
Richard P. Klaus
Ext. 226
rklaus@hrva.com
RPK/dds

Enc.: Subpoena
      Notice of Copying Records
      Attachment
      HIPAA Qualified Protective Order

cc:  Ronnie V. Johnson

Robert V. Dewey, Jr. — Managing Partner
Brent H. Gwillim, Frederick P. Velde, Rex K. Linder, James C. Kearns, Douglas J. Pomatto, Gary L. Borah, Timothy L. Bertschy, Gary D. Nelson, Robert H. Shultz, Jr., David R. Sinn, Roger R. Clayton, Bradford B. Ingram, Edward M. Wagner, Nicholas J. Bertschy, Gary S. Schwab, Michael E. Raub, Bruce L. Bonds, Adrian E. Harless, Stephen J. Heine, Kevin J. Luther, Karen L. Kendall, Craig S. Young, William I. Covey, Christopher P. Larson, Kent L. Plotner, Richard K. Hunsaker, Scott D. Spooner, Daniel R. Simmons, Patrick J. Londrigan, John D. Flodstrom, James M. Voelker, Bradford J. Peterson, Joseph G. Feehan, Matthew S. Hefflefinger, David A. Perkins, Mark J. McClenathan, Lisa A. LaConte, Brad A. Elward, James J. Manning, Timothy W. Kirk, Elaine Massock, Mark D. Hansen, James A. Telthorst, Joseph P. Whyte, Michael T. Kokal, Theresa M. Powell, Keith E. Fruehling, Edward E. Johnston, Richard P. Klaus, Debra L. Stegall, Timothy A. Graham, Brent A. Swanson, William J. Dye, Jr., Scott G. Salemi, Sarah L. Pratt, Kathleen M. Stockwell, Philip M. Eisele, Douglas R. Heise, Michael D. Clark, Michael D. Schag, Christine M. McClimans, Craig L. Unrath, Robert M. Bennett, Toney J. Tomaso, Tobin J. Taylor, Jay E. Znaniecki, Mark A. Ludolph, David L. Szlanfucht, John C. Craig, Michael F. Daniels, Jane M. Boardman, Tanya J. Geranios, April G. Troemper, Jill I. Rogers-Manning, Matthew R. Booker, Thomas J. Dluski, Timothy A. Muldowney, Keith B. Hill, Andrew J. Keyt, Brad A. Antonacci, Thomas P. Crowley, Aaron J. Bryant, Deborah A. Hawkins, Gray M. Magee, III, John O. Langfelder, Candace Brugger Spomar, Laura L. Althardt, Michael J. Denning, Mary Jo Kuca, Jeffrey T. Bash, Kingshuk K. Roy, Andrew J. Roth, Kyle T. Gray, Adam J. Lagocki, Lori E. McGirk, Jana L. Brady, Gregory J. Rastatter

05415-P1361    RPK/dds

AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

___CENTRAL___ DISTRICT OF ___ILLINOIS___
URBANA DIVISION

RONNIE V. JOHNSON,

V.

WEXFORD HEALTH SOURCES, INC., et al.,

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 04-2110

TO: Illinois Department of Corrections
1301 Concordia Court
P.O. Box 19277
Springfield, IL 62794-9277

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | |
|  | DATE AND TIME |
|  | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
|  | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHMENT

| PLACE  Heyl, Royster, Voelker & Allen<br>Suite 300, 102 E. Main Street<br>Urbana, IL 61801 | DATE AND TIME<br>11/11/04 10:00 a.m. |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
|  | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE<br>10/21/04 |
| --- | --- |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Richard P. Klaus; Heyl, Royster, Voelker & Allen, Ste. 300, 102 E. Main St., Urbana, IL 61801 (217) 344-0060

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

05415-P1361
RPK/dds

## ATTACHMENT A

Copies of any and all medical records and files relating in any way to RONNIE V. JOHNSON, date of birth: 10/12/53, inmate number: N12401, including but not limited to the following:

- a. All doctors and nurses notes and records.
- b. All emergency room reports
- c. All report of radiographs including x-rays, bone scans, MRI's, CT scans. **Please note that copies of films are not being requested at this time!**
- d. All toxicology test results including blood alcohol and controlled substance and cannabis results.
- e. All consultation reports.
- f. All histories and physicals.
- g. All discharge summaries.
- h. All physical therapy and treatment records.
- I. All emergency room reports.
- j. All other hospital and physician records of whatsoever kind or nature.
- k. All records from any other physician, hospital and healthcare practitioner in your possession.
- l. List by category and describe any records **NOT** furnished.
- m. **Copies of all bills for any care and treatment**.
- n. Copies of all correspondence or documents of any kind sent to or received by ILLINOIS DEPARTMENT OF CORRECTIONS relating in any way to the above-described individual, whether or not same are kept as a regular part of your medical records.
- o. All disability evaluations, disability reports, report to insurance companies or any other document in any way relating to the medical status of the above-described individual.

THIS SUBPOENA IS FOR ALL RECORDS IN YOUR POSSESSION AND UNDER YOUR CONTROL, REGARDLESS OF THE DATES REFLECTED IN THE RECORDS. DO NOT OMIT ANY RECORDS.

This Subpoena does not request nor does it require production of any records privileged by the Illinois Mental Health and Developmental Disabilities Confidentiality Act, 740 ILCS 110/1 et seq.; the Illinois Alcoholism and Other Drug Abuse Dependency Act, 20 ILCS 301/1-1, et seq. 42 USC §290dd-2(a) and 42 C.F.R. Part 2 or any other records containing any reference to HIV or AIDS.

05415-P1361
RPK:dkl
G:\61\P1361\P1361HIP 002

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| RONNIE V. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 04-2110 |
| ) | |
| WEXFORD HEALTH SOURCES, INC., ) | **FILED** |
| MARY MILLER, HEALTH CARE UNIT ) | |
| ADMINISTRATOR and DOCTOR RONALD ) | OCT 21 2004 |
| SCHAEFER, MD, ) | |
| ) | JOHN M. WATERS, CLERK |
| ) | U.S. DISTRICT COURT |
| Defendants. ) | CENTRAL DISTRICT OF ILLINOIS |
| | URBANA, IL |

### HIPAA QUALIFIED PROTECTIVE ORDER

THIS CAUSE COMING ON TO BE HEARD on the Motion for HIPAA Qualified Protective Order of Defendants, WEXFORD HEALTH SOURCES, INC. and RONALD SCHAEFER, M.D., the Court finds that good cause exists for the entry of an HIPAA Qualified Protective Order to prevent the unauthorized disclosure and direct the use of protected health information during the course of this litigation.

Accordingly, IT IS HEREBY ORDERED:

1)    All records produced by the parties to this litigation shall be produced subject to the conditions of this order.

2)    This order shall apply to any records produced by a Covered Entity as defined by 45 C.F.R. 160.103 which receives a request to produce or subpoena for protected health information.

3)  During the course of this litigation, it may be necessary for the parties or their attorneys to disclose protected health information of the plaintiff, as that term is defined under the Health Insurance Portability and Accountability Act (HIPAA) and the Federal Regulations enacted pursuant to said Act.

   (a)  All protected health information disclosed by any of plaintiff's health care providers shall be used for the sole purpose of preparing for or conducting this litigation, including, but not limited to, discovery, depositions, trial preparation, trial, and shall not be disclosed or revealed to anyone not authorized by this Protective Order.

   (b)  Protected health information may be disclosed by any covered entity or health care provider, party or parties' attorney, without further notice to:

      (1)  The parties' attorneys, experts, consultants, treating physicians, other health care providers, liability insurers for any of the parties involved in the litigation, in any proceedings for health oversight activities as permitted under 45 C.F.R. 164.512, court reporters, copy services, other similar vendors to the parties and their attorneys, as well as the professional and support staff of the firms representing the parties and those entities;

      (2)  The parties, and each entity governed by this Order shall either (a) destroy, or (b) return to the entity who originally produced it, all protected health information, including all copies made, provided, however, that said protected health information may be retained in the files of the law firms handling this litigation and may be destroyed pursuant to their regular file retention policies so long as the protected health information is maintained in a secure environment.

Entered this 21ST day of October, 2004

_____