**E-FILED**
Tuesday, 14 December, 2004 03:18:54 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RONNIE V. JOHNSON, #N-12401, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 04-2110 |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., | ) | |
| MARY MILLER, HEALTH CARE UNIT | ) | |
| ADMINISTRATOR, DOCTOR RONALD | ) | |
| SCHAEFER, MD, | ) | |
| | ) | |
| Defendants. | ) | |

### RESPONSE TO DEFENDANT WEXFORD HEALTH SOURCE'S MOTION TO COMPEL

NOW COMES the ILLINOIS DEPARTMENT OF CORRECTIONS, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and in response to Defendant Wexford Health Source's Motion to Compel, states as follows:

1. Defendant Wexford Health Source sent a subpoena to the Illinois Department of Corrections on or about October 21, 2004, requesting copies of the Medical Records of Plaintiff, Ronnie Johnson, an inmate at Danville Correctional Center.

2. Defendant filed its Motion to Compel on November 24, 2004, requesting the Court to order the Illinois Department of Correction's compliance with the subpoena.

3. The motion to compel and attached subpoena were forwarded to Kellie Peterson, Litigation Coordinator at Danville Correctional Center. However, according to Ms. Peterson, the subpoena had not been received at Danville prior to that time.

4. Upon receipt of the motion to compel, Ms. Peterson contacted the Office of the Attorney General for further response. Because Mr. Johnson has four volumes of medical records, the undersigned contacted Mr. Klaus, attorney for Wexford Health Sources, to clarify the dates of the medical records desired. Mr. Klaus agreed to limit the records to those dated July 1, 2003 through the present, and that information was forwarded to Danville Correctional Center.

5. The records are in the process of being copied, and Mr. Johnson has received a call pass to execute a release of medical information. As soon as the release is signed and the records copied, they will be forwarded to counsel for Wexford. Mr. Klaus has been informed of the above and is in agreement.

WHEREFORE, for the above and foregoing reasons, the Illinois Department of Corrections prays this Honorable Court deny Defendant Wexford's Motion to Compel.

    Respectfully submitted,

    ILLINOIS DEPARTMENT OF
    CORRECTIONS,

    LISA MADIGAN, Attorney General,
    State of Illinois

Kelly R. Choate, #6269533    Attorney for IDOC,
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706    By: s/ Kelly R. Choate
(217) 782-9026    KELLY R. CHOATE
    Assistant Attorney General

Of Counsel.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RONNIE V. JOHNSON, #N-12401, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 04-2110 |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., | ) | |
| MARY MILLER, HEALTH CARE UNIT | ) | |
| ADMINISTRATOR, DOCTOR RONALD | ) | |
| SCHAEFER, MD, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2004, I electronically filed a Response to Motion to Compel with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Keith Brandon Hill
khill@hrva.com

Richard P. Klaus
rklaus@hrva.com

and I hereby certify that on December 14, 2004, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Ronnie V. Johnson, #N-12401
Danville Correctional Center
3820 East Main Street
Danville, Illinois  61834

Respectfully Submitted,
s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois  62706
Phone:  (217) 782-9026
Fax:     (217) 524-5091
E-Mail:  kchoate@atg.state.il.us