**E-FILED**
Wednesday, 29 December, 2004  10:04:46 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RONNIE V. JOHNSON, #N-12401, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 04-2110 |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., | ) | |
| MARY MILLER, HEALTH CARE UNIT | ) | |
| ADMINISTRATOR, DOCTOR RONALD | ) | |
| SCHAEFER, MD, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

NOW COMES the Defendant, MARY MILLER, by and through her attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby submits her Motion to Dismiss.  In support thereof, Defendant states as follows:

1.      Plaintiff has submitted documentation with his complaint that establishes he is being evaluated and treated by physicians for his medical complaints and has failed to state a claim for deliberate indifference to serious medical needs as to this defendant.

2.      Plaintiff is not entitled to declaratory relief.

3.      Plaintiff is not entitled to injunctive relief absent a continuing constitutional violation.

4.      Defendant Miller is entitled to qualified immunity.

1

WHEREFORE, for the above and foregoing reasons, Defendant Miller prays this Honorable Court grant her motion to dismiss.

Respectfully submitted,

MARY MILLER,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois

Kelly R. Choate, #6269533                         Attorney for Defendant,
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706           By:   s/ Kelly R. Choate_____
(217) 782-9026                                  KELLY R. CHOATE
                                                Assistant Attorney General
Of Counsel.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

RONNIE V. JOHNSON, #N-12401,      )
                                 )
          Plaintiff,             )
                                 )
     -vs-                        )        No. 04-2110
                                 )
WEXFORD HEALTH SOURCES, INC.,    )
MARY MILLER, HEALTH CARE UNIT    )
ADMINISTRATOR, DOCTOR RONALD     )
SCHAEFER, MD,                    )
                                 )
          Defendants.            )

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2004, I electronically filed a Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Keith Brandon Hill
khill@hrva.com

Richard P. Klaus
rklaus@hrva.com

and I hereby certify that on December 29, 2004, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Ronnie V. Johnson, #N-12401
Danville Correctional Center
3820 East Main Street
Danville, Illinois 61834

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois 62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us