E-FILED
Tuesday, 15 February, 2005  03:17:41 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RONNIE V. JOHNSON, #N-12401, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) No. 04-2110 |
| WEXFORD HEALTH SOURCES, INC., MARY MILLER, HEALTH CARE UNIT ADMINISTRATOR, DOCTOR RONALD SCHAEFER, MD, | ) ) ) ) ) ) |
| Defendants. | ) |

## MOTION FOR ENLARGEMENT
## OF TIME TO ANSWER INTERROGATORIES

NOW COMES the Defendant, MARY MILLER, by and through her attorney, Lisa Madigan, Attorney General for the State of Illinois, and in pursuant of Federal Rule of Civil Procedure 6(b) files her motion for enlargement of time of thirty (30) days, up to and including March 18, 2005, in which to answer Interrogatories directed to Defendant. In support thereof, Defendant states:

1. Answers to Plaintiff's Interrogatories directed to Defendant Miller are due on February 15, 2005.

2. Since the first of the year, the Undersigned has been out of the office in Urbana on a hearing for *Aaron McCroy, #N-51882 v. IDOC, et al.*, USDC-CD Ill. No. 02-3171; depositions at Menard Correctional Center and Tamms Correctional Center; trial preparation in Galesburg and trial for *Jeff Alexander, et al. v. Donald Snyder, et al.*, USDC-CD Ill. No. 01-1427 in Urbana; trials in *Edens v. Cox, et. al.*, USDC-CD Ill. No.

02-3141 and for *Benjamin Pruitt, #B-55009 v. Stephen D. Mote, et al.*, USDC-CD Ill. No. 03-1030, also in Urbana.

3.  The Undersigned is scheduled to appear at trials on Tuesday, March 1, 2005 in *Young v. Cox*, USDC-CD Ill. No. 02-3322, Monday, March 14, 2005 in *Williams v. Washington, et al.*, USDC-SD Ill. No. 98-933, and on March 22, 2005 in *Strong v. David, et al.*, USDC-SD Ill. No. 99-118.  Each of these trials will require time out of the office to prepare the various defendants.

4.  The Undersigned has also prepared and filed several motions and pleadings during this time, and has been unable to complete the interrogatories, which include more than the allowed amount, by the deadline.

5.  This motion is made in good faith and not for purpose of delay and Plaintiff should not be prejudiced by an enlargement.

WHEREFORE, for the above and foregoing reasons, Defendant prays this Honorable Court grant her motion for enlargement of time of thirty (30) days, up to and including March 18, 2005, in which to answer Plaintiff's Interrogatories.

    Respectfully submitted,

    MARY MILLER

    Defendant,

    LISA MADIGAN, Attorney General,
    State of Illinois

Kelly R. Choate, #6269533    Attorney for Defendant,
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706    By:  s/ Kelly R. Choate
(217) 782-9026    KELLY R. CHOATE
    Assistant Attorney General

Of Counsel.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RONNIE V. JOHNSON, #N-12401, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 04-2110 |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., | ) | |
| MARY MILLER, HEALTH CARE UNIT | ) | |
| ADMINISTRATOR, DOCTOR RONALD | ) | |
| SCHAEFER, MD, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2004, I electronically filed a Motion for Enlargement of Time to Answer Interrogatories with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Keith Brandon Hill
Heyl Royster Voelker & Allen
khill@hrva.com

Richard P. Klaus
Heyl Royster Voelker & Allen
rklaus@hrva.com

and I hereby certify that on February 15, 2004, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Ronnie V. Johnson, #N-12401
Danville Correctional Center
3820 East Main Street
Danville, Illinois 61834

Respectfully Submitted,
s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us