05415-P1361
RPK:dkl
G:\61\P1361\P1361PMD 002

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| RONNIE V. JOHNSON, | ) |
| Plaintiff, | ) |
| vs. | )  No.: 04-2110 |
| WEXFORD HEALTH SOURCES, INC., MARY MILLER, HEALTH CARE UNIT ADMINISTRATOR and DOCTOR RONALD SCHAEFER, MD, | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants, WEXFORD HEALTH SOURCES, INC. ("Wexford") and DR. RONALD SCHAEFER, M.D., by their attorneys, Richard P. Klaus and Keith B. Hill of Heyl, Royster, Voelker, & Allen, respectfully move this Court to dismiss Plaintiff's Complaint. For their Motion, Defendants state as follows:

1.  On June 8, 2004, Plaintiff, Ronnie V. Johnson, while still incarcerated at the Danville Correctional Center ("DCC") in Danville, Illinois, filed his Complaint pursuant to 42 U.S.C. § 1983 alleging that Wexford Health Sources, Inc. ("Wexford"), Mary Miller, Health Care Unit Administrator, and Dr. Ronald Schaefer, M.D. had violated his Eighth Amendment rights. (Pl.'s Compl. ¶¶ 1, 2).

2.  The gravamen of Plaintiff's Complaint is that Plaintiff is dissatisfied with the treatment he is receiving for his Hepatitis C. Specifically, he complains that Defendants are not properly testing or treating him for the illness. (Pl.'s Compl. ¶¶ 1, 2).

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

3. Plaintiff's Complaint should be dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 12(b)(6) because Plaintiff has failed to state a claim upon which relief can be granted.

4. Plaintiff's Complaint should be dismissed against Wexford pursuant to Fed. R. Civ. P. Rule 12(b)(6) because Plaintiff's Complaint fails to sufficiently allege a Wexford policy that a Wexford employee followed, which caused the alleged deprivation of Plaintiff's Eighth Amendment right.

5. Defendants have concurrently filed their Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Complaint and incorporate the same herein by reference.

WHEREFORE, Defendants respectfully request that this Court dismiss Plaintiff's Complaint with prejudice.

    WEXFORD HEALTH SOURCES, INC.
    and RONALD SCHAEFER, M.D.,
    Defendants

| s/ Richard P. Klaus | s/ Keith B. Hill |
|---|---|
| Attorney for Defendants | Attorney for Defendants |
| Heyl, Royster, Voelker & Allen | Heyl, Royster, Voelker & Allen |
| Suite 300 | Suite 300 |
| 102 E. Main Street | 102 E. Main Street |
| P.O. Box 129 | P.O. Box 129 |
| Urbana, IL 61803-0129 | Urbana, IL 61803-0129 |
| 217-344-0060 Phone | 217-344-0060 Phone |
| 217-344-9295 Fax | 217-344-9295 Fax |
| E-mail: rklaus@hrva.com | E-mail: khill@hrva.com |

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Kelly Choate
Attorney at Law
Illinois Attorney General's Office
Assistant Attorney General
500 South Second Street
Springfield, IL  62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Ronnie V. Johnson
Register No. N-12401
Danville Correctional Center
3820 E. Main St.
Danville, IL 61834

      s/ Richard P. Klaus
      Attorney for Defendants
      Heyl, Royster, Voelker & Allen
      Suite 300
      102 E. Main Street
      P.O. Box 129
      Urbana, IL 61803-0129
      217-344-0060 Phone
      217-344-9295 Fax
      E-mail:  rklaus@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

3