**E-FILED**

Monday, 07 March, 2005 03:38:56 PM

Clerk, U.S. District Court, ILCD

IN THE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

| | | |
|---|---|---|
| RONNIE V. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **FILED** |
| vs. | ) No. 04-2110 | |
| | ) | MAR 0 7 2005 |
| WEXFORD HEALTH SOURCES, INC., | ) | JOHN M. WATERS, Clerk |
| MARY MILLER, HEALTH CARE UNIT | ) | U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS |
| ADMINISTRATOR and DOCTOR RONALD | ) | URBANA, IL |
| SCHAEFER, MD, | ) | |
| Defendants. | ) | |

## TRAVERSE TO DEFENDANTS WEXFORD and SCHAEFER'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Comes Now RONNIE V. JOHNSON, Plaintiff Pro Se, and he does hereby gives TRAVERSE to Defendants Wexford Health Sources, Inc. ("Wexford") and Dr. Ronald Schaefer's, M.D. motion to dismiss Plaintiff's Complaint; and, he requests this Honorable Court to DENY said motion to dismiss.    In support of this Traverse and this request, the following is submitted, alongwith a supporting Memorandum of Law, for due consideration:

(1.)    On February 25, 2005 Defendants WEXFORD and DR. RONALD SCHAEFER caused their motion to dismiss Plaintiff's Complaint to be filed with this Court.

(Page One)

(2.)  Essentially, said motion attempts to assert that
Plaintiff has failed to state a claim upon which relief can
be granted because the facts presented by Plaintiff in his
Complaint and in his exhibits fail to state a claim; and,
they failed to prove that the Defendants ignored Plaintiff's
Hepatitis C condition or acted in deliberate indifference to
it.

(3.)  And, said motion to dismiss seeks the dismissal of
Plaintiff's Complaint against Defendant WEXFORD because, it
contends, the Complaint fails to sufficiently allege a Wexford
policy that a Wexford employee followed, which caused the
alleged deprivation of Plaintiff's Eighth Amendment right to
care and treatment of his serious medical needs and his right
not to be subjected to cruel & unusual punishment.

(4.)  In TRAVERSE to Defendants' assertion that Plaintiff
has failed to state a claim upon which relief can be granted;
Your Plaintiff submits that Defendants are collaterally
estopped from relitigating what the Court has previously
determined to be legally sufficient enough to state a good
cause of action.  Otherwise, the issue of whether Defendants
acted with deliberate indifference in violation of Plaintiff's
constitutional rights when they refused to provide required
treatment for his serious medical illness is a matter for the
jury to determine at trial.  Especially, where it does not
appear beyond doubt that Plaintiff can prove no set of facts

(Page Two)

in support of his claim which would entitle him to relief,
dismissal at this stage of the proceedings is neither warranted
nor appropriate.

(5.) Likewise, in TRAVERSE to Defendant WEXFORD's
defensive claim that it should not be held accountable for
the violation of Plaintiff's Eighth Amendment constitutional
right, where the Complaint does not prove that a Wexford
policy or a Wexford employee were involved in such violation,
is a issue or defense to be determined by the jury at trial.
Such a defense asserted at this time and in this stage of the
proceedings is plainly frivolous and maliciously made in view
of Defendant WEXFORD's objections to and actual refusal to
disclose this evidence of its involvement in response to
Plaintiff's specific discovery requests.

WHEREFORE, RONNIE V. JOHNSON, Plaintiff Pro Se,
prays that this Honorable Court DENY Defendants' motion to
dismiss his complaint.

                                        $k_{i-} v. \partial^{2} \sim N_{i} 2401$
                                        _____
                                        Plaintiff Pro Se
SUBSCRIBED and SWORN to
before me on this $\frac{3}{2}^{ck}$ day
of March 2005.

NOTARY PUBLIC:

(Page Three)

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

RONNIE V. JOHNSON,                          )
                                            )
              Plaintiff,                    )
                                            )
      vs.                                   )    No. 04-2110
                                            )
WEXFORD HEALTH SOURCES, INC.,               )
MARY MILLER, HEALTH CARE UNIT               )
ADMINISTRATOR, DOCTOR RONALD                )
SCHAEFER, MD,                               )
                                            )
              Defendants.                   )

**FILED**

MAR 07 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## NOTICE OF FILING

TO:

Richard P. Klaus
Attorney for Defendants
Suite 300
102 E. Main Street
Urbana, Ill.   61803-0129

        PLEASE TAKE NOTICE that on March 3, 2005, I mailed to be
filed with the Clerk of the United States District Court for the
Central District of Illinois, Urbana Division, Plaintiff's TRAVERSE
to Defendants WEXFORD and RONALD SCHAEFER's motion to dismiss
plaintiff's complaint; and, a Rule 37 RULE TO SHOW CAUSE action.

        FURTHER, PROOF OF SERVICE is hereby given that Plaintiff do
certifies that copies of the foregoing instrument were served
upon the attorney listed in the aboved by enclosing the same in
an enveloped, addressed to such attorney, postage prepaid by
first class stamp and depositing the same in the mailbox at the
Danville Correctional Center on the date which appears below.

SUBSCRIBED and SWORN TO
before me on this 3rd day
of March 2005.

_____
Plaintiff

NOTARY PUBLIC: