E-FILED
Monday, 07 March, 2005  03:53:36 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RONNIE V. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 04-2110 |
| | ) |
| WEXFORD HEALTH SOURCES, INC., | ) |
| MARY MILLER, HEALTH CARE UNIT | ) |
| ADMINISTRATOR, DOCTOR RONALD | ) |
| SCHAEFER, MD, | ) |
| | ) |
| Defendants. | ) |

FILED
MAR 07 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA IL

MOTION FOR RULE TO SHOW CAUSE

Comes Now RONNIE V. JOHNSON, Plaintiff in the aboved cause of action, pursuant to the Federal Rules of Civil Procedure, Rule 37(a), hereby motions this court for the issuance of a RULE TO SHOW CAUSE to Defendants WEXFORD and RONALD SCHAEFER to answer why sanctions should not be imposed on them due to their failure to give answers to the Interrogatories properly asked of them.

(1.) On January 24, 2005 Plaintiff caused his first set of interrogatories served on Defendants Wexford and Schaefer. [1]

(2.) On February 25, 2005 said defendants objected to the Interrogatories asked of them and refused to answer said Interrogatories.

(Page One)

---

[1] See attached copies of Interrogatories directed to defendants DOCTOR RONALD SCHAEFER and WEXFORD HELATH SOURCES, INC.

(3.) Those Interrogatories defendants refused to answer due to their opinion that they: "seeks information not relevant to this action" should be properly and fully answered.

(4.) Those Interrogatories defendants refused to answer due to their opinion that such Interrogatories are "overly broad" should be properly and fully answered.

(5.) Those Interrogatories defendants refused to answer due to their opinion that such interrogatories are "vague and ambiguous" can be answered and should be properly and fully answered.

(6.) Those Interrogatories defendants refused to answer due to their opinion and interpretations that the "subparts transcends the number of Interrogatories that can be asked in a set" should be properly and fully answered.

(7.) Those interrogatories defendants have refused to answer willfully to prevent the disclosure of relevant & material information and documents should be properly and fully answered.

WHEREFORE, Plaintiff RONNIE V. JOHNSON prays for a RULE TO SHOW CAUSE to be issued to Defendants Wexford and Schaefer; and, if they fail to properly and fully answer all Interrogatories served on them by plaintiff that sanctions be imposed on them.

_____
Plaintiff

SUBSCRIBED and SWORN to
before me on this 3rd day
of March 2005.

NOTARY PUBLIC: _____

(Page Two of Two)