**E-FILED**
Thursday, 17 March, 2005  09:01:55 AM
Clerk, U.S. District Court, ILCD

05415-P1361
RPK:dkl
G:\61\P1361\P1361PMI 004

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS - URBANA DIVISION

| | | |
|---|---|---|
| RONNIE V. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 04-2110 |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., | ) | |
| MARY MILLER, HEALTH CARE UNIT | ) | |
| ADMINISTRATOR and DOCTOR RONALD | ) | |
| SCHAEFER, MD, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>RESPONSE TO PLAINTIFF'S MOTION FOR RULE TO SHOW CAUSE</u>

Defendants, WEXFORD HEALTH SOURCES, INC. ("Wexford") and DR. RONALD

SCHAEFER, M.D., by their attorneys, Richard P. Klaus and Keith B. Hill of Heyl, Royster,

Voelker, & Allen, respectfully submit this response to Plaintiff's Motion for Rule to Show

Cause.

1.    In June 2004, Plaintiff, Ronnie V. Johnson, filed his Complaint against

Wexford, Dr. Schaefer, and one other Defendant.

2.    In January 2005, Plaintiff propounded Plaintiff's First Set of Interrogatories

Directed to Defendant Wexford Health Sources, Inc. on Wexford, and Plaintiff's First Set of

Interrogatories Directed to Defendant Doctor Ronald Schaefer on Dr. Schaefer.

3.    In February 2005, Wexford served its Objections to Plaintiff's First Set of

Interrogatories Directed to Defendant Wexford Health Sources, Inc. on Plaintiff, and Dr.

Schaefer served his Answers and Objections to Plaintiff's First Set of Interrogatories Directed

to Defendant Dr. Ronald Schaefer on Plaintiff.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

4.      On March 7, 2005, Plaintiff filed his Motion for Rule to Show Cause.

5.      Plaintiff's motion purports to be brought pursuant to Fed. R. Civ. P. Rule 37(a) and also appears to seek sanctions pursuant to Fed. R. Civ. P. Rule 37(b).

6.      Plaintiff's motion is an improper Rule 37(a) motion to compel discovery because Plaintiff has failed to include a certification, pursuant to Fed. R. Civ. P. Rule 37(a)(2)(A), that he has in good faith conferred or attempted to confer with defense counsel in an effort to secure the disclosure without court action.

7.      Plaintiff has not conferred with defense counsel in an effort to secure the disclosure without court action.

8.      Plaintiff's motion is an improper Rule 37(b) motion for sanctions for failure to comply with a court order because this court has not entered an order compelling Wexford or Dr. Schaefer to provide or permit discovery.

WHEREFORE, Defendants, WEXFORD HEALTH SOURCES, INC. and DR. RONALD SCHAEFER, M.D., respectfully request that this Court deny Plaintiff's Motion for Rule to Show Cause.

                                        WEXFORD HEALTH SOURCES, INC.
                                        and RONALD SCHAEFER, M.D.,
                                        Defendants

s/ Richard P. Klaus                         s/ Keith B. Hill
Attorney for Defendants                     Attorney for Defendants
Heyl, Royster, Voelker & Allen              Heyl, Royster, Voelker & Allen
Suite 300                                   Suite 300
102 E. Main Street                          102 E. Main Street
P.O. Box 129                                P.O. Box 129
Urbana, IL 61803-0129                       Urbana, IL 61803-0129
217-344-0060 Phone                          217-344-0060 Phone
217-344-9295 Fax                            217-344-9295 Fax
E-mail: rklaus@hrva.com                     E-mail: khill@hrva.com

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Kelly Choate
Attorney at Law
Illinois Attorney General's Office
Assistant Attorney General
500 South Second Street
Springfield, IL  62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Ronnie V. Johnson
Register No. N-12401
Danville Correctional Center
3820 E. Main St.
Danville, IL 61834

s/  Richard P. Klaus
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail:  rklaus@hrva.com

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060