05415-P1361
RPK:dkl
G:\61\P1361\P1361DCC 001

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| RONNIE V. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No.: 04-2110 |
| | ) |
| WEXFORD HEALTH SOURCES, INC., | ) |
| MARY MILLER, HEALTH CARE UNIT | ) |
| ADMINISTRATOR and DOCTOR RONALD | ) |
| SCHAEFER, MD, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE FOR DISCOVERY**

The undersigned attorney hereby certifies that on the 17th day of March, 2005, he served copies of **OBJECTIONS TO PLAINTIFF'S FIRST DOCUMENT REQUEST TO DEFENDANT WEXFORD HEALTH SOURCES, INC.** and a copy of **OBJECTIONS TO PLAINTIFF'S FIRST DOCUMENT REQUEST TO DEFENDANT RONALD SCHAEFER** to the Plaintiff by depositing same in the U.S. Mails at Urbana, Illinois, with proper postage affixed thereto, to:

Ms. Kelly Choate
Attorney at Law
Illinois Attorney General's Office
Assistant Attorney General
500 South Second Street
Springfield, IL  62706

I hereby certify that I have mailed by U.S. Mail the Certificate of Service to the following non-CM/ECF participants:

Mr. Ronnie V. Johnson
Register No. N-12401
Danville Correctional Center
3820 E. Main St.
Danville, IL 61834

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

      As requested by the Federal Court of the Central District of Illinois, the originals of said documents were not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

                                              WEXFORD HEALTH SOURCES, INC.
                                              and RONALD SCHAEFER, M.D.,
                                              Defendants

| s/ Richard P. Klaus | s/ Keith B. Hill |
|---|---|
| Attorney for Defendants | Attorney for Defendants |
| Heyl, Royster, Voelker & Allen | Heyl, Royster, Voelker & Allen |
| Suite 300 | Suite 300 |
| 102 E. Main Street | 102 E. Main Street |
| P.O. Box 129 | P.O. Box 129 |
| Urbana, IL 61803-0129 | Urbana, IL 61803-0129 |
| 217-344-0060 Phone | 217-344-0060 Phone |
| 217-344-9295 Fax | 217-344-9295 Fax |
| E-mail: rklaus@hrva.com | E-mail: khill@hrva.com |

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060