E-FILED
Thursday, 24 March, 2005  01:45:55 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RONNIE V. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 04-2110 |
| vs. ) | |
| ) | |
| WEXFORD HEALTH SOURCES, INC., ) | |
| MARY MILLER, HEALTH CARE UNIT ) | HONORABLE  Harold A. Baker |
| ADMINISTRATOR, DOCTOR RONALD ) | Presiding Judge |
| SCHAEFER, MD, ) | |
| ) | |
| Defendants. ) | |

FILED
MAR 24 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## MOTION FOR RULE TO SHOW CAUSE

Comes Now RONNIE V. JOHNSON, Pro se Plaintiff, in the above cause of action, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and hereby motions this Court for the issuance of a RULE TO SHOW CAUSE to Defendant MARY MILLER to answer why sanctions should not be imposed on her due to defendant's failure to give timely answers to the interrogatories properly asked of defendant.

1. On January 18, 2005, Plaintiff caused his first set of interrogatories to be served on Defendant MARY MILLER.[1]

2. On February 15, 2005, Defendant MARY MILLER filed a Motion for Enlargement of Time to Answer Interrogatories with the Clerk of the Court.

3. The Court, in its discretion allowed Defendant MARY MILLER an additional fourteen (14) days, up to and including March 1, 2005, in which to answer interrogatories directed to Defendant MARY MILLER.[2]

- 1 -

4. The Defendant MARY MILLER has exceeded the fourteen (14) days Extention of Time allotted by the Court in excess of twenty-two (22) days.

5. Thos interrogatories defendant has refused or failed to answer and willfully to prevent the disclosure of relevant material information and documents should be properly and fully answered and affirmed.

6. WHEREFORE, the Plaintiff, RONNIE V. JOHNSON, respectfully move the Court to enter the attached RULE TO SHOW CAUSE and for such other relief as the Court deems necessary.

RONNIE V. JOHNSON, Plaintiff

By: _____

SUBSCRIBED and SWORN to before me this 22nd day of March, 2005

_____
Notary Public

"OFFICIAL SEAL"
ELIZABETH A. ROBSON
Notary Public, State of Illinois
My Commission Exp. 10-10-06

---

[1] See attached copy of Interrogatories directed to Defendant MARY MILLER

[2] See attached copy of the Court's 'Docket Text.'

- 2 -

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

RONNIE V. JOHNSON,         )
                           )
         Plaintiff,        )
                           )   CASE NO. 04-2110
    vs.                    )
                           )
WEXFORD HEALTH SOURCES, INC., )
MARY MILLER, HEALTH CARE UNIT )   HONORABLE   Harold A. Baker
ADMINISTRATOR, DOCTOR RONALD  )               Presiding Judge
SCHAEFER, MD,              )
                           )
         Defendants.       )

### NOTICE OF FILING

TO:

KELLY R. CHOATE, #6269533
Assistant Attorney General
500 South Second Street
Springfield, IL.; 62706

COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on March 22, 2005, I mailed to be filed with the Clerk of the United States District Court for the Central District of Illinois, Urbana Division, Plaintiff's Rule 37 MOTION FOR RULE TO SHOW CAUSE and PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT MARY MILLER.

FURTHER, PROOF OF SERVICE is hereby given that Plaintiff certifies that a copy of the foregoing instruments were served upon the attorney listed above by enclosing the same in an envelope, addressed to such attorney, with postage prepaid, by first class stamp and depositing the same in the mailbox located at the Danville Correctional Center on this 22nd day of March, 2005.

_____
Plaintiff

SUBSCRIBED and SWORN to before me
this 22nd day of March, 2005.

_____
Notary Public

"OFFICIAL SEAL"
ELIZABETH A. ROBSON
Notary Public, State of Illinois
My Commission Exp. 10-10-06