E-FILED
Thursday, 24 March, 2005 02:54:09 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RONNIE V. JOHNSON, #N-12401, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 04-2110 |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., | ) | |
| MARY MILLER, HEALTH CARE UNIT | ) | |
| ADMINISTRATOR, DOCTOR RONALD | ) | |
| SCHAEFER, MD, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT MILLER'S RESPONSE TO
PLAINTIFF'S MOTION FOR RULE TO SHOW CAUSE**

NOW COMES Defendant, Mary Miller, by her attorney, Lisa Madigan, Attorney General for the State of Illinois, and in response to Plaintiff's Motion for a Rule to Show Cause [doc 37] states as follows:

1. On February 15, 2005, Defendant Miller asked this Court for an enlargement of time up to and including March 18, 2005, to complete interrogatories. The request was docketed and a response date of March 1, 2005 was entered.

2. On March 18, 2005, Defendant Miller sent the interrogatory responses to Plaintiff, including thirty (30) pages of documents.

3. Subsequently, Plaintiff filed the instant motion for a rule to show cause citing the Defendant's failure to serve discovery by the court's response date of March 1, 2005.

4. Plaintiff has misread the docket entry, which gave him until March 1, 2005 to respond to Defendant's motion for enlargement, as the date for the Defendant to respond to the interrogatories.

5. Defendant Miller asked for an enlargement in good faith, and has responded to Plaintiff within the requested time period. Therefore, Plaintiff has no basis for his motion and it should be denied.

WHEREFORE, for the above and foregoing reasons, Defendant Miller prays this Honorable Court deny Plaintiff's Motion for a Rule to Show Cause.

    Respectfully submitted,

    MARY MILLER,

        Defendant,

    LISA MADIGAN, Attorney General,
    State of Illinois

Kelly R. Choate, #6269533    Attorney for Defendant,
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706    By: s/ Kelly R. Choate
(217) 782-9026    KELLY R. CHOATE
    Assistant Attorney General

Of Counsel.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RONNIE V. JOHNSON, #N-12401, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 04-2110 |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., | ) | |
| MARY MILLER, HEALTH CARE UNIT | ) | |
| ADMINISTRATOR, DOCTOR RONALD | ) | |
| SCHAEFER, MD, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 24, 2005, I electronically filed Defendant Miller's Response to Plaintiff's Motion for Rule to Show Cause with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Keith Brandon Hill
    khill@hrva.com

    Richard P. Klaus
    rklaus@hrva.com

and I hereby certify that on March 24, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

    Ronnie V. Johnson, #N-12401
    Danville Correctional Center
    3820 East Main Street
    Danville, Illinois  61834

    Respectfully Submitted,
      s/ Kelly R. Choate
    Kelly R. Choate, #6269533
    Assistant Attorney General
    Attorney for Defendant
    500 South Second Street
    Springfield, Illinois  62706
    Telephone:  (217) 782-9026
    Facsimile:   (217) 524-5091
    E-Mail:  kchoate@atg.state.il.us