E-FILED
Tuesday, 29 March, 2005  11:20:28 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RONNIE V. JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WEXFORD HEALTH SOURCES, INC., ) <br> MARY MILLER, HEALTH CARE UNIT ) <br> ADMINISTRATOR, DOCTOR RONALD ) <br> SCHAEFER, MD, ) <br> ) <br> Defendants. ) | CASE NO. 04-2110 <br><br> HONORABLE Harold A. Baker <br> Presiding Judge |

**FILED**
MAR 2 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**MOTION FOR PROTECTIVE ORDER**

Comes Now, Pro se Plaintiff, RONNIE V. JOHNSON, in the above cause of action, pursuant to FEDERAL RULES OF CIVIL PROCEDURE and hereby motions this court for the issuance of a PROTECTIVE ORDER to Defendant MARY MILLER to prohibit her from directing her agents to carry out unlawful search and seizure of documents to obtain illegal discovery of documents from Plaintiff RONNIE V. JOHNSON. In support of Motion, Plaintiff states the following:

1. On March 2, 2005, Plaintiff RONNIE V. JOHNSON filed his Grievance relative to refusal or failure of prison medical staff to provide him with standard medical care and tests to evaluate the condition of his liver. (SEE ATTACHED COPY OF GRIEVANCE)

2. In response to the grievance, on March 17, 2005, Plaintiff was seen by Doctor SHUTE, MD, who advised Plaintiff that he does not require any "liver function tests" and that "WEXFORD does not care about the cost for a liver biopsy and will provide this when your (Plaintiff's) liver enzymes are elevated for six

(6) months or more."

3. Plaintiff RONNIE V. JOHNSON advised Doctor SHUTE that his assertions about "WEXFORD" were untrue and that a case in point is that of Inmate ALEX REID of whom is critically ill with cirrhosis of the liver and hepatitis-C and who is currently in the health care unit and dying of the same.

4. Plaintiff RONNIE V. JOHNSON advised Doctor SHUTE that Plaintiff is currently litigating a civil action against MARY MILLER and WEXFORD HEALTH SOURCES, INC., relative to their deliberate indifference to his serious medical needs and that he (Plaintiff) has possession of a letter from the physician who examined ALEX REID and suggested to the Illinois Department of Corrections his reccommendation that ALEX REID be scheduled to receive a liver transplant and that Plaintiff also has possession of a letter from "WEXFORD" who denied the request by ALEX REID to receive a liver transplant.

5. Following Plaintiff RONNIE V. JOHNSON'S discussion with Doctor SHUTE, then, proceeding from an attitude of open hostility, on information and belief, Doctor SHUTE contacted MARY MILLER and notified her of my statements relative to possession of papers intended for use as exhibits in Plaintiff's civil action against MARY MILLER and WEXFORD HEALTH SOURCES, INC..

6. On information and belief, MARY MILLER contacted Lt. ROBERT RANDOLPH and implored him to conduct a search and seizure of the aforementioned papers cited in paragraph four (4) hereof.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RONNIE V. JOHNSON, | |
| Plaintiff, | |
| vs. | CASE NO. 04-2110 |
| WEXFORD HEALTH SOURCES, INC., MARY MILLER, HEALTH CARE UNIT ADMINISTRATOR, DOCTOR RONALD SCHAEFER, MD, | HONORABLE Harold A. Baker Presiding Judge |
| Defendants. | |

### NOTICE OF FILING

TO:

KELLY R. CHOATE, #6269533
Assistant Attorney General
500 South Second Street
Springfield, IL.; 62706

COUNSEL OF RECORD

**YOU ARE HEREBY NOTIFIED THAT** on March 23, 2005, I shall cause to be filed with the Clerk of the above Court Plaintiff's MOTION FOR PROTECTIVE ORDER, a copy of which is attached hereto and is hereby served upon you.

_____
Plaintiff

STATE OF ILLINOIS     )
                      ) SS
COUNTY OF VERMILLION  )

### AFFIDAVIT OF PROOF OF SERVICE

The undersigned, being first duly sworn upon oath, deposes and says that he served a copy of the aforementioned upon the above named party by depositing the same in the United States Mail with proper postage prepaid and addressed as indicated above, on this 23rd day of March, 2005.

_____
Affiant

SUBSCRIBED and SWORN to before me

this 22nd day of March, 2005.

_____
Notary Public

"OFFICIAL SEAL"
ELIZABETH A. ROBSON
Notary Public, State of Illinois
My Commission Exp. 10-10-06