RECEIVED
MAR 28 2005
U.S. CLERK'S OFFICE
URBANA, IL

E-FILED
Tuesday, 29 March, 2005  11:22:10 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RONNIE V. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 04-2110 |
| vs. ) | |
| ) | |
| WEXFORD HEALTH SOURCES, INC., ) | |
| MARY MILLER, HEALTH CARE UNIT ) | HONORABLE  Harold A. Baker |
| ADMINISTRATOR, DOCTOR RONALD ) | Presiding Judge |
| SCHAEFER, MD, ) | |
| ) | |
| Defendants. ) | |

### PROTECTIVE ORDER

THIS CAUSE COMING ON TO BE HEARD on Motion for PROTECTIVE ORDER of Plaintiff RONNIE V. JOHNSON, the Court finds that good cause exists for the entry of a PROTECTIVE ORDER to prevent the unauthorized method of discovery of documents from Plaintiff and to impede the prosecution of his case by Defendant MARY MILLER.

Accordingly, IT IS HEREBY ORDERED:

1) Defendant MARY MILLER shall cease and desist using Correctional Officers as agents and under directive of Defendant MARY MILLER to carry out the removal or seizure of documents in the possession of Plaintiff RONNIE V. JOHNSON.

2) Defendant MARY MILLER shall forthwith return all papers seized by her agents from Plaintiff RONNIE V. JOHNSON relative to the prosecution of his case.

Entered this _____ day of _____, 2005

_____