E-FILED
Tuesday, 29 March, 2005  11:23:55 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RONNIE V. JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) CASE NO. 04-2110 <br> vs. ) <br> ) <br> WEXFORD HEALTH SOURCES, INC., ) <br> MARY MILLER, HEALTH CARE UNIT ) HONORABLE Harold A. Baker <br> ADMINISTRATOR, DOCTOR RONALD ) Presiding Judge <br> SCHAEFER, MD, ) <br> ) <br> Defendants. ) | |

**FILED**

**MAR 28 2005**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

STATE OF ILLINOIS   )
                    ) **AFFIDAVIT OF LEE MARSHALL**
COUNTY OF VERMILLION )

LEE MARSHALL, N21063, being first duly sworn, deposes as follows:

1. At all times pertinent hereto affiant, LEE MARSHALL, was and has been incarcerated at the Illinois Department of Corrections, Danville Correctional Center, within the custody and control of Lt. ROBERT RANDOLPH and Ofc. JIMMY COLLINS.

2. The affiant is assigned to living quarters at housing unit R3, cell number D32, and that his assigned cell-mate is Mr. RONNIE V. JOHNSON, N12401.

3. On March 17, 2005, at approximately 12:40p.m., affiant was inside his assigned cell and responding to a call to nature, when Ofc. JIMMY COLLINS knocked at the cell door and ordered the affiant to "hurry and finish using the toilet."

4. Afterward, Ofc. JIMMY COLLINS declared "I'm on a mission, Lt. RANDOLPH sent me to search this cell."

- 1 -

5. As the affiant was exiting his assigned cell, Ofc. JIMMY COLLINS ordered him to "get away from the door."

6. Some several seconds later, Inmate GERALD REDDING, N64528, called affiant and advised him that Ofc. JIMMY COLLINS is not suppose to be reading a prisoners legal documents.

7. Affiant thereupon looked into his assigned cell and personally observed Ofc. JIMMY COLLINS reading Inmate RONNIE JOHNSON'S legal documents.

8. Ofc. JIMMY COLLINS seized legal papers belonging to Inmate RONNIE JOHNSON and other miscellaneous property items.

9. Ofc. JIMMY COLLINS did not file a "SHAKEDOWN RECORD/ CONFISCATED CONTRABAND (Tag/Receipt/Report/Chain-of-Custody Record)."

10. Ofc. JIMMY COLLINS did not file a "Disciplinary Report" against either occupant of the aforesaid cell at R3D32.

11. The affiant swears that the facts stated in this affidavit are true to his knowledge and that if called upon to testify relative to statements contained herein, the affiant will state the same under oath.

FURTHER, the affiant sayeth not.

_____
Affiant

SUBSCRIBED and SWORN to before me this 23rd day of March, 2005.

_____
Notary Public

"OFFICIAL SEAL"
ELIZABETH A. ROBSON
Notary Public, State of Illinois
My Commission Exp. 10-10-06

- 2 -