E-FILED
Tuesday, 29 March, 2005  11:26:11 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RONNIE V. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 04-2110 |
| vs. ) | |
| ) | |
| WEXFORD HEALTH SOURCES, INC., ) | |
| MARY MILLER, HEALTH CARE UNIT ) | HONORABLE  Harold A. Baker |
| ADMINISTRATOR, DOCTOR RONALD ) | Presiding Judge |
| SCHAEFER, MD, ) | |
| ) | |
| Defendants. ) | |

STATE OF ILLINOIS    )
                     )  **AFFIDAVIT OF GERALD REDDING**
COUNTY OF VERMILLION )

**FILED**

MAR 28 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

GERALD REDDING, N64528, being first duly sworn, deposes as follows:

1. At all times pertinent hereto affiant, GERALD REDDING, was and has been incarcerated at the Illinois Department of Corrections, Danville Correctional Center, within the custody and control of Ofc. JIMMY COLLINS.

2. The affiant is assigned to living quarters at housing unit R3, cell number D17, and that my assigned cell is situated diagnal to cell number D32.

3. On March 17, 2005, at approximately 12:45p.m., I personally observed Ofc. JIMMY COLLINS conducting a shakedown of cell number R3D32.  At which time, I also observed that Ofc. JIMMY COLLINS was reading papers taken from a prisoner's legal box containing legal documents.

4. Affiant notified Inmate LEE MARSHALL that Ofc. JIMMY COLLINS was reading someone's legal papers and that Ofc. JIMMY COLLINS is not suppose to read a prisoners legal documents.

5. Inmate LEE MARSHALL thereupon informed Inmate RONNIE JOHNSON that Ofc. JIMMY COLLINS was reading JOHNSON'S legal papers.

6. At the completion of the shakedown, Ofc. JIMMY COLLINS confiscated legal papers belonging to Inmate RONNIE JOHNSON and other miscellaneous property items.

7. The affiant swears that the facts stated in the foregoing affidavit are true to his knowledge and that if called to testify relative to statements contained herein, the affiant will state the same under oath.

FURTHER, the affiant sayeth not.

_____
Affiant

SUBSCRIBED and SWORN to before me
this 22nd day of March, 2005
_____
Notary Public

"OFFICIAL SEAL"
ELIZABETH A. ROBSON
Notary Public, State of Illinois
My Commission Exp. 10-10-06

- 2 -