E-FILED
Tuesday, 29 March, 2005 11:27:33 AM
Clerk, U.S. District Court, ILCD

FILED
MAR 28 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RONNIE V. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 04-2110 |
| vs. | ) |
| | ) |
| WEXFORD HEALTH SOURCES, INC., | ) |
| MARY MILLER, HEALTH CARE UNIT | ) HONORABLE Harold A. Baker |
| ADMINISTRATOR, DOCTOR RONALD | ) Presiding Judge |
| SCHAEFER, MD, | ) |
| | ) |
| Defendants. | ) |

STATE OF ILLINOIS    )
                     )    **AFFIDAVIT OF RONNIE V. JOHNSON**
COUNTY OF VERMILLION )

RONNIE V. JOHNSON, N12401, being first duly sworn, deposes as follows:

1. At all times pertinent hereto affiant, RONNIE V. JOHNSON, was and has been incarcerated at the Illinois Department of Corrections, Danville Correctional Center, within the custody and control of Lt. ROBERT RANDOLPH and Ofc. JIMMY COLLINS.

2. The affiant is assigned to living quarters at housing unit R3, cell number D32, and that his assigned cellmate is one Inmate LEE MARSHALL, N21063.

3. On March 17, 2005, at approximately 12:48p.m., I was notified by Inmate LEE MARSHALL that Ofc. JIMMY COLLINS was conducting a shakedown of my personal property and that Ofc. JIMMY COLLINS was reading my legal papers.

4. The affiant thereupon went to look into the matter and that Inmate RONNIE V. JOHNSON personally observed and witnessed

- 1 -

Ofc. JIMMY COLLINS readings the affiants legal documents.

5.  At the completion of the shakedown, Ofc. JIMMY COLLINS seized the following property items belonging to affiant:
    - (A.) an assortment of legal papers; and
    - (B.) a bag containing 1-grapefruit, 1-clove of garlic, and 3-bags of soya milk.

6.  At or about 1:10p.m., affiant was called into an office wherein both Lt. ROBERT RANDOLPH and Ofc. JIMMY COLLINS were present. There, affiant was alleged to have unauthorized possession of stolen food items and a ten page legal document bearing the name of another prisoner.

7.  Ofc. JIMMY COLLINS refused to allow affiant an opportunity to examine legal papers confiscated and seized.

8.  Following verification of authorization for possession of food items, the same food items were returned to affiant.

9.  After the affiant conducted an inventory of his personal property he discovered that Ofc. JIMMY COLLINS had seized certain legal documents of which are intended as exhibits in the above entitled case, namely,
    - (A.) one two-page letter from doctor on staff at hospital located in Springfield, Illinois; and
    - (B.) one one-page statement from WEXFORD HEALTH SOURCES, INC.

10. Ofc. JIMMY COLLINS did not file a "SHAKEDOWN RECORD/ CONFISCATED CONTRABAND (Tag/Receipt/Report/Chain-of-Custody Record)."

11. Ofc. JIMMY COLLINS did not file a Disciplinary Report asserting that either affiant or his cellmate were in violation

of any rule(s) relative to unauthorized possession of property items.

12. On information and belief, the actions taken by Lt. ROBERT RANDOLPH and Ofc. JIMMY COLLINS were performed at the behest of MARY MILLER.

13. The affiant swears that the facts stated in affidavits by Inmates LEE MARSHALL and GERALD REDDING are true to his knowledge, and that the facts stated herein on information and belief are true to the best of his knowledge and belief.

FURTHER, affiant sayeth not.

"OFFICIAL SEAL"
ELIZABETH A. ROBSON
Notary Public, State of Illinois
My Commission Exp. 10-10-06

_____
Affiant

SUBSCRIBED and SWORN to before me this 22nd day of March, 2005

_____
Notary Public

- 3 -