UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

RONNIE V. JOHNSON, )
)
    Plaintiff, )
) CASE NO. 04-2110
vs. )
)
WEXFORD HEALTH SOURCES, INC., )
MARY MILLER, HEALTH CARE UNIT ) HONORABLE Harold A. Baker
ADMINISTRATOR, DOCTOR RONALD ) Presiding Judge
SCHAEFER, MD, )
)
    Defendants. )

FILED
MAR 28 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA

## MOTION FOR RULE TO SHOW CAUSE

Comes Now Pro se Plaintiff, RONNIE V. JOHNSON in the above cause of action, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, and respectfully move the Court for the entry of an Order for RULE TO SHOW CAUSE to Defendants WEXFORD and Dr. RONALD SCHAEFER to answer why sanctions should not be imposed on Defendants due to their failure to produce document requests properly asked of them and in support thereof, state as follows:

    1. On March 1, 2005, Plaintiff filed his FIRST DOCUMENT REQUEST(S) to Defendants WEXFORD and RONALD SCHAEFER, respectively.

    2. On the 17th day of March, 2005, said Defendants filed OBJECTIONS TO PLAINTIFF'S FIRST DOCUMENT REQUEST(S) TO DEFENDANT WEXFORD and RONALD SCHAEFER, respectively, and refused to produce said documents requests.

    3. Those document requests Defendant RONALD SCHAEFER refused to produce due to his opinion "that it seeks information not

- 1 -

SCANNED
DATE:_____ BY:_____

relevant to this action" should be properly produced.

4. Those document requests Defendant Ronald Schaefer refused to produce due to his opinion "that it is vague and ambiguous" should be properly produced.

5. Those document requests Defendant RONALD SCHAEFER refused to produce due to his opinion that "it is so broad and all inclusive as to be burdensome..." should be properly produced.

6. Those document requests Defendant WEXFORD refused to produce due to their opinion "that it is vague and ambiguous, it is so broad and all-inclusive as to be burdensome, and it seeks information not relevant to this action" should be properly produced.

7. Those document requests the said Defendants have refused to produce and willfully to prevent the disclosure of relevant & material information should be properly and fully produced.

WHEREFORE, the Plaintiff, RONNIE V. JOHNSON, respectfully move the Court to enter the attached RULE TO SHOW CAUSE and for such other relief as the Court deems necessary.

RONNIE V. JOHNSON, Plaintiff

By: *Ronnie V. Johnson*

- 2 -