RECEIVED
MAR 28 2005
U.S. CLERK'S OFFICE
URBANA, IL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

RONNIE V. JOHNSON, )
)
Plaintiff, )
) CASE NO. 04-2110
vs. )
)
WEXFORD HEALTH SOURCES, INC., )
MARY MILLER, HEALTH CARE UNIT ) HONORABLE  Harold A. Baker
ADMINISTRATOR, DOCTOR RONALD )            Presiding Judge
SCHAEFER, MD, )
)
Defendants. )

## RULE TO SHOW CAUSE

THIS CAUSE COMING ON TO BE HEARD on the Motion for Rule to Show Cause of Plaintiff, RONNIE V. JOHNSON, the Court finds that good cause exists for the entry of a RULE TO SHOW CAUSE to prevent Defendants efforts to evade disclosure of revelant papers and information pertaining to Plaintiff's prosecution of his case.

Accordingly, IT IS HEREBY ORDERED:

1) Defendants WEXFORD and Dr. RONALD SCHAEFER shall produce all documents requested in Plaintiff's document request(s) to said Defendants.


Entered this _____ day of _____, 2005

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

RONNIE V. JOHNSON,           )
                             )
          Plaintiff,         )
                             )    CASE NO.  04-2110
     vs.                     )
                             )
WEXFORD HEALTH SOURCES, INC.,)
MARY MILLER, HEALTH CARE UNIT)    HONORABLE  Harold A. Baker
ADMINISTRATOR, DOCTOR RONALD )               Presiding Judge
SCHAEFER, MD,                )
                             )
          Defendants.        )

## NOTICE OF FILING

TO:
Richard P. Klaus                    —    Keith B. Hill
HEYL,ROYSTER,VOELKER & ALLEN             HEYL,ROYSTER,VOELKER & ALLEN
Suite 300                                Suite 300
102 E. Main Street                       102 E. Main Street
P.O. Box 129                             P.O. Box 129
Urbana, IL. 61803-0129                   Urbana, IL. 61803-0129

Attorney for Defendants                  Attorney for Defendants

YOU ARE HEREBY NOTIFIED THAT on the 24th day of March, 2005, I shall cause to be filed with the Clerk of the above Court Plaintiff's FIRST DOCUMENT REQUEST TO DEFENDANT RONALD SCHAEFER, Plaintiff's FIRST DOCUMENT REQUEST TO DEFENDANT WEXFORD HEALTH SOURCES, INC., NOTICE and MOTION FOR RULE TO SHOW CAUSE and RULE TO SHOW CAUSE, a copy of which is attached hereto and is hereby served upon you.

_____
Plaintiff

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF VERMILLION )

### AFFIDAVIT OF PROOF OF SERVICE

The undersigned, being first duly sworn upon oath, deposes and says that he served a copy of the aforementioned upon the above named parties by depositing the same in the United States Mail, with proper postage prepaid and addressed as indicated above, on this 24th day of March, 2005.

_____
Affiant

Subscribed and Sworn to before me
this 24th day of March, 2005.

_____
Notary Public

"OFFICIAL SEAL"
ELIZABETH A. ROBSON
Notary Public, State of Illinois
My Commission Exp. 10-10-06