05415-P1361
RPK:dkl
G:\61\P1361\P1361PMI 005

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| RONNIE V. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 04-2110 |
| | ) |
| WEXFORD HEALTH SOURCES, INC., | ) |
| MARY MILLER, HEALTH CARE UNIT | ) |
| ADMINISTRATOR and DOCTOR RONALD | ) |
| SCHAEFER, MD, | ) |
| | ) |
| Defendants. | ) |

## RESPONSE TO PLAINTIFF'S MOTION
## FOR RULE TO SHOW CAUSE

Defendants, WEXFORD HEALTH SOURCES, INC. ("Wexford") and DR. RONALD SCHAEFER, M.D., by their attorneys, Richard P. Klaus and Keith B. Hill of Heyl, Royster, Voelker, & Allen, respectfully submit this response to Plaintiff's Motion for Rule to Show Cause.

1. In June 2004, Plaintiff, Ronnie V. Johnson, filed his Complaint against Wexford, Dr. Schaefer, and one other Defendant.

2. In March 2005, Plaintiff propounded Plaintiff's First Document Request to Defendant Wexford Health Sources, Inc. on Wexford and Plaintiff's First Document Request to Defendant Ronald Schaefer on Dr. Schaefer.

3. In March 2005, Wexford served its Objections to Plaintiff's First Document Request to Defendant Wexford Health Sources, Inc. on Plaintiff, and Dr. Schaefer served his Objections to Plaintiff's First Document Request to Defendant Ronald Schaefer.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

4. On March 28, 2005, Plaintiff filed his Motion for Rule to Show Cause.

5. Plaintiff's motion purports to be brought pursuant to Fed. R. Civ. P. Rule 37(a) and also appears to seek sanctions pursuant to Fed. R. Civ. P. Rule 37(b).

6. Plaintiff's motion is an improper Rule 37(a) motion to compel discovery because Plaintiff has failed to include a certification, pursuant to Fed. R. Civ. P. Rule 37(a)(2)(A), that he has in good faith conferred or attempted to confer with defense counsel in an effort to secure the disclosure without court action.

7. Plaintiff has not conferred with defense counsel in an effort to secure the disclosure without court action.

8. Plaintiff's motion is an improper Rule 37(b) motion for sanctions for failure to comply with a court order because this court has not entered an order compelling Wexford or Dr. Schaefer to provide or permit discovery.

WHEREFORE, Defendants, WEXFORD HEALTH SOURCES, INC. and DR. RONALD SCHAEFER, M.D., respectfully request that this Court deny Plaintiff's Motion for Rule to Show Cause.

        WEXFORD HEALTH SOURCES, INC.
        and RONALD SCHAEFER, M.D.,
        Defendants

| | |
|---|---|
| s/ Richard P. Klaus | s/ Keith B. Hill |
| Attorney for Defendants | Attorney for Defendants |
| Heyl, Royster, Voelker & Allen | Heyl, Royster, Voelker & Allen |
| Suite 300 | Suite 300 |
| 102 E. Main Street | 102 E. Main Street |
| P.O. Box 129 | P.O. Box 129 |
| Urbana, IL 61803-0129 | Urbana, IL 61803-0129 |
| 217-344-0060 Phone | 217-344-0060 Phone |
| 217-344-9295 Fax | 217-344-9295 Fax |
| E-mail: rklaus@hrva.com | E-mail: khill@hrva.com |

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Kelly Choate
Attorney at Law
Illinois Attorney General's Office
Assistant Attorney General
500 South Second Street
Springfield, IL  62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Ronnie V. Johnson
Register No. N-12401
Danville Correctional Center
3820 E. Main St.
Danville, IL 61834

    s/ Richard P. Klaus
    Attorney for Defendants
    Heyl, Royster, Voelker & Allen
    Suite 300
    102 E. Main Street
    P.O. Box 129
    Urbana, IL 61803-0129
    217-344-0060 Phone
    217-344-9295 Fax
    E-mail:  rklaus@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

3