Ronnie V. Johnson, N12401
Danville Correctional Center
3820 East Main Street
Danville, IL. 61834

April 1, 2005

UNITED STATES DISTRICT COURT
Central District Of Illinois
OFFICE of the CLERK
201 S. Vine St., Room 218
Urbana, IL. 61802-3348



IN RE:  CASE NAME (Johnson v. Wexford, et al.)
        CASE NO.  04-2110

CLERK of the Court:

On or about March 22, 2005, Plaintiff herein mailed to be filed with the Clerk his MOTION FOR RULE TO SHOW CAUSE relative to OBJECTIONS TO PLAINTIFF'S FIRST DOCUMENT REQUEST TO DEFENDANT WEXFORD HEALTH SOURCES, INC. and OBJECTIONS TO PLAINTIFF'S FIRST DOCUMENT REQUEST TO DEFENDANT RONALD SCHAEFER. Plaintiff, therewith provided the Court with a stamped, self-addressed envelope and requested the return of a file-stamped copy of extra documents submitted.

This is therefore to renew the abovesaid request that your office will provide Plaintiff with a file-stamped copy of his MOTION FOR RULE TO SHOW CAUSE.

Sincerely yours,

R— v. J—



Ronnie V. Johnson, N12401
Danville Correctional Center
3820 East Main Street
Danville, IL., 61834

March 23, 2005

UNITED STATES DISTRICT COURT
Central District Of Illinois
   OFFICE of the CLERK
 201 S. Vine St., Room 218
  Urbana, IL. 61802-3348

    IN RE:  CASE NAME:  JOHNSON v. WEXFORD, et al.
            CASE NO.:  04-cv-2110

Clerk of the Court:

    Plaintiff, herewith submits to the Court a signed, original MOTION FOR PROTECTIVE ORDER, PROTECTIVE ORDER, AFFIDAVIT BY LEE MARSHALL, AFFIDAVIT BY GERALD REDDING and AFFIDAVIT by RONNIE V. JOHNSON to be filed with the Clerk of the Court.

    Plaintiff, herewith provides the Court with a stamped, self-addressed envelope and wishes the Clerk to return a file-stamped copy of extra documents submitted.

Sincerely yours,

*R. V. J.*