E-FILED
Friday, 01 April, 2005  04:23:11 PM
Clerk, U.S. District Court, ILCD

Ronnie V. Johnson, N12401
Danville Correctional Center
3820 East Main Street
Danville, IL. 61834

FILED
APR 0 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

April 1, 2005

UNITED STATES DISTRICT COURT
Central District Of Illinois
  OFFICE of the CLERK
 201 S. Vine St., Room 218
  Urbana, IL. 61802-3348

       IN RE: CASE NAME  (Johnson v. Wexford, et al.)
             CASE NO.   04-2110

CLERK of the Court:

On March 23, 2005, Plaintiff herein submitted to the Court the attached letter and request to be provided with a file-stamped copy of extra documents submitted. In response thereto, on March 29, 2005, Plaintiff received the attached letter and other documents previously requested to be returned file-stamped.

WHEREFORE, this is to renew Plaintiff's request to be provided with a file-stamped copy of extra documents submitted as so stated in attached communication.

                             Sincerely yours,

                             Ronnie V. Johnson