IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RONNIE V. JOHNSON, #N-12401, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 04-2110 |
| | ) |
| WEXFORD HEALTH SOURCES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT MILLER'S RESPONSE TO
PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

NOW COMES Defendant, Mary Miller, by her attorney, Lisa Madigan, Attorney General for the State of Illinois, and in response to Plaintiff's Motion for Protective Order [39] responds as follows:

1. Plaintiff filed his motion for a protective order asking this Court to prohibit Defendant Miller from directing her agents to carry out unlawful search and seizure of documents for purposes of illegal discovery.

2. Plaintiff alleges he told a physician, Dr. Shute, that he was in possession of a letter from another physician regarding the medical care of another inmate. Plaintiff then alleges Dr. Shute told Defendant Miller who contacted a Lieutenant, telling him to search and confiscate the letter.

3. Inmate's master files and medical records are confidential by statute, and are not to be in the possession of other inmates.  See 730 ILCS 5/3-5-1 (West 2002).

4. Defendant Miller was notified both by some nurses and by Dr. Shute that they believed Plaintiff was in possession of another inmate's medical records. Defendant Miller notified a Major of the information she received (Affidavit of Miller).

5. Defendant Miller does not have the authority to order a search of an inmate's cell, nor does she have the authority to order items found during a search to be confiscated (Affidavit of Miller).

6. Plaintiff does not have the right to possess contraband, regardless of whether he is pursuing legal action, has not established that the search of his cell was either illegal or prompted by Defendant Miller for any improper purpose, and therefore has no basis the issuance of a protective order of the sort he is requesting.

WHEREFORE, for the above and foregoing reasons, Defendant prays this Honorable Court deny Plaintiff's motion for a protective order.

Respectfully submitted,

MARY MILLER,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois

By: s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RONNIE V. JOHNSON, #N-12401,     ) | |
| Plaintiff,     ) | |
| -vs-     ) | No. 04-2110 |
| WEXFORD HEALTH SOURCES, INC.,     )<br>et al.,     ) | |
| Defendants.     ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2005, I electronically filed Defendant Miller's Response to Plaintiff's Motion for Protective Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Keith Brandon Hill
khill@hrva.com

Richard P. Klaus
rklaus@hrva.com

and I hereby certify that on April 6, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Ronnie V. Johnson, #N-12401
Danville Correctional Center
3820 East Main Street
Danville, Illinois  61834

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us