STATE OF ILLINOIS        )
                         )
COUNTY OF VERMILLION     )

# AFFIDAVIT

I, MARY MILLER, being first duly sworn under oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am employed by Illinois Department of Corrections as Health Care Unit Administrator at Danville Correctional Center.

2. Recently, I was approached by both Dr. Shute and nurses working in the Health Care Unit who informed me that Ronnie Johnson had given them reason to believe he was in possession of another inmate's medical records. Both Dr. Shute and I were concerned about how he could obtain and possess confidential documents belonging to another inmate.

3. I forwarded my concerns to Major Tamalunis, who caused Mr. Johnson's cell to be searched for the records. I was later informed by Major Tamalunis that no other inmate's medical records were found in Mr. Johnson's possession.

4. I do not have the authority to order a cell to be searched nor any authority to order items to be confiscated from an inmate's cell. That determination is made by security.

5. My decision to forward my concerns to Major Tamalunis was not prompted by hostility or any desire to affect Mr. Johnson's

current litigation. It was prompted by a desire to maintain the confidentiality of another inmate's medical records. If I was informed of the same information regarding any inmate, my actions would be the same.

FURTHER AFFIANT SAYETH NOT.

_Mary Miller_
MARY MILLER

SUBSCRIBED and SWORN TO
before me this 6th day
of April, 2005.
_Kellie L. Petersen_
NOTARY PUBLIC

OFFICIAL SEAL
KELLIE L. PETERSEN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES JULY 1, 2007