E-FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

Monday, 11 April, 2005  04:26:02 PM
Clerk, U.S. District Court, ILCD

RONNIE V. JOHNSON,                    )
                                      )
                    Plaintiff,        )
                                      )        CASE NO.   04-2110
          vs.                         )
                                      )
WEXFORD HEALTH SOURCES, INC.,         )
MARY MILLER, HEALTH CARE UNIT         )        HONORABLE   Harold A. Baker
ADMINISTRATOR, DOCTOR RONALD          )                    Presiding Judge
SCHAEFER, MD,                         )
                                      )
                    Defendants.       )

**FILED**

APR 1 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**MOTION FOR RULE TO SHOW CAUSE**

Comes now pro se Plaintiff, RONNIE V. JOHNSON, in the above

cause of action, pursuant to Rule 37(a) of the Federal Rules of

Civil Procedure and hereby motions this Court for the issuance

of a RULE TO SHOW CAUSE to Defendant MARY MILLER to answer why

sanctions should not be imposed on her due to defendant's fail-

ure to provide timely production of documents requested and

properly asked of Defendant MARY MILLER and in support thereof,

state as follows:

1.  On March 1, 2005, Plaintiff filed his FIRST DOCUMENT

REQUEST(S) to Defendant MARY MILLER.

2.  On March 25, 2005, said Defendant filed OBJECTIONS TO

PLAINTIFF'S FIRST DOCUMENT REQUEST(S) TO DEFENDANT MILLER, and

refused to produce said documents requested.

3.  Those document requests Defendant MARY MILLER refused

to produce due to her opinion that "the documents sought in

- 1 -

request are irrelevant, inadmissible and overly broad" should be properly produced.

4.    Those document requests the said Defendant has refused to produce and willfully to prevent the disclosure of relevant & material information should be properly and fully produced.

WHEREFORE, pro se Plaintiff, RONNIE V. JOHNSON, respectfully move the Court to enter the attached RULE TO SHOW CAUSE and for such other relief as the Court deems necessary.

RONNIE V. JOHNSON, Plaintiff

By: _____

- 2 -

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| RONNIE V. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.  04-2110 |
| vs. | ) |
| | ) |
| WEXFORD HEALTH SOURCES, INC., | ) |
| MARY MILLER, HEALTH CARE UNIT | ) HONORABLE  Harold A. Baker |
| ADMINISTRATOR, DOCTOR RONALD | ) Presiding Judge |
| SCHAEFER, MD, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF FILING

TO:

    Kelly R. Choate, #6269533
    Assistant Attorney General
    500 South Second Street
    Springfield, IL.    62706

    COUNSEL OF RECORD

    **YOU ARE HEREBY NOTIFIED THAT** on April 5, 2005, I shall cause
to be filed with the Clerk of the above Court Plaintiff's MOTION
FOR RULE TO SHOW CAUSE, a copy of which is attached hereto and is
hereby served upon you.

                                        _____
                                            Plaintiff

STATE OF ILLINOIS  )
                     ) SS:
COUNTY OF VERMILLION )

### AFFIDAVIT OF PROOF OF SERVICE

    The undersigned, being first duly sworn upon oath, deposes
and says that he served a copy of the aforementioned upon the
above named party by depositing the same in the United States Mail,
with proper postage prepaid and addressed as indicated above, on
this 5th day of April, 2005, at Danville, Illinois.

                                          _____
                                          Affiant

Subscribed and Sworn to before me

this  5th  day of  April  , 2005.

_____
      Notary Public

"OFFICIAL SEAL"
ELIZABETH A. ROBSON
Notary Public, State of Illinois
My Commission Exp. 10-10-06