E-FILED
Monday, 11 April, 2005 04:27:35 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RONNIE V. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 04-2110 |
| vs. | ) | |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., | ) | |
| MARY MILLER, HEALTH CARE UNIT | ) | HONORABLE Harold A. Baker |
| ADMINISTRATOR, DOCTOR RONALD | ) | Presiding Judge |
| SCHAEFER, MD, | ) | |
| | ) | |
| Defendants. | ) | |

## RULE TO SHOW CAUSE

THIS CAUSE COMING ON TO BE HEARD on Motion for RULE TO SHOW CAUSE of Plaintiff, RONNIE V. JOHNSON, the Court finds that good cause exists for the entry of a RULE TO SHOW CAUSE to prevent Defendant MARY MILLER'S efforts to circumvent the disclosure of information pertinent to the prosecution of Plaintiff's case and which discovery requests were properly asked during the course of this litigation.

Accordingly, IT IS HEREBY ORDERED:

1) Defendant MARY MILLER shall produce all documents requested in Plaintiff's document request(s) to said Defendant.

Entered this _____ day of _____, 2005

_____