IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RONNIE V. JOHNSON, #N-12401, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 04-2110 |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT MILLER'S RESPONSE TO
PLAINTIFF'S MOTION FOR RULE TO SHOW CAUSE**

NOW COMES Defendant, Mary Miller, by her attorney, Lisa Madigan, Attorney General for the State of Illinois, and in response to Plaintiff's Motion for Rule to Show Cause [48], submit the following:

1.　Plaintiff filed his Rule to Show Cause pursuant to Federal Rule of Civil Procedure 37(a), alleging Defendants did not timely produce documents requested on March 1, 2005.

2.　Federal Rule of Civil Procedure 34(b) requires a response to a request to produce within thirty (30) days of the request.  This response may include an objection to the request.  Defendant Miller filed a timely objection, therefore, untimeliness of the response cannot be the basis for this motion.

3.　Defendant admits he received objections to the production request on March 25, 2005 and cites only in part the Defendant's objections and does not reference his requests at all.

1

4.  In fact, one of Plaintiff's request to produce was answered by reference to thirty (30) pages of documents produced in conjunction with answers to interrogatories.

5.  Federal Rule of Civil Procedure 37(a) allows a party to file a motion to compel production, not a motion for a rule to show cause. Defendant Miller is under no Court order to produce any documents, and Plaintiff's motion is improper.

WHEREFORE, for the above and foregoing reasons, Defendant Miller prays this Honorable Court deny Plaintiff's Motion for Rule to Show Cause.

    Respectfully submitted,

    MARY MILLER,

      Defendant,

    LISA MADIGAN, Attorney General,
    State of Illinois

By: s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RONNIE V. JOHNSON, #N-12401, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 04-2110 |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 13, 2005, I electronically filed Defendant Miller's Response to Plaintiff's Motion for Rule to Show Cause with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Keith Brandon Hill
    khill@hrva.com

    Richard P. Klaus
    rklaus@hrva.com


and I hereby certify that on April 13, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

    Ronnie V. Johnson, #N-12401
    Danville Correctional Center
    3820 East Main Street
    Danville, Illinois  61834

    Respectfully Submitted,
    s/ Kelly R. Choate
    Kelly R. Choate, #6269533
    Assistant Attorney General
    Attorney for Defendant
    500 South Second Street
    Springfield, Illinois  62706
    Telephone:  (217) 782-9026
    Facsimile:   (217) 524-5091
    E-Mail:  kchoate@atg.state.il.us