E-FILED
Thursday, 19 May, 2005  02:26:35 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

RONNIE V. JOHNSON,           )
                             )
        Plaintiff,           )
                             )   CASE NO.  04-2110
    vs.                      )
                             )
WEXFORD HEALTH SOURCES, INC.,)
MARY MILLER, HEALTH CARE UNIT)   HONORABLE  Harold A. Baker
ADMINISTRATOR, DOCTOR RONALD )              Presiding Judge
SCHAEFER, MD,                )
                             )
        Defendants.          )

FILED
MAY 19 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Pro se Plaintiff, RONNIE V. JOHNSON, requests this Court to grant him summary judgment as to the liability of defendants WEXFORD HEALTH SOURCES, INC., MARY MILLER, HEALTH CARE UNIT ADMINISTRATOR, and DOCTOR RONALD SCHAEFER, MD, for damages for the denial of his Eighth Amendment constitutional protection, under the United States Constitution, against deliberate indifference to his serious medical needs which constitutes the unnecessary and wanton infliction of pain and injury on his body.  The reasons for the grant of this summary judgment request are set forth in Plaintiff's affidavit and brief in support of this action.

WHEREFORE, Pro se Plaintiff, RONNIE V. JOHNSON, prays for the grant of summary judgment as to the liability of the named defendants for their wrongful actions that have violated his Eighth Amendment Constitutional rights and protections.

Subscribed and Sworn to before me

this 16th day of May, 2005.

_____
Notary Public

/s/ R— v. J—
_____
Pro se Plaintiff
RONNIE V. JOHNSON

"OFFICIAL SEAL"
ELIZABETH A. ROBSON
Notary Public, State of Illinois
My Commission Exp. 10-10-06

SCANNED
DATE: 5/19/05  BY: KW

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RONNIE V. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 04-2110 |
| vs. | ) |
| | ) |
| WEXFORD HEALTH SOURCES, INC., | ) |
| MARY MILLER, HEALTH CARE UNIT | ) HONORABLE Harold A. Baker |
| ADMINISTRATOR, DOCTOR RONALD | ) Presiding Judge |
| SCHAEFER, MD, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF FILING

TO: KELLY R. CHOATE, #6269533          Richard P. Klaus / Keith Brandon Hill
    Assistant Attorney General         HEYL, ROYSTER, VOELKER & ALLEN
    500 South Second Street            Suite 300, 102 E. Main Street
    Springfield, Illinois 62706        P.O. Box 129
                                       Urbana, Illinois, 61803-0129

COUNSEL OF RECORD

**YOU ARE HEREBY NOTIFIED THAT** ON May 16, 2005, I shall cause to be filed with the Clerk of the above Court Plaintiff's Motion For Summary Judgment, Statement Of Undisputed Facts And Declaration In Support Of Plaintiff's Motion For Summary Judgment, Plaintiff's Supporting Brief And Argument For The Grant Of Summary Judgment and Plaintiff's Appendix Of Documents In Support Of Motion For Summary Judgment, a copy of which is attached hereto and is herebt served upon you.

                                           _R__ v. J__
                                              Plaintiff

STATE OF ILLINOIS     )
                      ) SS:
COUNTY OF VERMILLION  )

### AFFIDAVIT OF PROOF OF SERVICE

The undersigned, being first duly sworn upon oath, deposes and says that he served a copy of the aforementioned upon the above named parties by depostiting the same in the United States Mail with proper postage prepaid and addressed as indicated above, on this 16th day of May, 2005.

                                           _R__ v. J__
                                              Affiant

SUBSCRIBED AND SWORN TO BEFORE ME

this 16th day of May, 2005.

_Elizabeth A. Robson_
Notary Public

"OFFICIAL SEAL"
ELIZABETH A. ROBSON
Notary Public, State of Illinois
My Commission Exp. 10-10-06