**E-FILED**
Thursday, 19 May, 2005  03:31:51 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

| | | |
|---|---|---|
| RONNIE V. JOHNSON, | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.  04-2110 |
| vs. | ) | |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., | ) | |
| MARY MILLER, HEALTH CARE UNIT | ) | HONORABLE  Harold A. Baker |
| ADMINISTRATOR, DOCTOR RONALD | ) | Presiding Judge |
| SCHAEFER, MD, | ) | |
| Defendants. | ) | |

**FILED**

MAY 1 9 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

PLAINTIFF'S APPENDIX OF

DOCUMENTS IN SUPPORT OF

MOTION FOR SUMMARY JUDGMENT

(See INDEX OF EXHIBITS, next page)

## INDEX OF EXHIBITS

EXHIBIT # 1:  Grievance dated January 21, 2004;

EXHIBIT # 2:  Decision In Re Grievance dated January 21, 2004;

EXHIBIT # 3:  Written requests made to defendant MARY MILLER;

EXHIBIT # 4:  Excerpt from:  National Digestive Diseases Infor-
                             mation Clearinghouse (NDDIC);

EXHIBIT # 5:  Excerpt from:  Guide to Hepatitis & Liver
                             Disease, Pages 116-132;

EXHIBIT # 6:  Federal Buearu of Prisons Guidelines For Hepatitis
              C Treatment, Pages 6-1 thru 6-30;

EXHIBIT # 7:  Excerpt from:  Living With Hepatitis C, Pages 25-
                             26;

EXHIBIT # 8:  Blood Test Lab Reports (18 pages);

EXHIBIT # 9:  Grievance dated February 27, 2004 & Decision;

EXHIBIT # 10:  Complaint Letter dated March 2, 2004, directed to
               MARY NICHOLS, Assistant Warden of Programs;

EXHIBIT # 11:  Grievance dated April 14, 2004 & Decision;

EXHIBIT # 12:  Excerpt from:  The Hepatitis Information Network;

EXHIBIT # 13:  Excerpt from:  Guide to Hepatitis & Liver
                              Disease, Pages 314-315.

End

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

**EXHIBIT # 1**

| Date: 01 . 21 . 04 | Committed Person: (Please Print) JOHNSON, RONNIE V. | ID#: N-12401 |
|---|---|---|

| Present Facility: Danville | Facility where grievance issue occurred: Danville |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☑ Medical Treatment
- ☐ Disability
- ☐ Other (specify): _____

☐ Disciplinary Report: ____ / ____ / ____
Date of Report                Facility where Issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
- Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- Chief Administrative Officer, only if EMERGENCY grievance.
- Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On Jan. 5, 2004, Patient was Advised by Medical Health Care STAFF that HE HAS coNclusively tested positive For Hepatitis C. Subsequent to which, patient was Also Abruptly iNFormed that HE is Facing imminent death And that HEALTH CARE will Not provide Him with treatmeNts.

Hepatitis C. is geNerally A slowly Progressive disease, with Evolution to cirrhosis over many YEARS if Not decades. Patient therefore complaiNs that His Physical Condition Has Not deteriorated to tHE point wHERE

Relief Requested: Order that All requisite testing be performed immediately and that Patient RECEIVE treatmeNt

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    N-12401    01 / 21 / 04
Committed Person's Signature        ID#            Date

(Continue on reverse side if necessary).

---

### Counselor's Response (If applicable)

Date received: ____ / ____ / ____    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____    _____    ____ / ____ / ____
Print Counselor's Name        Counselor's Signature        Date of Response

---

### EMERGENCY REVIEW

Date received: 01 / 22 / 04    Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☑ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

B. J. Lahach    cw
Chief Administrative Officer's Signature        01 / 23 / 04

it would appear that he will not survive or that he cannot benefit from treatment. Patient has neither been tested nor diagnosed with acute infection, complications from cirrhosis, other medical problems such as fluid in the abdomen (ascites), bleeding from dilated veins in the esophagus (variceal bleeding), mental confusion (encephalopathy), or autoimmune liver disease.

In an informational document compiled by the American Liver Foundation (ALF) relative to interferon treatments for Hepatitis B and C, the (ALF) says, in part, "Treatment is recommended for the group of patients with chronic Hepatitis C who are at the greatest risk for progression to cirrhosis. These patients are characterized by persistently elevated ALT, positive HCV-RNA, and a liver biopsy with either portal or bridging fibrosis and at least moderate degrees of inflammation and necrosis."

Patient complains that with the exception of the performance of a liver biopsy to determine the degree of liver damage, the patient's Medical records will show that he has been characterized by persistently elevated liver enzymes for more than a year and that he is positive for HCV-RNA. Thus, Patient has met two of the three recommended conditions for interferon treatments.

Approximately 35-40% of patients with chronic HCV receiving full dose therapy will have improvement of liver enzymes and reduction or elimination of damage to liver cells seen on liver biopsy. If scar tissue (fibrosis, cirrhosis) is present on liver biopsy, it will probably not get better, but it should not worsen if treatment is successful.

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO COMMITTED PERSON'S GRIEVAN    EXHIBIT # 2

| Grievance Officer's Report |

Date Received: 01 / 23 / 04    Date of Review: 01 / 26 / 04    Grievance # (optional): DN1-62

Committed Person: Johnson, Ronnie 1-B-36    ID#: N12401

Nature of Grievance: Medical Treatment - Inmate Johnson say he has tested for Hepatitis C & is being refused treatment.

Facts Reviewed: I checked with the Health Care Unit Administrator who reviewed this Health Care records - She confirms that Inmate Johnson has tested positively for Hepatitis. But she say he is incorrect that he meets all the criteria for treatment.

Recommendation: Based on a review of all available information this Grievance Officer recommends that this grievance be denied. Inmate does not meet criteria for treatment.

Cynthia P. Embry
Print Grievance Officer's Name

Cynthia P. Embry
Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |

Date Received: 1/26/04    ☒ I concur    ☐ I do not concur    ☐ Remand

Comments: _____

_____

Chief Administrative Officer's Signature    Date: 1 / 26 / 04

| Committed Person's Appeal To The Director |

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Ronnie Dean V.
Committed Person's Signature    N-12401
ID#    3 / 09 / 04
Date

EXHIBIT # 3    1-28-04

| JOB AND/OR SCHOOL / TRABAJO Y/O ESCUELA N/A | | HOURS ATTENDIN | | | |
|---|---|---|---|---|---|
| RESIDENT / RESIDENTE -JOHNSON, R. | RESIDENT NUMBER / NUMERO DEL RESIDENT. N-12401 | CELL HOUSE / RESIDENCIA 1 | GALLERY / ALA B | CELL / CELDA 36 |

I request an interview with / Pido una entrevista con Mary Millet, HCV Admin.

to discuss the following / para hablar de lo siguiente: Your Criteria For treatment OF Hepatitis And basis Upon which you have Not Conducted Follow-up Serologic Testing And liver biopsy

| Reason for interview must be complete & concise El motivo de la entrevista debe ser clara y breve | RESIDENT SIGNATURE / FIRMA DEL RESIDENTE Joh. R— V. |
|---|---|

---

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS
DC 7177 IL 426-0362   **RESIDENT REQUEST / PEDIDO DE RESIDENTE**

| JOB AND/OR SCHOOL / TRABAJO Y/O ESCUELA N/A | | HOURS ATTENDING / HORAS ASISTIENDO | | DATE / FECHA 1-30-04 | |
|---|---|---|---|---|---|
| RESIDENT / RESIDENTE JOHNSON, R. | RESIDENT NUMBER / NUMERO DEL RESIDENTE N-12401 | CELL HOUSE / RESIDENCIA 1 | GALLERY / ALA B | CELL / CELDA 36 |

I request an interview with / Pido una entrevista con Mary Miller, HCV Admin.

to discuss the following / para hablar de lo siguiente: Your Criteria For treatment OF Hepatitis And basis Upon which you have Not conducted Follow-up Serologic Testing And liver biopsy.

| Reason for interview must be complete & concise El motivo de la entrevista debe ser clara y breve | RESIDENT SIGNATURE / FIRMA DEL RESIDENTE Joh. R— V. |
|---|---|

---

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS
DC 7177 IL 426-0362   **RESIDENT REQUEST / PEDIDO DE RESIDENTE**

| JOB AND/OR SCHOOL / TRABAJO Y/O ESCUELA N/A | | HOURS ATTENDING / HORAS ASISTIENDO | | DATE / FECHA 2-02-04 | |
|---|---|---|---|---|---|
| RESIDENT / RESIDENTE JOHNSON, R. | RESIDENT NUMBER / NUMERO DEL RESIDENTE N-12401 | CELL HOUSE / RESIDENCIA 1 | GALLERY / ALA B | CELL / CELDA 36 |

I request an interview with / Pido una entrevista con Mary Millet, HCV Admin.

to discuss the following / para hablar de lo siguiente: Your Criteria For treatment OF Hepatitis And basis Upon which you have Not conducted Follow-up Serologic Testing And liver biopsy.

| Reason for interview must be complete & concise El motivo de la entrevista debe ser clara y breve | RESIDENT SIGNATURE / FIRMA DEL RESIDENTE Joh. R— V. |
|---|---|

---

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS
DC 7177 IL 426-0362   **RESIDENT REQUEST / PEDIDO DE RESIDENTE**

| JOB AND/OR SCHOOL / TRABAJO Y/O ESCUELA N/A | | HOURS ATTENDING / HORAS ASISTIENDO | | DATE / FECHA 2-04-04 | |
|---|---|---|---|---|---|
| RESIDENT / RESIDENTE JOHNSON, R. | RESIDENT NUMBER / NUMERO DEL RESIDENTE N-12401 | CELL HOUSE / RESIDENCIA 1 | GALLERY / ALA B | CELL / CELDA 36 |

I request an interview with / Pido una entrevista con Mary Miller, HCV Admin.

to discuss the following / para hablar de lo siguiente: Your Criteria For treatment OF Hepatitis And basis Upon which you have Not Conducted Follow-up Serologic Testing And liver.

| Reason for interview must be complete & concise El motivo de la entrevista debe ser clara y breve | RESIDENT SIGNATURE / FIRMA DEL RESIDENTE Joh. R— V. |
|---|---|

DC 7177 IL 426-0362  **RESIDENT REQUEST / *PEDIDO DE RESIDENTE***

| JOB AND/OR SCHOOL / *TRABAJO Y/O ESCUELA* | | HOURS ATTENDING / *HORAS ASISTIENDO* | DATE / *FECHA* | | |
|---|---|---|---|---|---|
| N/A | | — | 2-06-04 | | |

| RESIDENT / *RESIDENTE* | RESIDENT NUMBER / *NUMERO DEL RESIDENTE* | CELL HOUSE / *RESIDENCIA* | GALLERY / *ALA* | CELL / *CELDA* |
|---|---|---|---|---|
| JOHNSON, R. | N-12401 | 1 | B | 36 |

I request an interview with / *Pido una entrevista con* Mary Miller, HCV Admin.

to discuss the following / *para hablar de lo siguiente:* Your Criteria For treatment OF HEPatitis
AND reason For WHICH HCV HAS Failed to conduct Follow-up Serologic
Testing and liver biopsy.

Reason for interview must be complete & concise
*El motivo de la entrevista debe ser clara y breve*

RESIDENT SIGNATURE / *FIRMA DEL RESIDENTE*
Joh. R— V.

---

STATE OF ILLINOIS · DEPARTMENT OF CORRECTIONS
DC 7177 IL 426-0362  **RESIDENT REQUEST / *PEDIDO DE RESIDENTE***

| JOB AND/OR SCHOOL / *TRABAJO Y/O ESCUELA* | | HOURS ATTENDING / *HORAS ASISTIENDO* | DATE / *FECHA* | | |
|---|---|---|---|---|---|
| N/A | | — | 2-09-04 | | |

| RESIDENT / *RESIDENTE* | RESIDENT NUMBER / *NUMERO DEL RESIDENTE* | CELL HOUSE / *RESIDENCIA* | GALLERY / *ALA* | CELL / *CELDA* |
|---|---|---|---|---|
| JOHNSON, R. | N-12401 | 1 | B | 36 |

I request an interview with / *Pido una entrevista con* Mary Miller, HCV Admin.

to discuss the following / *para hablar de lo siguiente:* Your Criteria For treatment OF HEPatitis AND reason For WHICH HCV HAS Failed to conduct Follow-up
Serologic Testing and liver biopsy.

Reason for interview must be complete & concise
*El motivo de la entrevista debe ser clara y breve*

RESIDENT SIGNATURE / *FIRMA DEL RESIDENTE*
Joh. R— V.

---

STATE OF ILLINOIS · DEPARTMENT OF CORRECTIONS
DC 7177 IL 426-0362  **RESIDENT REQUEST / *PEDIDO DE RESIDENTE***

| JOB AND/OR SCHOOL / *TRABAJO Y/O ESCUELA* | | HOURS ATTENDING / *HORAS ASISTIENDO* | DATE / *FECHA* | | |
|---|---|---|---|---|---|
| N/A | | — | 2-11-04 | | |

| RESIDENT / *RESIDENTE* | RESIDENT NUMBER / *NUMERO DEL RESIDENTE* | CELL HOUSE / *RESIDENCIA* | GALLERY / *ALA* | CELL / *CELDA* |
|---|---|---|---|---|
| JOHNSON, R. | N-12401 | 1 | B | 36 |

I request an interview with / *Pido una entrevista con* Mary Miller, HCV Admin.

to discuss the following / *para hablar de lo siguiente:* Your Criteria For treatment OF HEPatitis
AND reason For WHICH HCV HAS Failed to conduct Follow-up Serologic
Testing and liver biopsy.

Reason for interview must be complete & concise
*El motivo de la entrevista debe ser clara y breve*

RESIDENT SIGNATURE / *FIRMA DEL RESIDENTE*
Joh. R— V.

---

STATE OF ILLINOIS · DEPARTMENT OF CORRECTIONS
DC 7177 IL 426-0362  **RESIDENT REQUEST / *PEDIDO DE RESIDENTE***

| JOB AND/OR SCHOOL / *TRABAJO Y/O ESCUELA* | | HOURS ATTENDING / *HORAS ASISTIENDO* | DATE / *FECHA* | | |
|---|---|---|---|---|---|
| N/A | | — | 2-13-04 | | |

| RESIDENT / *RESIDENTE* | RESIDENT NUMBER / *NUMERO DEL RESIDENTE* | CELL HOUSE / *RESIDENCIA* | GALLERY / *ALA* | CELL / *CELDA* |
|---|---|---|---|---|
| JOHNSON, R. | N-12401 | 1 | B | 36 |

I request an interview with / *Pido una entrevista con* Mary Miller, HCV Admin.

to discuss the following / *para hablar de lo siguiente:* Your Criteria For treatment OF HEPatitis
AND reason For WHICH HCV HAS Failed to conduct Follow-up Serologic
Testing AND liver biopsy.

Reason for interview must be complete & concise
*El motivo de la entrevista debe ser clara y breve*

RESIDENT SIGNATURE / *FIRMA DEL RESIDENTE*
Joh. R— V.

RESIDENT REQUEST / *PEDIDO DE RESIDENTE*

| JOB AND/OR SCHOOL / *TRABAJO Y/O ESCUELA* N/A | | HOURS ATTENDING / *HORAS ASISTIENDO* — | DATE / *FECHA* 2-17-04 | |
|---|---|---|---|---|
| RESIDENT / *RESIDENTE* Johnson, R | RESIDENT NUMBER / *NÚMERO DEL RESIDENTE* N-12401 | CELL HOUSE / *RESIDENCIA* 1 | GALLERY / *ALA* B | CELL / *CELDA* 36 |

I request an interview with / *Pido una entrevista con* Mary Miller, HCU Admin.

to discuss the following / *para hablar de lo siguiente:* Your Criteria For treatment OF Hepatitis And basis upon which you have not conducted Follow-up Serologic Testing And liver biopsy.

Reason for interview must be complete & concise
*El motivo de la entrevista debe ser clara y breve*

RESIDENT SIGNATURE / *FIRMA DEL RESIDENTE* J.R. R— v

---

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS
DC 7177 IL 426-0362 RESIDENT REQUEST / *PEDIDO DE RESIDENTE*

| JOB AND/OR SCHOOL / *TRABAJO Y/O ESCUELA* N/A | | HOURS ATTENDING / *HORAS ASISTIENDO* — | DATE / *FECHA* 2-19-04 | |
|---|---|---|---|---|
| RESIDENT / *RESIDENTE* Johnson, R. | RESIDENT NUMBER / *NÚMERO DEL RESIDENTE* N-12401 | CELL HOUSE / *RESIDENCIA* 1 | GALLERY / *ALA* B | CELL / *CELDA* 36 |

I request an interview with / *Pido una entrevista con* Mary Miller, HCU Admin.

to discuss the following / *para hablar de lo siguiente:* Your Criteria For treatment OF Hepatitis And reason For which HCU refuses to conduct Follow-up Serologic Testing And liver biopsy.

Reason for interview must be complete & concise
*El motivo de la entrevista debe ser clara y breve*

RESIDENT SIGNATURE / *FIRMA DEL RESIDENTE* J.R. R— v.

---

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS
DC 7177 IL 426-0362 RESIDENT REQUEST / *PEDIDO DE RESIDENTE*

| JOB AND/OR SCHOOL / *TRABAJO Y/O ESCUELA* N/A | | HOURS ATTENDING / *HORAS ASISTIENDO* — | DATE / *FECHA* 2-23-04 | |
|---|---|---|---|---|
| RESIDENT / *RESIDENTE* Johnson, R. | RESIDENT NUMBER / *NÚMERO DEL RESIDENTE* N-12401 | CELL HOUSE / *RESIDENCIA* 1 | GALLERY / *ALA* B | CELL / *CELDA* 36 |

I request an interview with / *Pido una entrevista con* Mary Miller, HCU Admin.

to discuss the following / *para hablar de lo siguiente:* Your Criteria For treatment OF Hepatitis And reason For which HCU refuses to conduct Follow-up Serologic Testing And liver biopsy.

Reason for interview must be complete & concise
*El motivo de la entrevista debe ser clara y breve*

RESIDENT SIGNATURE / *FIRMA DEL RESIDENTE* J.R. R— v.

---

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS
DC 7177 IL 426-0362 RESIDENT REQUEST / *PEDIDO DE RESIDENTE*

| JOB AND/OR SCHOOL / *TRABAJO Y/O ESCUELA* N/A | | HOURS ATTENDING / *HORAS ASISTIENDO* — | DATE / *FECHA* 2-26-04 | |
|---|---|---|---|---|
| RESIDENT / *RESIDENTE* Johnson, R. | RESIDENT NUMBER / *NÚMERO DEL RESIDENTE* N-12401 | CELL HOUSE / *RESIDENCIA* 1 | GALLERY / *ALA* B | CELL / *CELDA* 36 |

I request an interview with / *Pido una entrevista con* Mary Miller, HCU Admin

to discuss the following / *para hablar de lo siguiente:* Your Criteria For treatment OF Hepatitis And reason For which HCU refuses to conduct Follow-up Serologic Testing and liver biopsy.

Reason for interview must be complete & concise
*El motivo de la entrevista debe ser clara y breve*

RESIDENT SIGNATURE / *FIRMA DEL RESIDENTE* J.R. R— v.

Chronic Hepatitis C: Current Disease Management                    Page 1 of 28

PLAINTIFF'S EXHIBIT - F



**National Digestive Diseases Information Clearinghouse (NDDIC)**
A service of the National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK), I

| Digestive Diseases | Statistics | Clinical Trials | In Spanish | Resources | Order | About Us |

Search NIDDK

<u>Home</u> : <u>Digestive Diseases Topics List</u> : <u>Hepatitis Series</u> : Chronic Hepatitis C

Also see:
<u>What I Need to Know
About Hepatitis C</u>

<u>Hepatitis Series</u>

# Chronic Hepatitis C: Current Disease Management

**On this page:**

- <u>Introduction</u>
- <u>Risk Factors and Transmission</u>
- <u>Clinical Symptoms and Signs</u>
- <u>Serologic Tests</u>
- <u>Liver Biopsy</u>
- <u>Serum Markers of Hepatic Fibrosis</u>
- <u>Diagnosis</u>
- <u>Treatment</u>
- <u>Hope Through Research</u>
- <u>Selected Review Articles and References</u>
- <u>Patient Education Materials</u>

## Introduction

The hepatitis C virus (HCV) is one of the most important causes of chronic liver disease in the United States. It accounts for about 15 percent of acute viral hepatitis, 60 to 70 percent of chronic hepatitis, and up to 50 percent of cirrhosis, end-stage liver disease, and liver cancer. Almost 4 million Americans, or 1.8 percent of the U.S. population, have antibody to HCV (anti-HCV), indicating ongoing or previous infection with the virus. Hepatitis C causes an estimated 10,000 to 12,000 deaths annually in the United States.

A distinct and major characteristic of hepatitis C is its tendency to cause chronic liver disease. At least 75 percent of patients with acute hepatitis C ultimately develop chronic infection, and most of these patients have accompanying chronic liver disease.

Chronic hepatitis C varies greatly in its course and outcome. At one end of the spectrum are patients who have no signs or symptoms of liver disease and completely normal levels of

serum liver enzymes. Liver biopsy usually shows some degree of chronic hepatitis, but the degree of injury is usually mild, and the overall prognosis may be good. At the other end of the spectrum are patients with severe hepatitis C who have symptoms, HCV RNA in serum, and elevated serum liver enzymes, and who ultimately develop cirrhosis and end-stage liver disease. In the middle of the spectrum are many patients who have few or no symptoms, mild to moderate elevations in liver enzymes, and an uncertain prognosis.

Chronic hepatitis C can cause cirrhosis, liver failure, and liver cancer. Researchers estimate that at least 20 percent of patients with chronic hepatitis C develop cirrhosis, a process that takes at least 10 to 20 years. After 20 to 40 years, a smaller percentage of patients with chronic disease develop liver cancer. Liver failure from chronic hepatitis C is one of the most common reasons for liver transplants in the United States. Hepatitis C is the cause of about half of cases of primary liver cancer in the developed world. Men, alcoholics, patients with cirrhosis, people over age 40, and those infected for 20 to 40 years are more likely to develop HCV-related liver cancer.

[Top]

## Risk Factors and Transmission

HCV is spread primarily by contact with blood and blood products. Blood transfusions and the use of shared, unsterilized, or poorly sterilized needles and syringes have been the main causes of the spread of HCV in the United States. With the introduction in 1991 of routine blood screening for HCV antibody and improvements in the test in the mid-1992, transfusion-related hepatitis C has virtually disappeared. At present, injection drug use is the most common risk factor for contracting the disease. However, many patients acquire hepatitis C without any known exposure to blood or to drug use.

The major high-risk groups for hepatitis C are

- Injection drug users, including those who used drugs briefly many years ago.

- People who had blood transfusions before June 1992, when sensitive tests for anti-HCV were introduced for blood screening.

- People who have frequent exposure to blood products.
  These include patients with hemophilia, solid-organ
  transplants, chronic renal failure, or cancer requiring
  chemotherapy.

- Infants born to HCV-infected mothers.

- Health care workers who suffer needle-stick accidents.

Other groups who appear to be at slightly increased risk for
hepatitis C are

- people with high-risk sexual behavior, multiple
  partners, and sexually transmitted diseases

- people who use cocaine, particularly with intranasal
  administration, using shared equipment

### Maternal-Infant Transmission

Maternal-infant transmission is not common. In most studies,
only 5 percent of infants born to infected women become
infected. The disease in newborns is usually mild and free of
symptoms. The risk of maternal-infant spread rises with the
amount of virus in the mother's blood and with complications
of delivery such as early rupture of membranes and fetal
monitoring. Breast-feeding has not been linked to spread of
HCV.

### Sexual Transmission

Sexual transmission of hepatitis C between monogamous
partners appears to be uncommon. Surveys of spouses and
monogamous sexual partners of patients with hepatitis C
show that less than 5 percent are infected with HCV, and
many of these have other risk factors for this infection.
Spread of hepatitis C to a spouse or partner in stable,
monogamous relationships occurs in less than 1 percent of
partners per year. For these reasons, changes in sexual
practices are not recommended for monogamous patients.
Testing sexual partners for anti-HCV can help with patient
counseling. People with multiple sex partners should be
advised to follow safe sex practices, which should protect
against hepatitis C as well as hepatitis B and HIV.

### Sporadic Transmission

Sporadic transmission, when the source of infection is
unknown, occurs in about 10 percent of acute hepatitis C

cases and in 30 percent of chronic hepatitis C cases. These cases are usually referred to as sporadic or community-acquired infections. These infections may have come from exposure to the virus from cuts, wounds, or medical injections or procedures.

### Unsafe Injection Practices

In many areas of the world, unsafe injection practices are an important and common cause of hepatitis C (and hepatitis B as well). Use of inadequately sterilized equipment, lack of disposable needles and syringes, and inadvertent contamination of medical infusions are unfortunately well-documented causes of transmission of hepatitis C. Careful attention to universal precautions and injection techniques should prevent this type of spread. In the United States, multiple-use vials are a frequent culprit in leading to nosocomial spread of hepatitis C.



### The Hepatitis C Virus

HCV is a small (40 to 60 nanometers in diameter), enveloped, single-stranded RNA virus of the family Flaviviridae and genus hepacivirus. Because the virus mutates rapidly, changes in the envelope proteins may help it evade the immune system. There are at least 6 major genotypes and more than 50 subtypes of HCV. The different genotypes have different geographic distributions. Genotypes 1a and 1b are the most common in the United States (about 75 percent of cases). Genotypes 2 and 3 are present in only 10 to 20 percent of patients. There is little difference in the severity of disease or outcome of patients infected with different genotypes. However, patients with genotypes 2 and 3 are more likely to respond to interferon treatment.

[Top]

## Clinical Symptoms and Signs

Many people with chronic hepatitis C have no symptoms of liver disease. If symptoms are present, they are usually mild,

nonspecific, and intermittent. They may include

- fatigue
- mild right-upper-quadrant discomfort or tenderness ("liver pain")
- nausea
- poor appetite
- muscle and joint pains

Similarly, the physical exam is likely to be normal or show only mild enlargement of the liver or tenderness. Some patients have vascular spiders or palmar erythema.

## Clinical Features of Cirrhosis

Once a patient develops cirrhosis or if the patient has severe disease, symptoms and signs are more prominent. In addition to fatigue, the patient may complain of muscle weakness, poor appetite, nausea, weight loss, itching, dark urine, fluid retention, and abdominal swelling.

Physical findings of cirrhosis may include

- enlarged liver
- enlarged spleen
- jaundice
- muscle wasting
- excoriations
- ascites
- ankle swelling

## Extrahepatic Manifestations

Complications that do not involve the liver develop in 1 to 2 percent of people with hepatitis C. The most common is cryoglobulinemia, which is marked by

- skin rashes, such as purpura, vasculitis, or urticaria
- joint and muscle aches
- kidney disease
- neuropathy
- cryoglobulins, rheumatoid factor, and low complement levels in serum

Other complications of chronic hepatitis C are

- glomerulonephritis
- porphyria cutanea tarda

Diseases that are less well documented to be related to hepatitis C are

- seronegative arthritis
- keratoconjunctivitis sicca (Sjögren's syndrome)
- non-Hodgkin's type, B-cell lymphomas
- fibromyalgia
- lichen planus

[Top]

## Serologic Tests

### Enzyme Immunoassay

Anti-HCV is detected by enzyme immunoassay (EIA). The third-generation test (EIA-3) used today is more sensitive and specific than previous ones. However, as with all enzyme immunoassays, false-positive results are occasionally a problem with the EIA-3. Additional or confirmatory testing is often helpful.

The best approach to confirm the diagnosis of hepatitis C is to test for HCV RNA using a sensitive assay such as polymerase chain reaction (PCR) or transcription mediated amplification (TMA). The presence of HCV RNA in serum indicates an active infection.

Testing for HCV RNA is also helpful in patients in whom EIA tests for anti-HCV are unreliable. For instance, immunocompromised patients may test negative for anti-HCV despite having HCV infection because they may not produce enough antibodies for detection with EIA. Likewise, patients with acute hepatitis may test negative for anti-HCV when first tested. Antibody is present in almost all patients by 1 month after onset of acute illness; thus, patients with acute hepatitis who initially test negative may need followup testing. In these situations, HCV RNA is usually present and confirms the diagnosis.

### Recombinant Immunoblot Assay

Immunoblot assays can be used to confirm anti-HCV reactivity as well. These tests are also called "Western blots"; serum is incubated on nitrocellulose strips on which four recombinant viral proteins are blotted. Color changes indicate that antibodies are adhering to the proteins. An immunoblot is considered positive if two or more proteins react and is considered indeterminate if only one positive

band is detected. In some clinical situations, confirmatory testing by immunoblotting is helpful, such as for the person with anti-HCV detected by EIA who tests negative for HCV RNA. The EIA anti-HCV reactivity could represent a false-positive reaction, recovery from hepatitis C, or continued virus infection with levels of virus too low to be detected (the last occurs only rarely when sensitive PCR or TMA assays are used). If the immunoblot test for anti-HCV is positive, the patient has most likely recovered from hepatitis C and has persistent antibody. If the immunoblot test is negative, the EIA result was probably a false positive.

Immunoblot tests are routine in blood banks when an anti-HCV-positive sample is found by EIA. Immunoblot assays are highly specific and valuable in verifying anti-HCV reactivity. Indeterminate tests require further followup testing, including attempts to confirm the specificity by repeat testing for HCV RNA.

### Direct Assays for HCV RNA

PCR and TMA amplification can detect low levels of HCV RNA in serum. Testing for HCV RNA is a reliable way of demonstrating that hepatitis C infection is present and is the most specific test for infection. Testing for HCV RNA is particularly useful when aminotransferases are normal or only slightly elevated, when anti-HCV is not present, or when several causes of liver disease are possible. This method also helps diagnose hepatitis C in people who are immunosuppressed, have recently had an organ transplant, or have chronic renal failure. A PCR assay has now been approved by the Food and Drug Administration for general use. This assay will detect HCV RNA in serum down to a lower limit of 50 to 100 copies per milliliter (mL) which is equivalent to 25 to 50 international units (IU). A slightly more sensitive TMA test is currently under evaluation and may soon become available. Almost all patients with chronic hepatitis C will test positive by these assays.

### Quantification of HCV RNA in Serum

Several methods are available for measuring the concentration or level of virus in serum, which is an indirect assessment of viral load. These methods include a quantitative PCR and a branched DNA (bDNA) test. Unfortunately, these assays are not well standardized, and different methods from different laboratories can provide different results on the same specimen. In addition, serum levels of HCV RNA can vary spontaneously by 3- to 10-fold over time. Nevertheless, when performed carefully,

quantitative assays provide important insights into the nature of hepatitis C. Most patients with chronic hepatitis C have levels of HCV RNA (viral load) between 100,000 (105) and 10,000,000 (107) copies per mL. Expressed as IU, these averages are 50,000 to 5 million IU.

Viral levels as measured by HCV RNA do not correlate with the severity of the hepatitis or with a poor prognosis (as in HIV infection); but viral load does correlate with the likelihood of a response to antiviral therapy. Rates of response to a course of alpha interferon and ribavirin are higher in patients with low levels of HCV RNA. There are several definitions of a "low level" of HCV RNA, but the usual definition is below 1 million IU (2 million copies) per mL.

In addition, monitoring HCV RNA levels during the early phases of treatment may provide early information on the likelihood of a response. Yet because of the shortcomings of the current assays for HCV RNA level, these tests are not always reliable guides to therapy.

### Genotyping and Serotyping of HCV

There are 6 known genotypes and more than 50 subtypes of hepatitis C. The genotype of infection is helpful in defining the epidemiology of hepatitis C. More important, knowing the genotype or serotype (genotype-specific antibodies) of HCV is helpful in making recommendations and counseling regarding therapy. Patients with genotypes 2 and 3 are two to three times more likely to respond to interferon-based therapy than patients with genotype 1. Furthermore, when using combination therapy, the recommended dose and duration of treatment depend on the genotype. For patients with genotypes 2 and 3, a 24-week course of combination treatment using interferon and 800 milligrams (mg) of ribavirin daily is adequate, whereas for patients with genotype 1, a 48-week course and full dose of ribavirin (1,000 to 1,200 mg daily) is recommended. For these reasons, testing for HCV genotype is often clinically helpful. Once the genotype is identified, it need not be tested again; genotypes do not change during the course of infection.

---

**Biochemical Indicators of Hepatitis C Virus Infection**

- In chronic hepatitis C, increases in the alanine and aspartate aminotransferases range from 0 to 20 times (but usually less than 5 times) the upper limit of normal.

- Alanine aminotransferase (ALT) levels are usually higher than aspartate aminotransferase (AST) levels, but that finding may be reversed in patients who have cirrhosis.

- Alkaline phosphatase and gamma glutamyl transpeptidase are usually normal. If elevated, they may indicate cirrhosis.

- Rheumatoid factor and low platelet and white blood cell counts are frequent in patients with severe fibrosis or cirrhosis, providing clues to the presence of advanced disease.

- The enzymes lactate dehydrogenase and creatine kinase are usually normal.

- Albumin levels and prothrombin time are normal until late-stage disease.

- Iron and ferritin levels may be slightly elevated.

## Normal Serum ALT Levels

Some patients with chronic hepatitis C have normal serum alanine aminotransferase (ALT) levels, even when tested on multiple occasions. In this and other situations in which the diagnosis of chronic hepatitis C may be questioned, the diagnosis should be confirmed by testing for HCV RNA. The presence of HCV RNA indicates that the patient has ongoing viral infection despite normal ALT levels.

[Top]

## Liver Biopsy

Liver biopsy is not necessary for diagnosis but is helpful for grading the severity of disease and staging the degree of fibrosis and permanent architectural damage. Hematoxylin and eosin stains and Masson's trichrome stain are used to grade the amount of necrosis and inflammation and to stage the degree of fibrosis. Specific immunohistochemical stains for HCV have not been developed for routine use. Liver biopsy is also helpful in ruling out other causes of liver disease, such as alcoholic liver injury or iron overload.

HCV causes the following changes in liver tissue:

- Necrosis and inflammation around the portal areas, so-called "piecemeal necrosis" or "interface hepatitis."

- Necrosis of hepatocytes and focal inflammation in the liver parenchyma.

- Inflammatory cells in the portal areas ("portal inflammation").

- Fibrosis, with early stages being confined to the portal tracts, intermediate stages being expansion of the portal tracts and bridging between portal areas or to the central area, and late stages being frank cirrhosis characterized by architectural disruption of the liver with fibrosis and regeneration. Several scales are used to stage fibrosis, most commonly a scale from 0 to 4 where 0 indicates none and 4 indicates cirrhosis. Stage 1 and 2 fibrosis is limited to the portal and periportal areas. Stage 3 fibrosis is characterized by bridges of fibrosis bands linking up portal and central areas.

Grading and staging of hepatitis by assigning scores for severity are helpful in managing patients with chronic hepatitis. The degree of inflammation and necrosis can be assessed as none, minimal, mild, moderate, or severe. The degree of fibrosis can be similarly assessed. Scoring systems are particularly helpful in clinical studies on chronic hepatitis.

[Top]

## Serum Markers of Hepatic Fibrosis

Liver biopsy is an invasive procedure that is expensive and not without complications. At least 20 percent of patients have pain requiring medications after liver biopsy. More uncommon complications include puncture of another organ, infection, and bleeding. Significant bleeding after liver biopsy occurs in 1/100 to 1/1,000 cases, and deaths are reported in 1/5,000 to 1/10,000 cases. Obviously, noninvasive means of grading and staging liver disease would be very helpful.

ALT levels, particularly if tested over an extended period, are reasonably accurate reflections of disease activity. Thus, patients with repeatedly normal ALT levels usually have mild necroinflammatory activity on liver biopsy. Furthermore, patients who maintain ALT levels above 5 times the upper

limit of normal usually have marked necroinflammatory
activity. But for the majority of patients with mild-to-moderate
ALT elevations, the actual level is not very predictive of liver
biopsy findings.

More important is a means to stage liver disease short of
liver biopsy. Unfortunately, serum tests are not reliable in
predicting fibrosis, particularly earlier stages (0, 1, and 2).
When patients develop bridging (stage 3) fibrosis and
cirrhosis (stage 4), serum tests may be helpful. The "danger
signals" that suggest the presence of advanced fibrosis
include an aspartate aminotransferase (AST) that is higher
than ALT (reversal of the ALT/AST ratio), a high gamma
glutamyl transpeptidase or alkaline phosphatase, a low
platelet count (which is perhaps the earliest change),
rheumatoid factor, elevations in globulins, and, of course,
abnormal bilirubin, albumin or prothrombin time. Physical
findings of a firm liver, or enlarged spleen or prominent
spider angionata or palmar erythema, are also danger
signals. While none of these findings are perfect, their
presence should raise the suspicion of significant fibrosis
and lead to evaluation for treatment earlier rather than later.

[Top]

## Diagnosis

Hepatitis C is most readily diagnosed when serum
aminotransferases are elevated and anti-HCV is present in
serum. The diagnosis is confirmed by the finding of HCV
RNA in serum.

### Acute Hepatitis C

Acute hepatitis C is diagnosed on the basis of symptoms
such as jaundice, fatigue, and nausea, along with marked
increases in serum ALT (usually greater than 10-fold
elevation), and presence of anti-HCV or de novo
development of anti-HCV.

Diagnosis of acute disease can be problematic because anti-
HCV is not always present when the patient develops
symptoms and sees the physician. In 30 to 40-percent of
patients, anti-HCV is not detected until 2 to 8 weeks after
onset of symptoms. In this situation, testing for HCV RNA is
helpful, as this marker is present even before the onset of
symptoms and lasts through the acute illness. Another
approach to diagnosis of acute hepatitis C is to repeat the
anti-HCV testing a month after onset of illness. Of course, a

history of an acute exposure is also helpful in establishing
the diagnosis.

### Chronic Hepatitis C

Chronic hepatitis C is diagnosed when anti-HCV is present
and serum aminotransferase levels remain elevated for more
than 6 months. Testing for HCV RNA (by PCR) confirms the
diagnosis and documents that viremia is present; almost all
patients with chronic infection will have the viral genome
detectable in serum by PCR.

Diagnosis is problematic in patients who cannot produce
anti-HCV because they are immunosuppressed or
immunoincompetent. Thus, HCV RNA testing may be
required for patients who have a solid-organ transplant, are
on dialysis, are taking corticosteroids, or have
agammaglobulinemia. Diagnosis is also difficult in patients
with anti-HCV who have another form of liver disease that
might be responsible for the liver injury, such as alcoholism,
iron overload, or autoimmunity. In these situations, the anti-
HCV may represent a false-positive reaction, previous HCV
infection, or mild hepatitis C occurring on top of another liver
condition. HCV RNA testing in these situations helps confirm
that hepatitis C is contributing to the liver problem.

### Differential Diagnosis

The major conditions that can be confused clinically with
chronic hepatitis C include

- autoimmune hepatitis
- chronic hepatitis B and D
- alcoholic hepatitis
- nonalcoholic steatohepatitis (fatty liver)
- sclerosing cholangitis
- Wilson's disease
- alpha-1-antitrypsin-deficiency-related liver disease
- drug-induced liver disease

[Top]

## Treatment

The therapy for chronic hepatitis C has evolved steadily
since alpha interferon was first approved for use in this
disease more than 10 years ago. At the present time, the
optimal regimen appears to be a 24- or 48-week course of
the combination of pegylated alpha interferon and ribavirin.

Alpha interferon is a host protein that is made in response to viral infections and has natural antiviral activity. Recombinant forms of alpha interferon have been produced, and several formulations (alfa-2a, alfa-2b, consensus interferon) are available as therapy for hepatitis C. These standard forms of interferon, however, are now being replaced by pegylated interferons (peginterferons). Peginterferon is alpha interferon that has been modified chemically by the addition of a large inert molecule of polyethylene glycol. Pegylation changes the uptake, distribution, and excretion of interferon, prolonging its half-life. Peginterferon can be given once weekly and provides a constant level of interferon in the blood, whereas standard interferon must be given several times weekly and provides intermittent and fluctuating levels. In addition, peginterferon is more active than standard interferon in inhibiting HCV and yields higher sustained response rates with similar side effects. Because of its ease of administration and better efficacy, peginterferon has been replacing standard interferon both as monotherapy and as combination therapy for hepatitis C.

Ribavirin is an oral antiviral agent that has activity against a broad range of viruses. By itself, ribavirin has little effect on HCV, but adding it to interferon increases the sustained response rate by two- to threefold. For these reasons, combination therapy is now recommended for hepatitis C, and interferon monotherapy is applied only when there are specific reasons not to use ribavirin.

Two forms of peginterferon have been developed and studied in large clinical trials: peginterferon alfa-2a (Pegasys: Hoffman La Roche: Nutley, NJ) and peginterferon alfa-2b (Pegintron: Schering-Plough Corporation, Kenilworth, NJ). These two products are roughly equivalent in efficacy and safety, but have different dosing regimens. Peginterferon alfa-2a is given subcutaneously in a fixed dose of 180 micrograms (mcg) per week. Peginterferon alfa-2b is given subcutaneously weekly in a weight-based dose of 1.5 mcg per kilogram per week (thus in the range of 75 to 150 mcg per week).

Ribavirin is an oral medication, given twice a day in 200-mg capsules for a total daily dose based upon body weight. The standard dose of ribavirin is 1,000 mg for patients who weigh less than 75 kilograms (165 pounds) and 1,200 mg for those who weigh more than 75 kilograms. In certain situations, an 800-mg dose (400 mg twice daily) is recommended (see below).

Combination therapy leads to rapid improvements in serum

ALT levels and disappearance of detectable HCV RNA in up to 70 percent of patients. However, long-term improvement in hepatitis C occurs only if HCV RNA disappears during therapy and stays undetectable once therapy is stopped. Among patients who become HCV RNA negative during treatment, a proportion relapse when therapy is stopped. The relapse rate is lower in patients treated with combination therapy compared with monotherapy. Thus, a 48-week course of combination therapy using peginterferon and ribavirin yields a sustained response rate of approximately 55 percent. A similar course of peginterferon monotherapy yields a sustained response rate of only 35 percent. A response is considered "sustained" if HCV RNA remains undetectable for 6 months or more after stopping therapy.

The optimal duration of treatment varies depending on whether interferon monotherapy or combination therapy is used, as well as by HCV genotype. For patients treated with peginterferon monotherapy, a 48-week course is recommended, regardless of genotype. For patients treated with combination therapy, the optimal duration of treatment depends on viral genotype. Patients with genotypes 2 and 3 have a high rate of response to combination treatment (70 to 80 percent), and a 24-week course of combination therapy yields results equivalent to those of a 48-week course. In contrast, patients with genotype 1 have a lower rate of response to combination therapy (40 to 45 percent), and a 48-week course yields a significantly better sustained response rate. Again, because of the variable responses to treatment, testing for HCV genotype is clinically useful when using combination therapy.

In addition, the optimal dose of ribavirin appears to vary depending on genotype. For patients with genotypes 2 or 3, a dose of 800 mg daily appears adequate. For patients with genotype 1, the full dose of ribavirin (1,000 or 1,200 mg daily depending on body weight) appears to be needed for an optimal response.

## Who Should Be Treated?

Patients with anti-HCV, HCV RNA, elevated serum aminotransferase levels, and evidence of chronic hepatitis on liver biopsy, and with no contraindications, should be offered therapy with the combination of alpha interferon and ribavirin. The National Institutes of Health Consensus Development Conference Panel recommended that therapy for hepatitis C be limited to those patients who have histological evidence of progressive disease. Thus, the panel recommended that all patients with fibrosis or moderate to

severe degrees of inflammation and necrosis on liver biopsy
should be treated and that patients with less severe
histological disease be managed on an individual basis.
Patient selection should not be based on the presence or
absence of symptoms, the mode of acquisition, the genotype
of HCV RNA, or serum HCV RNA levels.

Patients with cirrhosis found through liver biopsy can be
offered therapy if they do not have signs of decompensation,
such as ascites, persistent jaundice, wasting, variceal
hemorrhage, or hepatic encephalopathy. However, interferon
and combination therapy have not been shown to improve
survival or the ultimate outcome in patients with preexisting
cirrhosis.

Patients older than 60 years also should be managed on an
individual basis, since the benefit of treatment in these
patients has not been well documented and side effects
appear to be worse in older patients. However, even patients
in their late seventies have been successfully treated for
hepatitis C.

The role of interferon therapy in children with hepatitis C
remains uncertain. Ribavirin has yet to be evaluated
adequately in children, and pediatric doses and safety have
not been established. Thus, if children with hepatitis C are
treated, monotherapy is recommended, and ribavirin should
not be used outside of controlled clinical trials.

People with both HCV and HIV infection should be offered
therapy for hepatitis C as long as there are no ·
contraindications. Indeed, hepatitis C tends to be more
rapidly progressive in patients with HIV co-infection, and
end-stage liver disease has become an increasingly
common cause of death in HIV-positive persons. For these
reasons, therapy for hepatitis C should be recommended
even in HIV-infected patients with early and mild disease.
Once HIV infection becomes advanced, complications of
therapy are more difficult and response rates are less. The
decision to treat people co-infected with HIV must take into
consideration the concurrent medications and medical
conditions. The efficacy of peginterferon and ribavirin in HIV-
infected people has been tested in only a small number of
patients. Ribavirin may still have significant interactions with
other antiretroviral drugs.

In many of these indefinite situations, the indications for
therapy should be reassessed at regular intervals. In view of
the rapid developments in hepatitis C today, better therapies
may become available within the next few years, at which

point expanded indications for therapy would be appropriate.

Patients with acute hepatitis C are a major challenge to
management and therapy. Because such a high proportion
of patients with acute infection develop chronic hepatitis C,
prevention of chronicity has become a focus of attention. In
small studies, 83 to 100 percent of persons treated within 1
to 4 months of onset have had resolution of the infection.
What is unclear is what dose, duration, and regimen of
treatment to use. A practical regimen is peginterferon
monotherapy for 24 weeks. The possible role for ribavirin, for
short courses of therapy, and for lower doses of
peginterferon are under evaluation.

In patients with clinically significant extrahepatic
manifestations, such as cryoglobulinemia and
glomerulonephritis, therapy with alpha interferon can result in
remission of the clinical symptoms and signs. However,
relapse after stopping therapy is common. In some patients,
long-term or maintenance alpha interferon therapy can be
used despite persistence of HCV RNA in serum if clinical
symptoms and signs resolve on therapy.

## Who Should Not Be Treated?

Therapy is inadvisable outside of controlled trials for patients
who have

- clinically decompensated cirrhosis because of hepatitis
  C
- normal aminotransferase levels
- a kidney, liver, heart, or other solid-organ transplant
- specific contraindications to either monotherapy or
  combination therapy

Contraindications to alpha interferon therapy include severe
depression or other neuropsychiatric syndromes, active
substance or alcohol abuse, autoimmune disease (such as
rheumatoid arthritis, lupus erythematosus, or psoriasis) that
is not well controlled, bone marrow compromise, and inability
to practice birth control. Contraindications to ribavirin and
thus combination therapy include marked anemia, renal
dysfunction, and coronary artery or cerebrovascular disease,
and, again, inability to practice birth control.

Alpha interferon has multiple neuropsychiatric effects.
Prolonged therapy can cause marked irritability, anxiety,
personality changes, depression, and even suicide or acute
psychosis. Patients particularly susceptible to these side
effects are those with preexisting serious psychiatric

conditions and patients with neurological disease.

Strict abstinence from alcohol is recommended during therapy with interferon. Interferon therapy can be associated with relapse in people with a previous history of drug or alcohol abuse. Therefore, alpha interferon should be given with caution to a patient who has only recently stopped alcohol or substance abuse. Typically a 6-month abstinence is recommended before starting therapy, but this should be applied only to patients with a history of alcohol abuse, not to social drinkers. Patients with continuing alcohol or substance abuse problems should only be treated in collaboration with alcohol or substance abuse specialists or counselors. Patients can be successfully treated while on methadone or in an active substance abuse program. Indeed, the rigor and regular monitoring that accompany methadone treatment provide a structured format for combination therapy. The dose of methadone may need to be modified during interferon-based therapy for hepatitis.

Alpha interferon therapy can induce autoantibodies, and a 24- to 48-week course triggers an autoimmune condition in about 2 percent of patients, particularly if they have an underlying susceptibility to autoimmunity (high titers of antinuclear or antithyroid antibodies, for instance). Exacerbation of a known autoimmune disease (such as rheumatoid arthritis or psoriasis) occurs commonly during interferon therapy.

Alpha interferon has bone marrow suppressive effects. Therefore, patients with bone marrow compromise or cytopenias, such as low platelet count (< 75,000 cells/mm$^3$) or neutropenia (< 1,000 cells/mm$^3$) should be treated cautiously and with frequent monitoring of cell counts. These side effects appear to be more common with peginterferon than standard interferon.

Ribavirin causes red cell hemolysis to a variable degree in almost all patients. Therefore, patients with a preexisting hemolysis or anemia (hemoglobin < 11 grams [g] or hematocrit < 33 percent) should not receive ribavirin. Similarly, patients who have significant coronary or cerebral vascular disease should not receive ribavirin, as the anemia caused by treatment can trigger significant ischemia. Fatal myocardial infarctions and strokes have been reported during combination therapy with alpha interferon and ribavirin.

Growth factors such as erythropoietin to raise red blood cell