E-FILED
Thursday, 19 May, 2005 03:32:33 PM
Clerk, U.S. District Court, ILCD



counts or granulocyte stimulating factor to raise neutrophil counts have been used successfully to treat patients with cytopenias during combination therapy. The proper role, dose, and side effects of these adjunctive therapies have yet to be defined.

Ribavirin is excreted largely by the kidneys. Patients with renal disease can develop hemolysis that is severe and even life-threatening. Patients who have elevations in serum creatinine above 2.0 mg per deciliter (dL) should not be treated with ribavirin.

Finally, ribavirin causes birth defects in animal studies and should not be used in women or men who are not practicing adequate means of birth control. Alpha interferon also should not be used in pregnant women, as it has direct antigrowth and antiproliferative effects.

Combination therapy should therefore be used with caution. Patients should be fully informed of the potential side effects before starting therapy.

**Side Effects of Treatment**

Common side effects of alpha interferon and peginterferon (occurring in more than 10 percent of patients) include

- fatigue
- muscle aches
- headaches
- nausea and vomiting
- skin irritation at the injection site
- low-grade fever
- weight loss
- irritability
- depression
- mild bone marrow suppression
- hair loss (reversible)

Most of these side effects are mild to moderate in severity and can be managed. They are worse during the first few weeks of treatment, especially with the first injection. Thereafter, side effects diminish. Acetaminophen may be helpful for the muscle aches and low-grade fever. Fatigue and depression are occasionally so troublesome that the dose of interferon should be decreased or therapy stopped early. Depression and personality changes can occur on interferon therapy and be quite subtle and not readily admitted by the patient. These side effects need careful monitoring. Patients with depression may benefit from

antidepressant therapy using selective serotonin reuptake inhibitors. Generally, the psychiatric side effects resolve within 2 to 4 weeks of stopping combination therapy.

Ribavirin also causes side effects, and the combination is generally less well tolerated than interferon monotherapy. The most common side effects of ribavirin are

- anemia
- fatigue and irritability
- itching
- skin rash
- nasal stuffiness, sinusitis, and cough

Ribavirin causes a dose-related hemolysis of red cells; with combination therapy, hemoglobin usually decreases by 2 to 3 g/dL and the hematocrit by 5 to 10 percent. The amount of decrease in hemoglobin is highly variable. The decrease starts between weeks 1 and 4 of therapy and can be precipitous. Some patients develop symptoms of anemia, including fatigue, shortness of breath, palpitations, and headache.

The sudden drop in hemoglobin can precipitate angina pectoris in susceptible people, and fatalities from acute myocardial infarction and stroke have been reported in patients receiving combination therapy for hepatitis C. For these important reasons, ribavirin should not be used in patients with preexisting anemia or with significant coronary or cerebral vascular disease. If such patients require therapy for hepatitis C, they should receive alpha interferon monotherapy.

Ribavirin has also been found to cause itching and nasal stuffiness. These are histamine-like side effects; they occur in 10 to 20 percent of patients and are usually mild to moderate in severity. In some patients, however, sinusitis, recurrent bronchitis, or asthma-like symptoms become prominent. It is important that these symptoms be recognized as attributable to ribavirin, because dose modification (by 200 mg per day) or early discontinuation of treatment may be necessary.

Uncommon side effects of alpha interferon, peginterferon, and combination therapy (occurring in less than 2 percent of patients) include

- autoimmune disease (especially thyroid disease)
- severe bacterial infections
- marked thrombocytopenia

- marked neutropenia
- seizures
- depression and suicidal ideation or attempts
- retinopathy (microhemorrhages)
- hearing loss and tinnitus

Rare side effects include acute congestive heart failure, renal failure, vision loss, pulmonary fibrosis or pneumonitis, and sepsis. Deaths have been reported from acute myocardial infarction, stroke, suicide, and sepsis.

A unique but rare side effect is paradoxical worsening of the disease. This is assumed to be caused by induction of autoimmune hepatitis, but its cause is really unknown. Because of this possibility, aminotransferases should be monitored. If ALT levels rise to greater than twice the baseline values, therapy should be stopped and the patient monitored. Some patients with this complication have required corticosteroid therapy to control the hepatitis.

**Algorithm for Treatment**

Make the diagnosis based on aminotransferase elevations, anti-HCV and HCV RNA in serum, and chronic hepatitis shown by liver biopsy.

↓

Assess for suitability of therapy and contraindications. Discuss side effects and possible treatment outcomes.

↓

Test for HCV genotype.

↓

**Genotype 1:** Test for HCV RNA level immediately before starting therapy (baseline level).

↓

**Genotype 1:** Start therapy with peginterferon alfa-2a in a dose of 180 mg weekly or peginterferon alfa-2b in a dose of 1.5 mg/kg weekly in combination with oral ribavirin in two divided doses of 1,000 mg daily if body weight is < 75 kilograms (165 lbs.) or 1,200 mg daily if body weight is > 75 kilograms.

↓

**Genotype 2 or 3:** Start therapy with peginterferon alfa-2a in a dose of 180 mcg weekly or with alfa-2b

in a dose of 1.5 mcg per kilogram weekly and oral ribavirin 800 mg daily in two divided doses.

↓

**All patients:** At weeks 1, 2, and 4 and then at intervals of every 4 to 8 weeks thereafter, assess side effects, symptoms, blood counts, and aminotransferases.

↓

**Genotype 1:** At week 12, retest for HCV RNA level. If HCV RNA is negative or has decreased by at least two $\log_{10}$ units (such as from 2 million IU to 20,000 IU or from 500,000 IU to 5,000 IU or less), continue therapy for a full 48 weeks, monitoring symptoms, blood counts, and ALT at 4- to 8-week intervals. If HCV RNA has not fallen by two $\log_{10}$ units, stop therapy.

↓

**Genotype 2 or 3:** At 24 weeks, assess aminotransferase levels and HCV RNA and stop therapy.

↓

**All patients:** After therapy, assess aminotransferases at 2- to 6-month intervals. In responders, repeat HCV RNA testing 6 months after stopping.

**Before Starting Therapy**

- Do a liver biopsy to confirm the diagnosis of HCV, assess the grade and stage of disease, and rule out other diagnoses. In situations where a liver biopsy is contraindicated, such as clotting disorders, combination therapy can be given without a pretreatment liver biopsy.
- Test for serum HCV RNA to document that viremia is present.
- Test for HCV genotype (or serotype) to help determine the duration of therapy and dose of ribavirin.
- Measure blood counts and aminotransferases to establish a baseline for these values.

- Counsel the patient about the relative risks and benefits of treatment. Side effects should be thoroughly discussed.

↓

During Therapy

- Measure blood counts and aminotransferases at weeks 1, 2, and 4 and at 4- to 8-week intervals thereafter.
- Adjust the dose of ribavirin downward (by 200 mg at a time) if significant anemia occurs (hemoglobin less than 10 g/dL or hematocrit < 30 percent) and stop ribavirin if severe anemia occurs (hemoglobin < 8.5 g/dL or hematocrit < 26 percent).
- Adjust the dose of peginterferon downward if there are intolerable side effects such as severe fatigue, depression, or irritability or marked decreases in white blood cell counts (absolute neutrophil count below 500 cells/mm$^3$) or platelet counts (decrease below 30,000 cells/mm$^3$). When using peginterferon alfa-2a, the dose can be reduced from 180 to 135 and then to 90 mcg per week. When using peginterferon alfa-2b, the dose can be reduced from 1.5 to 1.0 and then to 0.5 mcg per kilogram per week.
- In patients with genotype 1, measure HCV RNA level immediately before therapy and again (by the same method) at week 12. Therapy can be stopped early if HCV RNA levels have not decreased by at least two log10 units, as studies have shown that genotype 1 patients without this amount of decrease in HCV RNA are unlikely to have a sustained response (likelihood is < 1 percent). In situations where HCV RNA levels are not obtainable, repeat testing for HCV RNA by PCR (or TMA) should be done at 24 weeks and therapy stopped if HCV RNA is still present, as a sustained response is unlikely.
- Reinforce the need to practice strict birth control during therapy and for 6 months thereafter.

- Measure thyroid-stimulating hormone levels every 3 to 6 months during therapy. Patients with genotypes 2 or 3 can stop therapy at 24 weeks. Patients with genotype 1 and a drop in HCV RNA by 12 weeks should continue therapy for 48 weeks.
- At the end of therapy, test HCV RNA by PCR to assess whether there is an end-of-treatment response.

↓

**After Therapy**

- Measure aminotransferases every 2 months for 6 months.
- Six months after stopping therapy, test for HCV RNA by PCR. If HCV RNA is still negative, the chance for a long-term "cure" is excellent; relapses have rarely been reported after this point.

## Options for Patients Who Do Not Respond to Treatment

Few options exist for patients who either do not respond to therapy or who respond and later relapse. Patients who relapse after a course of interferon monotherapy may respond to a course of combination therapy, particularly if they became and remained HCV RNA negative during the period of monotherapy. The response rates and optimal dose (800 vs. 1,000 mg to 1,200 mg of ribavirin) and duration (24 or 48 weeks) of peginterferon and ribavirin for relapse or previous nonresponder patients have not been defined. The algorithm for treatment given above is for treatment of naive patients.

An experimental approach to treatment of non-responders is the use of long-term or maintenance interferon, which is feasible only if the peginterferon is well tolerated and has a clear-cut effect on serum aminotransferases or liver histology, despite lack of clearance of HCV RNA. This approach is now under evaluation in long-term clinical trials in the United States. New medications and approaches to treatment are needed. Most promising for the future are the use of other cytokines and the development of newer antivirals, such as RNA polymerase, helicase, or protease inhibitors.

tionally infected with acute hepatitis C, are particularly likely to experience a severe course of acute hepatitis C. Usually, the physical exam of a person with acute hepatitis C appears normal. Occasionally, a physical exam will reveal an enlarged tender liver, jaundice, and/or a rash.

### Diagnosing Acute Hepatitis C

As mentioned previously, approximately 28,000 to 35,000 new acute hepatitis C infections are estimated to occur each year. However, it is also estimated that only 25 to 30 percent of these newly acquired infections are actually diagnosed. The most likely explanation for this low percentage is that most people with acute hepatitis C are either asymptomatic or have very vague symptoms. Therefore, evaluation by a doctor during the acute stage of this disease is a rare occurrence. As such, the majority of people with hepatitis C do not discover that they harbor this virus until years or, often, decades later. Therefore, there are probably thousands of people who currently have hepatitis C and have no idea that they are infected. However, if a person sees her doctor for an evaluation of symptoms, acute hepatitis C is usually detected from abnormal blood test results.

Transaminases (AST and ALT) are often quite elevated initially. Levels of approximately 200 to 600 IU/L can occur. (The normal range is approximately 0 to 45 IU/L.) Elevations in transaminases usually occur approximately six to eight weeks after infection with HCV (or within a range of two to twenty-six weeks). As the disease progresses, transaminases typically decrease. Transaminase levels often fluctuate between normal, or near normal, and elevated before permanently returning to normal. This fluctuation is a typical characteristic of hepatitis C. Persistent normalization of transaminases by six months usually indicates that acute hepatitis C has resolved. This occurs 15 percent of the time. If transaminases remain elevated (usually around two to three times normal) after this period or if the ALT levels elevate after a period of normalization, it usually indicates progression to chronic hepatitis C (see page 117), which occurs approximately 85 percent of the time. Progression to chronic disease is always accompanied by an elevated HCV viral load.

Cholestatic liver enzymes (AP and GGTP) are usually only mildly elevated during acute hepatitis C—around two to three times normal—and bilirubin levels are usually normal. Around one-fourth of all people with acute hepatitis C become jaundiced. Even among these people, bilirubin levels usually normalize rapidly, usually within about one month.

None of these blood test abnormalities are diagnostic of acute hepatitis C. But once the doctor detects abnormal LFTs, additional blood work specific for hepatitis C, known as the hepatitis C serology, will be performed (see page 122). From the results of these tests, which detect antibodies to the hepatitis C virus and the hepatitis C viral load, the doctor will be able to determine if the LFT abnormalities are due to hepatitis C.



Imaging studies are typically normal and are not needed to make a diagnosis of hepatitis C. If performed, imaging studies are generally done in order to eliminate other possible causes of elevated LFTs, such as gallstones. A liver biopsy is usually not performed during the acute stage of a hepatitis C infection.

### Determining Whether Acute Hepatitis C Has Resolved

After the diagnosis of acute hepatitis C has been made, the doctor will probably want to see the patient several times over the next few months in order to check on the status of the infection. Six months after the patient has been infected, the doctor will determine whether the patient has shaken off HCV entirely or whether she has progressed to chronic hepatitis C.

Hepatitis C is limited to acute infection in only around 15 percent of all people (like Jack in the story at the beginning of this chapter). These fortunate people have a total resolution of symptoms, physical signs, and any LFT abnormalities due to infection with HCV. Also, their HCV RNA by PCR will permanently return to normal (see page 123 for clarification of these terms). These people do not develop chronic infection and, therefore, are not at risk for the long-term consequences of hepatitis C. Furthermore, they are now immune to hepatitis C. They can never get it again nor can they transmit it to others. However, immunity against HCV does not protect a person from other hepatitis viruses, such as hepatitis A or B. Also, these people will never be allowed to donate blood, as they will always have the antibody for hepatitis C present in their blood.

## WHAT IS FULMINANT HEPATITIS C?

Fulminant hepatitis C is a very rare but severe form of acute hepatitis C. It is characterized by the sudden onset of liver failure, coagulopathy, jaundice, and encephalopathy. Patients become severely ill and develop a rapidly progressive downhill course. Approximately 85 percent of these people are likely to die unless immediate liver transplantation is undertaken. Fortunately, this complication of acute hepatitis C is a very rare occurrence.

## WHAT IS CHRONIC HEPATITIS C?

Chronic hepatitis C is defined as inflammation of the liver caused by HCV that continues for more than six months. In people with chronic hepatitis C, the immune system has failed to clear the virus from the body. Therefore, all individuals with chronic hepatitis C will have an elevated HCV RNA. Once a person is chronically infected with HCV, the potential exists for liver damage and cirrhosis along with its complications, including liver failure and liver cancer. (The treatment of chronic hepatitis C will be discussed in Chapter 13.)

## The Reason So Many Cases of Acute Hepatitis C Become Chronic

When a person becomes infected with HCV, it is very difficult for her to clear the virus from her body. Once most people become infected with HCV (acute hepatitis C), they develop chronic disease (chronic hepatitis C). In fact, approximately 85 percent of infected people develop chronic hepatitis C. This is in stark contrast to the incidence of progression from acute to chronic in other forms of viral hepatitis. For example, hepatitis B progresses to chronic disease only about 5 percent of the time when the infection is acquired as an adult. And hepatitis A never leads to chronic disease. It appears that the immune system is not very efficient in clearing HCV. So, what makes HCV so formidable?

The genes that make up HCV can vary slightly from one HCV to another. These different genetic variations of HCV are known as *hepatitis C mutants*, or *quasi-species*. The entire hepatitis C viral population that is present in a person infected with HCV is made up of a conglomerate of related, yet slightly different, HCV species. This virus population usually consists of one HCV mutant group that is stronger and dominant and numerous other HCV mutants that are weaker. These mutants are all similar in structure but differ slightly from one another. These slight variations in structure account for the fact that some HCV mutants are stronger and thus better equipped to fight the immune system than other HCV mutants. This is analogous to Darwin's theory of evolution: the survival of the fittest.

The fact that HCV is such a clever and conniving virus probably accounts for why most people progress to chronic disease. When HCV is being attacked by the immune system during the acute infection, HCV can mutate into a stronger quasi-species variant. In this manner, HCV is able to outwit the body's immune system and fail any attempt to eradicate it. Thus, HCV tricks the bodies' immune surveillance and escapes eradication, allowing for progression to chronic disease. This explains why long-term response rates to therapy with interferon (see Chapter 13) have been somewhat disappointing. It also may explain why it is so difficult to create a vaccination against HCV (see Chapter 24).

Risk factors determining which people are most likely to progress to chronic disease have not yet been identified. Excessive alcohol consumption is probably one risk factor, but this requires further study to say for sure.

## The Symptoms and Signs of Chronic Hepatitis C

Most people with chronic hepatitis C are surprised to find out that they harbor this virus. This is because even at advanced stages of the disease, symptoms are usually absent. This is true even in some people who have progressed to cirrhosis. And, as with many other liver diseases, if symptoms are present, they are usually non-specific. Only approximately 20 percent of people with chronic hepatitis C experience symptoms—most commonly fatigue and generalized weakness. Some people complain of vague abdominal discomfort, often in the area over the liver. Still others suffer with a decreased appetite, weight loss, and depression. The severity or lack



of symptoms is not a good indicator of the amount of liver inflammation and damage.

Physical findings are often normal in people with chronic hepatitis C. An enlarged, tender liver is rarely detected. Other physical findings, such as an enlarged spleen (splenomegaly) or jaundice, may be indicative of cirrhosis. In general, symptoms and signs of chronic hepatitis C will not provide the basis for its diagnosis.

People with chronic hepatitis C often have symptoms and signs of infection that are manifested in organs other than the liver, known as *extrahepatic* manifestations. This is partly due to the fact that other parts of the body are often caught in the cross-fire when the immune system fights against an HCV infection. These extrahepatic symptoms are known as immune-complex mediated diseases. The following is a brief discussion of some of the extrahepatic manifestations of chronic hepatitis C.

### Skin Diseases

*Vasculitis*—inflammation of blood vessels—may present (show up during a doctor's initial examination of a patient) as a raised, purplish skin discoloration, known as *purpura*, which is most commonly located on the legs. This discoloration is due to the leakage of blood under the skin.

*Porphyria cutanea tarda* (PCT) is a skin abnormality that may present as easy bruising of the skin, in addition to blisters that are sensitive to the sun and bleed easily. Areas of increased or decreased skin pigmentation and increased hair growth, known as *hirsuitism*, may also be associated with PCT. In addition to HCV, alcohol, excessive iron, and estrogens are believed to precipitate the manifestations of PCT in predisposed people.

*Lichen planus* is a raised, itchy skin rash that often occurs in the mouth, hair, and nails.

Several other skin changes have been noted to occur in association with chronic hepatitis C, but further study needs to be conducted to clarify their significance.

### Hematological (Blood-Related) Diseases

*Cryoglobulinemia* (excess proteins in the blood) presents with purpura, joint aches (known as *arthralgias*), and weakness. Cryoglobulinemia may also affect the kidneys, brain, and nerves. Although cryoglobulinemia has been found in approximately 40 percent of all individuals with chronic hepatitis C, only about half of these people experience symptoms related to cryoglobulinemia.

*Lymphoma* is a malignant tumor of the lymphoid tissue (cells related to the immune system) that has infrequently been found in people with chronic hepatitis C.

*Idiopathic thrombocytopenic purpura* (ITP) is a disease characterized by an abnormally low platelet count of unclear origin and is generally manifested in the form of a rash. It is believed to be caused by an immune attack on platelets. A consequence of ITP may be a bleeding disorder, as the function of platelets is to facilitate the clotting of blood.

2:04-cv-02110-HAB-DGB # 51-3 Page 9 of 25



### Endocrine Disorders

*Thyroid disorders*, both *hypothyroid* (an overly slow thyroid) and *hyperthyroid* (an overly fast thyroid) have been noted to occur in approximately 5 percent of the individuals with chronic hepatitis C. These disorders often worsen once therapy with interferon (see Chapter 13) has been initiated.

*Diabetes*—elevated blood sugar (glucose) levels—has been found to be present in many people with chronic hepatitis C in some studies, but further study is needed to confirm this association.

### Eye Disorders

Although multiple eye disorders have been found in some people with chronic hepatitis C, a direct association has not been proven. However, all of the following have been reported to have occurred in people with chronic hepatitis C: ulcers in the cornea of the eye, known as *Mooren's corneal ulcers; uveitis*, which is inflammation of the uvea (the middle layer of the eye); *Behcet's syndrome*—a syndrome associated with uveitis and ulcers of the mouth and genitalia; and *Sjögren's syndrome* (dry eyes and dry mouth) have all been reported to occur in people with chronic hepatitis C.

### Kidney Disorders

Inflammation of the kidney, known as *glomerulonephritis*, has been associated with chronic hepatitis C. Occasionally, people with this kidney disorder have either blood or excess protein in their urine.

### Musculoskeletal Disorders

Muscle weakness and joint pain have been noted to occur in people with chronic hepatitis C. These people often also have associated cryoglobulinemia. Further study needs to be conducted to confirm these associations.

### Other Problems

Other rare, unsubstantiated associations found in people with chronic hepatitis C include *pulmonary fibrosis* (lung scarring); a type of vasculitis known as *polyarteritis nodosa* (PAN); and *vitiligo*, a loss of skin pigmentation. Further studies will need to be conducted in order to confirm that these disorders are associated with chronic hepatitis C.

## DIAGNOSING CHRONIC HEPATITIS C

Most people find out that they have chronic hepatitis C purely by accident. Since the majority of people either have vague symptoms or no symptoms at all, an evaluation for hepatitis C is usually prompted by the discovery of abnormal LFTs—most commonly and characteristically ALT. (See Chapter 3 for more information on LFTs.) These abnormalities may be found during a routine annual physical, during a physical for a life insurance application, or during a medical evaluation for an



unrelated problem. Others discover that they have chronic hepatitis C in the course of seeing their family doctors for the evaluation of one of the nonspecific symptoms associated with chronic hepatitis C, such as fatigue or loss of appetite.

Sometimes a specialist, rather than the family doctor, will discover that a person has chronic hepatitis C—perhaps during an evaluation of one of the extrahepatic manifestations of hepatitis C discussed on page 119. Others seek medical evaluation for ascites or jaundice and, therefore, find out that they have chronic hepatitis C when the disease is already far advanced.

Some people learn that they have chronic hepatitis C when they are rejected for blood donation due to testing positive for the hepatitis C antibody. The hepatitis C test that is used for blood-donor screening is known as the ELISA, which stands for enzyme-linked immunosorbent assay (see page 122). Approximately 40 percent (a range of 30 to 70 percent) of people who test positive for HCV by this screening blood test actually do not have hepatitis C. This is known as a *false-positive test.* Therefore, if a person tests positive by the ELISA method of HCV detection, it is imperative that she be tested again, using a more accurate method known as RIBA (recombinant immunoblot assay). The following is a discussion of the diagnostic tests used to diagnose chronic hepatitis C.

### Liver Function Tests (LFTs)

Transaminases (ALT and AST) are elevated in approximately 70 percent of all individuals with chronic hepatitis C. The ALT value is more likely to be elevated and it is more characteristic of a hepatitis C infection than an AST elevation. In fact, the ALT level is often used as a marker of HCV inflammation, even though it is not an accurate indicator of the extent of inflammation in the liver. In people with chronic hepatitis C, ALT and AST levels usually range from approximately 80 to 180 IU/L. This is around two to four times the upper limit of normal (normal value being approximately 0 to 45 IU/L). But the person may have values as high as 450 IU/L or as low as 46 IU/L and still have chronic hepatitis C.

There are two important characteristics that apply to the transaminase levels in people with chronic hepatitis C. First, transaminase levels in people with chronic hepatitis C typically fluctuate. Some days, transaminase levels are very abnormal and other days, transaminase levels will be near normal, or even normal. But the fact that transaminases have decreased or normalized does not indicate that chronic hepatitis C has improved or has gone away. By the next day, week, or year, the transaminase levels may be elevated again. Second, the level of elevation of transaminases usually bears little correlation with the severity of liver disease caused by HCV, and, furthermore, the level of elevation rarely predicts the outcome of disease.

Regardless of the degree of transaminase elevation, the findings on liver biopsy specimens may range anywhere from mild inflammation to advanced cirrhosis. However, some studies have found that elevations persistently greater than ten times the normal value are a predictor of excessive liver scarring.

Approximately one-third of people with chronic hepatitis C have transaminase levels that are persistently normal. This means that transaminase levels have never been elevated. Despite normal transaminase levels, these people have an elevated HCV RNA. Thus, these people are often referred to by some experts as "healthy chronic carriers" of HCV. However, further research is needed to confirm the validity of this designation. Approximately 80 percent of these people never experience any significant consequences due to chronic hepatitis C. However, it is thought that up to 20 percent of hepatitis-C patients with persistently normal transaminase levels will worsen and suffer from severe liver disease. Also, there does not appear to be any concrete factors that can predict which of these people will experience progressive disease and which ones will continue to remain stable with no long-term consequences due to HCV.

In summary, transaminase elevations provide little significant information about the nature of the liver disease caused by chronic hepatitis C. If levels are very elevated, they may predict severe damage of the liver in some people. In general, however, they merely provide a clue that something is wrong with the liver. Finally, transaminase levels do have some significance when used to monitor a person's response to therapy (see Chapter 13).

In people with chronic hepatitis C, bilirubin levels are usually normal unless the person has advanced liver disease. GGTP is often mildly abnormal. Immunoglobulin G is usually elevated, but has no value in determining a prognosis. Iron studies (iron, ferritin, and transferrin saturation), which will be discussed in Chapter 18, are often elevated in people with chronic hepatitis C and are generally associated with increased inflammation and damage of the liver.

## Hepatitis C Antibody Tests

Blood tests to determine the presence of the hepatitis C antibody (HCV Ab) in the body are necessary in order to make a diagnosis of hepatitis C. These tests determine whether the immune system is producing antibodies against one or more of the hepatitis C antigens (see page 81 for a brief explanation of antigens and antibodies). The presence of the antibody to HCV may indicate that a person was previously exposed to hepatitis C, or, alternatively, it may indicate that a person is currently infected with HCV. It is not possible to determine which scenario applies in a given case from the mere presence of the antibody alone. Therefore, the presence of the HCV Ab does not mean that a person is either immune to, or in any way protected against HCV. Nor are these tests capable of distinguishing between acute and chronic hepatitis C. There are currently two blood tests readily available in the United States that can detect hepatitis C antibody in the blood. In fact, these tests are currently the only tests approved by the FDA for the diagnosis of hepatitis C. These tests are known as ELISA (enzyme-linked immunosorbent assay) and RIBA (recombinant immunoblot assay).

The ELISA I blood test was the first available screening test to detect the HCV Ab. Made commercially available in May 1990, this test detects the antibody



against one of the hepatitis C antigens. ELISA I is capable of detecting HCV Ab approximately sixteen weeks after exposure to HCV. Therefore, since 1990, this test was available to all doctors to determine whether the cause of a person's elevated LFTs was in fact due to hepatitis C. This test was supplanted by the ELISA II in May 1992. ELISA II detects the antibody against four of the hepatitis C antigens, and is, therefore, significantly more accurate than the ELISA I test. ELISA II is capable of detecting HCV Ab in the blood approximately nine to ten weeks after exposure to HCV. ELISA III is the test used since May 1996 to screen blood products in the United States for HCV. This test detects the antibody against five of the hepatitis C antigens and is, therefore, more accurate than ELISA II. This blood test can detect the HCV Ab approximately six to eight weeks after exposure to HCV. All ELISA tests are typically reported as being positive or negative.

RIBA 2.0, made commercially available in June 1993, is supposed to be used as a supplemental blood test necessary in certain people once they have tested positive for HCV Ab by ELISA II who are at a low-risk for infection with HCV. These people include blood donors and individuals without an apparent risk factor such as intravenous drug use. RIBA 2.0 is a more accurate test than ELISA II, as it detects the exact HCV antigens that the HCV antibodies are reacting against. Therefore, it is typically the test most often ordered by the doctor to determine if her patient has HCV Ab. This test may be reported as being either positive, negative, or indeterminate. An indeterminate result must be carefully evaluated by a specialist to conclude if the result is really positive or negative. Additional, even more accurate tests for hepatitis C, such as RIBA 3.0, are currently being used in parts of Europe and are under investigation for use in the United States.

In 1999, the first over-the-counter home test was made available to the public to diagnose hepatitis C. This home test, called the "Hepatitis C Check," allows people to collect a sample of blood on their own at home and mail it to the appropriate laboratory for hepatitis C antibody testing. The results are available by phone within a week or two and are strictly confidential.

## Hepatitis C Viral RNA

There are currently two tests commercially available since 1995 that can actually detect the amount of the HCV ribonucleic acid (HCV RNA—the genetic material of HCV) in the blood. They are HCV RNA RT-PCR and HCV bDNA. While neither the RT-PCR nor the bDNA test for HCV is currently FDA-approved, they are both routinely ordered by doctors to determine their patients' HCV RNA load. These tests can detect HCV in the blood approximately three days to two weeks after exposure to the virus.

HCV RNA RT-PCR measures HCV RNA by a technique known as reverse transcription-polymerase chain reaction (RT-PCR). Reverse transcriptase is an enzyme capable of copying deoxyribonucleic acid (DNA). PCR is a technique that allows the amplification (augmentation) of a small amount of the copied viral DNA to generate a large amount. This can then be readily detected via a routine blood sample.

2:04-cv-02110-HAB-DGB # 51-3 Page 11 of 25



This test is very sensitive as it is capable of detecting as little as 100 hepatitis C viral particles (viral genome copies) per milliliter of blood. However, the lowest level of detection typically depends upon the laboratory conducting the test and can range from 100 to 2,000 viral particles per milliliter of blood.

The other technique for determining HCV RNA is known as branched-chain DNA (bDNA). This test is not as sensitive as the RT-PCR test, as it is not capable of detecting less than 200,000 viral particles per milliliter of blood.

Both of these tests are capable of determining the presence—positive or negative (qualitative)—and/or the actual amount, also known as the viral load (quantitative), of HCV in the blood. These tests are used both to confirm that a person is infected with HCV and to monitor and predict response to antiviral treatment (see Chapter 13). A positive test also confirms that the person is infectious to others.

It is important to understand that the viral load usually does not correlate with the severity of liver disease. Therefore, a very high viral load (5 million viral particles/mL) does not automatically indicate that a person has more liver inflammation and damage than a person with a viral load of 500 viral particles/ml. Furthermore, the viral load typically fluctuates and does not correlate with the degree of elevation of the transaminases (AST and ALT).

## Hepatitis C Antigen

Development of a blood test for the HCV antigen is currently under way. The preliminary results regarding its usefulness in the diagnosis of hepatitis C and in determining the response of hepatitis C to therapy appear to be very encouraging.

## HCV Genotype

The term *HCV genotype* refers to the genetic makeup of the different HCV mutants in the hepatitis C viral population of a single person. There have been six different HCV genotypes clearly identified: genotypes 1 through 6. (However, some researchers believe that genotypes 7 through 11 also exist and that these genotypes may be common in parts of Asia.) The HCV genotype can be determined through a blood test—although not all insurance companies will cover the cost of this test.

One HCV genotype may differ genetically from another by as much as 35 percent. To further complicate matters, within each genotype, there exist at least two or three subtypes that may differ genetically from one another by about 15 percent. These subtypes are classified alphabetically as "a, b, and c." Different HCV genotypes are found in different areas of the world and among different groups of people. For example, in the United States, genotype 1a and 1b are the predominant HCV variants. And genotype 3a is believed to be the predominant HCV genotype among intravenous drug users in Europe.

What is the significance of HCV genotypes? First, some researchers have suggested that certain genotypes respond less favorably than others to interferon treatment (see Chapter 13). Specifically, studies have found that people with genotype 1, especially 1b, were less likely to have a long-lasting response to treatment with interferon as compared with people who have other HCV genotypes. However, many other factors, including viral diversity, viral load, immune status, age, gender, alcohol intake, and extent of liver damage, need to be taken into consideration when making treatment decisions. Second, some investigators believe that there is a correlation between genotype and the long-term outcome of people with chronic hepatitis C. A number of studies have shown that people with genotype 1b have a disproportionately more severe and aggressive course of disease. In these studies, people with HCV genotype 1b have been shown to develop cirrhosis and liver cancer more quickly and in a greater percentage of cases as compared with those who have other genotypes. However, other studies have concluded that there is insufficient proof of a relationship between genotype and the outcome of the disease.



Clearly, further investigation concerning HCV genotypes need to be conducted before any definitive conclusions concerning their significance can be drawn.

## Imaging Studies

Usually the doctor will want to obtain at least one imaging study—typically a sonogram—as part of the diagnostic evaluation of chronic hepatitis C, especially when transaminases are elevated. While an enlarged liver or spleen may occasionally be detected, imaging studies are usually normal, even in advanced stages of disease. If liver cancer (hepatoma) is present, a mass may show up on the sonogram or other imaging study (see Chapter 19). Note, however, that just because the liver looks normal on an imaging study, it doesn't mean it actually is normal. In order to provide maximum information about the condition of the liver, a liver biopsy is necessary.

## Liver Biopsy

As with all liver diseases, even if a person feels fine, that's no guarantee that her liver is fine. Furthermore, physical findings, LFT abnormalities, HCV RNA viral load, HCV genotype, and imaging studies cannot accurately determine the extent of liver inflammation and damage caused by HCV.

The only way to determine the degree to which a liver is inflamed and injured is by examining a sample of the liver under the microscope. A liver biopsy is the only reliable means of determining the presence or absence of cirrhosis. Thus, a liver biopsy is necessary in order to assess the amount of liver inflammation due to the virus—known as the *grade* of hepatitis C. It determines the amount of scarring or fibrosis on the liver—known as the *stage* of disease. The results obtained from a liver biopsy provide crucial information that is used to guide treatment decisions and to assess a person's long-term prognosis. See Chapter 5 for more information on liver biopsies.

## THE LONG-TERM PROGNOSIS FOR THOSE WITH CHRONIC HEPATITIS C

Chronic hepatitis C progresses at a very slow pace. That means that most people will not develop significant liver inflammation or damage until at least fifteen to twenty years after becoming infected with the virus. Some may even take as long as forty to fifty years. And others may never develop serious liver disease.

It appears that cirrhosis develops in about 20 to 30 percent of all individuals with chronic hepatitis C within approximately twenty years after they are infected; however, percentages as high as 50 percent have been cited. Moreover, possibly more than half will develop cirrhosis approximately thirty or forty years after they are infected. Even after cirrhosis has developed, most people live long, healthy lives with chronic hepatitis C. However, once a person has developed one of the complications of cirrhosis, such as variceal bleeding or ascites, which is known as decompensated cirrhosis (see Chapter 6), she has a 50-percent chance of dying within the next five years. In a given year, decompensated cirrhosis occurs in approximately 4 percent of people with compensated cirrhosis.

From these statistics, it is apparent that some people with chronic hepatitis C have a relatively innocuous course of disease, while others have a more progressive and more serious course of disease. So the question is why do some people with chronic hepatitis C fare so much better than others? Unfortunately, no one knows the complete answer to this question, but there may be many contributing factors that can accelerate the rate of disease progression. Read on for a discussion of some of these factors.

### Prognosis Based on Viral Characteristics

Viral characteristics are believed by some researchers to play a role in determining disease progression. However, results from studies on some of these parameters, such as viral load and transaminase elevation, have been inconsistent, and therefore, no definitive conclusion can be drawn. On the other hand, other parameters such as liver biopsy results appear to predict prognosis quite well. The following sets forth some of these factors.

#### *Viral Load and Genotype*

While some studies have pointed out that high viral loads exist in a disproportionately high percentage of people with advanced disease, other studies have concluded that the viral load does not affect disease progression.

While some studies have found that people with genotype 1, especially genotype 1b, have a particularly progressive disease course as compared with people who have other HCV genotypes, other studies have been unable to document any correlation between genotype and disease outcome. Therefore, the viral load and viral genotype appear to be unpredictable measures of prognosis.



#### *Viral Diversity*

Some researchers have found that the more diverse the population of HCV quasispecies is in a given person, the more likely it is that the person will progress to advanced disease. Further study needs to be conducted on HCV quasispecies before definitive conclusions can be drawn.

#### *Transaminase Levels (ALT and AST)*

As noted previously, the level of transaminase elevation correlates poorly with chronic hepatitis C disease progression or the development of advanced liver disease. Furthermore, some people with chronic hepatitis C have persistently normal transaminases. In fact, approximately one-third (1.3 million Americans) of all individuals with chronic hepatitis C have never had abnormal transaminase levels. It is believed by some experts that these people with persistently normal transaminase levels are possibly "healthy chronic carriers" of HCV, and thus, will have neither an aggressive course nor a poor outcome of disease.

One study demonstrated that liver disease progression in people with persistently normal ALT levels is at least twice as slow as in people with elevated ALT levels. And another study suggested that in people with persistently normal ALT levels, it may take about eighty years for cirrhosis to develop, especially if people refrain from drinking alcohol. By contrast, a few studies have shown significant damage associated with people with chronic hepatitis C who have normal ALT levels. Clearly, more research needs to be conducted on this group of people.

#### *Liver Biopsy Results*

As stressed in Chapter 5, the only real way to determine the extent of inflammation and damage in the liver is by sampling a piece of liver tissue. It has been shown that the amount of inflammation and scarring found in liver biopsy samples may determine a person's rate of progression to cirrhosis. For example, people found to have severe inflammation and scarring on a liver biopsy sample have been shown to progress to cirrhosis rapidly—in approximately ten years. Those with only mild inflammation and no scarring progress very slowly and are estimated to take many decades to advance to cirrhosis.

### Prognosis Based on a Patient's Characteristics

Certain individual patient characteristics have been noted to have an impact on the course of the disease. These include age, gender, duration of infection, genetic predilection, immune status, and route of transmission.

#### *Age and Gender*

Some studies have found that people who become infected with HCV after the age of fifty-five appeared to have a more progressive course compared with people who

2:04-cv-02110-HAB-DGB # 51-3 Page 13 of 25



became infected under the age of fifty-five. Also, some studies have found that men are as much as four times more likely to develop liver cancer due to HCV than women.

### Duration of Infection

Some experts believe that since hepatitis C is a progressive disease, the longer a person is infected with the virus, the greater her chance of developing the possible complications of chronic hepatitis C, including cirrhosis, liver failure, and liver cancer.

### Genetic Predilection

Some studies have suggested that some people infected with chronic hepatitis C may possess a genetic predilection that protects them from developing the complications that may arise from the disease. Similarly, it is possible that some people possess genetic characteristics that promote progression of liver disease due to HCV. Further studies need to be conducted to confirm these findings.

### Route of Transmission

In people with chronic hepatitis C, the route by which the person became infected with HCV probably influences the course of the disease. Several studies have demonstrated that people who acquire HCV by a blood transfusion have a greater chance of developing significant liver disease than those who acquired HCV through other routes. This could be due to the fact that a large amount of hepatitis C viral particles may potentially be transmitted to a person in the course of a blood transfusion, whereas the sharing of a needle through illicit drug use (for example) provides the opportunity for a comparatively small amount of HCV to be transmitted. Fortunately, the application of accurate screening tests for HCV for all potential blood donors has made the transmission of HCV via blood transfusion an event of the past.

### Immune Status

The immune status of a person with chronic hepatitis C may influence the rate of progression to liver disease. Some people with poor immune systems, who are known as being *immunosuppressed* or *immunocompromised*—such as those with AIDS, those who are on immunosuppressive medications (such as tacrolimus) after receiving an organ transplant, and those undergoing cancer chemotherapy—often have a severe and aggressive course of liver disease due to chronic hepatitis C when compared with people who have chronic hepatitis C but have functioning immune systems. However, this finding is not universal and is subject to variables. In fact, some immunosuppressed people, including some with chronic kidney disease and some with HIV infection, have experienced a particularly mild course of liver disease due to infection with HCV. And the course of HCV infection in cases where a person has reinfected her newly transplanted liver with HCV is also variable. Some studies have noted an aggressive course of disease, with cirrhosis developing within a year due to HCV reinfection, while other studies have shown that infection with HCV caused virtually no damage to the new liver. It is clear that many factors come into play in the case of immunosuppression and how it affects the rate of progression of chronic hepatitis C. Issues pertaining to liver transplantation will be discussed further in Chapter 22.



By reducing the body's immune defenses, immunosuppressive medications, such as the steroid prednisone and the antirejection drug cyclosporine, promote a surge of viral replication (manifested by an increased HCV RNA viral load) by reducing the body's immune defenses. Therefore, immunosuppressive medications may have the effect of accelerating the progression of chronic hepatitis C. Thus, people with chronic hepatitis C are advised to avoid the use of such medications, unless these medications are absolutely warranted.

## Prognosis Based on Other Characteristics

Other factors that may independently cause liver disease may coexist in people with chronic hepatitis C. When combined together, a particularly aggressive course of liver disease with a poor outcome often results.

### HCV and Alcohol

Alcohol is a strong toxin to the liver and can lead to cirrhosis and liver cancer. People with chronic hepatitis C who drink excessive amounts of alcohol are at an especially high risk for a particularly accelerated course of liver disease to advanced stages. This has been found to apply even to former excessive alcohol users who currently abstain and even to some people who consider themselves to be social drinkers. It appears that alcohol actually promotes replication of HCV. You may accurately visualize alcohol as a potent fuel that HCV utilizes to multiply and prosper in the body. People with chronic hepatitis C who drink alcohol are more frequently found to have cirrhosis and liver cancer and are more likely to die at an earlier age than people who do not subject their livers to this additional insult. Therefore, it would be prudent for all people with chronic hepatitis C to minimize their alcohol intake. In fact, the best advice for these people is to totally abstain from all alcohol. See Chapter 17 for more information on alcohol and the liver.

### HCV and Cigarette Smoking

Cigarette smoking has been cited as a possible factor in promoting disease progression in people with chronic hepatitis C. However, further study is needed to confirm this possible association. Other forms of tobacco, such as from a pipe or cigar, have not been linked to promoting the progression of hepatitis C. This may be due to the fact that these forms of tobacco have never been specifically evaluated in this context. However, it can most likely be concluded that all forms of tobacco are not healthy for the liver.

2:04-cv-02110-HAB-DGB # 51-3 Page 14 of 25



### HCV and Other Hepatitis Viruses

It is not infrequent for people with chronic hepatitis C to be additionally infected with another hepatitis virus. It has been noted by some researchers that fulminant hepatitis (see Chapter 7) and even death can occur in people with chronic hepatitis C who become infected with the hepatitis A virus (HAV). Some studies have found that people infected with both HCV and HBV have a very aggressive course of disease and are at increased risk of developing cirrhosis and decompensated liver disease. Therefore, everyone with chronic hepatitis C who has not been exposed to HAV or HBV is urged to obtain the vaccinations against these other hepatitis viruses. Vaccinations will be discussed in Chapter 24.

Coinfection of HCV with the hepatitis G virus (HGV) is not believed to influence the outcome of liver disease due to HCV.

### HCV and Autoimmune Hepatitis

A form of autoimmune hepatitis (AIH) may occur in people with chronic hepatitis C. It has been shown that the coexistence of these two liver disorders does not lead to a poorer outcome of disease in a person with chronic hepatitis C. However, the coexistence of these two liver disorders may cause some treatment dilemmas. This is discussed in more detail in Chapters 13 and 14.

### HCV and Herbs

There has been a boom of interest in the use of herbal remedies for the treatment of chronic hepatitis C. However, many herbs are in and of themselves toxic to the liver. Due to the lack of FDA regulation regarding marketing and labeling, it is quite possible that many people are unknowingly ingesting herbs that are actually toxic to their livers in the mistaken belief that what they are ingesting will improve the health of their livers. Herbal remedies and how they may affect the progression of chronic hepatitis C is an area that warrants further investigation. See Chapter 21 for information on which herbs to avoid and which herbs may be safe.

### HCV and Iron Overload

Excessive iron can be harmful to the liver and can lead to liver damage and cirrhosis. Chapter 18 is devoted to this topic. Many people with chronic hepatitis C (especially men) have increased iron levels in their blood—iron, ferritin, and transferrin saturation. This may be due to iron being released into the bloodstream by dying liver cells. Some of these people may carry a gene for hereditary iron overload. It is possible that iron may promote the replication of HCV. Some studies have noted that people with chronic hepatitis C who have high iron levels respond poorly to treatment with interferon (see Chapter 13). This is why iron reduction therapy in the form of phlebotomy (removal of blood through a vein) has been proposed by some researchers as a possible treatment or adjunctive treatment option for people with chronic hepatitis C who have high iron levels. In any case, it is probably wise for people with chronic hepatitis C, especially those with high iron studies and also



those with cirrhosis, to avoid iron supplementation or foods fortified with iron. Nutrition for people with chronic hepatitis C will be discussed in Chapter 23.

### HCV and Environmental Factors

Environmental toxins, such as toxic fumes and pollutants from work sites, polluted air, waste, paints, and other sources, may potentially promote acceleration of disease in people with chronic hepatitis C. This association remains largely unexplored. However, since everything that we are exposed to, including what we breathe and absorb through the skin, is filtered through the liver to be detoxified, it makes sense that certain environmental factors may also contribute to a worsening course of liver disease.

### Chronic Hepatitis C and Liver Cancer Risk

Among people in whom cirrhosis develops, approximately 1 percent per year are at risk for liver cancer, also known as hepatocellular carcinoma (HCC) or hepatoma. It has been estimated that approximately 15 percent of people with cirrhosis due to HCV develop liver cancer within approximately ten years of the time cirrhosis occurred. In contrast to hepatitis-B-associated liver cancer, cirrhosis is present in all cases of hepatitis-C-associated liver cancer.

In people with chronic hepatitis C, drinking alcohol excessively appears to increase the risk of developing liver cancer, thereby underscoring the importance of abstinence in people with hepatitis C. As stated above, it appears that coinfection with both HBV and HCV also greatly increases a person's chances of developing liver cancer. As such, it is important for people with chronic hepatitis C who are not already infected with hepatitis B to obtain the hepatitis B vaccination. (See Chapter 24 for more information on vaccinations). It usually takes more than thirty years for liver cancer to develop from the time of initial infection with HCV. Males and people older than fifty-five years appear to develop liver cancer more frequently than females and younger individuals. It has been demonstrated that treatment with the antiviral drug interferon (see Chapters 11, 12, and 13), prior to the development of liver cancer may actually lower the incidence of liver cancer in some people with chronic hepatitis C (see Chapters 13 and 19). This underscores the importance of early detection and aggressive treatment of chronic hepatitis C prior to the development of advanced liver disease.

## CONCLUSION

Perhaps the most frightening aspect of chronic hepatitis C is its clandestine and progressive nature. Most people harbor the virus for ten, twenty, or even thirty years, not knowing it's in their bodies and oblivious to the liver damage it has caused. However, there are some encouraging aspects of this disease—the most common cause of liver disease in the United States. The number of new HCV infections has declined significantly. There is greater awareness and knowledge about HCV trans-

2:04-cv-02110-HAB-DGB # 51-3 Page 15 of 25



mission and prevention. With the application of improved diagnostic blood tests to screen prospective blood donors, which have been in use since 1992, acquisition of HCV by blood transfusion is now virtually impossible. This is of tremendous significance, as studies have shown that those people who have acquired HCV via this route are the most likely to develop progressive disease. Some controllable risk factors that can accelerate progression of disease, such as alcohol consumption and co-infection with other hepatitis viruses, have been pinpointed. Thus, a person can, on her own initiative, take measures that will help diminish her risk of disease progression. As the knowledge of HCV continues to grow, the number of people becoming infected with HCV, and the number of people having a poor outcome due to HCV will surely diminish even further.

The next chapter is an overview of the treatment of chronic viral hepatitis. As such, interferon, the first effective treatment for both chronic hepatitis B and C will be discussed in detail.

# 11 Treating Chronic Viral Hepatitis—An Overview

When diagnosed with an illness, one of the first questions that a person typically asks her doctor is *"How is this disease treated?"* Prior to 1991, when it came to chronic hepatitis B or C, the answer to this question would have been *"There is no proven effective treatment."* Fortunately, this is not the same answer that a person asking this question hears today. While current therapies do not work for everyone, people with chronic hepatitis B and C should consider themselves fortunate. Not only are effective medications available to treat these diseases, but there is a variety of treatment regimens from which a person can choose. Even those people who have carried the virus for several decades can often be successfully treated.

This chapter discusses important issues that a person with chronic hepatitis B or C should consider as she decides which treatment option will be best for her. These issues include the difference between FDA-approved and experimental drug therapy; the advantages versus the disadvantages of participating in a clinical research trial of a promising new drug; and what to look for when evaluating a clinical research study. Also included is a general overview of interferon—the first therapy to be proven effective for treating chronic viral hepatitis B and C. This overview includes the history of interferon, its potential side effects, and how best to deal with the side effects if they occur. Also, some financial issues regarding interferon are addressed. (More specific information on interferon therapy is covered in Chapters 12 and 13.)

## WHAT ARE INVESTIGATIONAL DRUGS?

There are many drugs available to treat chronic hepatitis B and C. Some drugs have already been approved by the United States Food and Drug Administration (FDA) and are available by prescription to anyone requiring treatment. However, before a drug is made available to the general public, it must undergo years of rigorous scruti-

EXHIBIT # 6

**SELECTIONS FROM FEDERAL BUREAU OF PRISONS DRAFT CLINICAL PRACTICE GUIDELINES FOR THE PREVENTION AND TREATMENT OF VIRAL HEPATITIS**
**January 2003**

**PURPOSE**

The Federal Bureau of Prisons Clinical Practice Guidelines for the Prevention and Treatment of Viral Hepatitis provide recommendations for the medical management of Federal inmates who have viral hepatitis or who otherwise are at risk of infection.

**REFERENCES**

**General**

Centers for Disease Control and Prevention, Recommendations for preventing transmission of bloodborne pathogen infections among chronic hemodialysis patients, MMWR 2001; 50 (RR-5).

Centers for Disease Control and Prevention, Practice recommendations for health-care facilities implementing U.S. public health service guidelines for management of occupational exposures to bloodborne pathogens, MMWR 2001;50(RR-11).

Centers for Disease Control and Prevention. Guidelines for Viral Hepatitis Surveillance and Case Management. www.cdc.gov/ncidod/diseases/hepatitis/resource/Surveillance.

Garcia-tsao G. Current management of complications Of cirrhosis and portal hypertension: Variceal Hemorrhage, ascites, and spontaneous bacterial perintonitis. Gastroenterology 2001; 120:726-748.

Narayanan Menon KV, Kamath PS. Managing the Complications of cirrhosis. Mayo Clin Proc 2000;75:501-509

Riley TR, Bhatti AM. Preventive strategies in chronic liver disease: Part II. Cirrhosis. *Am Family Physician* 2001; 64:1735-1740.

Mandell: Principles and Practices of Infectious Diseases, 5th ed., 2000, Churchill Livingstone, Inc.

**Hepatitis A**

Centers for Disease Control and Prevention, Prevention of hepatitis A through active or passive immunization, Recommendations of the Advisory Committee on Immunization Practices (ACIP), MMWR 1999;48(RR-12).

**Hepatitis B**

Centers for Disease Control and Prevention, Immunization of health-care workers, Recommendations of the Advisory Committee on Immunization Practices (ACIP) and the Hospital Infection Control Practices Advisory Committee (HICPAC), *MMWR* 1997; 46(RR-18).

Centers for Disease Control and Prevention, Hepatitis B virus: A comprehensive strategy for eliminating transmission in the United States through universal childhood vaccination, *MMWR* 1991;40(RR-13).

Lok ASF, McMahon BJ. Chronic Hepatitis B, *Hepatology* 2001;34 (6) :1225-41.

Centers for Disease Control and Prevention, Hepatitis B outbreak in a state correctional facility, 2000, *MMWR* 2001; 50: (No. 25).

**Hepatitis C**

Seeff LB, Hoofnagle JH. National Institutes of Health Consensus Development Conference: Management of hepatitis C: 2002, *Hepatology* 2002;36:S1-S14. Consensus statement also available at http://consensus.nih.gov/cons/116/HepcO91202.pdf.

Di Bisceglie AM, Hoofnagle JH. Optimal therapy of hepatitis C. *Hepatology* 2002;36:S121-S127.

Manns MP, McHutchison JG, Gordon SC, et al. Peginterferon alfa-2b plus ribavirin compared with interferon alfa-2b plus ribavirin for initial treatment of chronic hepatitis C: a randomized trial. Lancet 2001;358: 958-965.

Gebo KA, Herlong HF, Torbenson MS MS et al. Role of liver biopsy in management of chronic hepatitis C: A systemic review. *Hepatology* 2002;36:S161-S169.

Wright TL. Treatment of patients with hepatitis C and cirrhosis. *Hepatology* 2002;36:S185-S194.

Bacon BR. Treatment of patients with hepatitis C and normal serum aminotransferase levels. *Hepatology* 2002;36: S179-S184.

Shiffman ML. Retreatment of patients with chronic hepatitis C. *Hepatology* 2002;36:S201-S207.

Thomas DL. Hepatitis C and human immunodeficiency virus infection. *Hepatology* 2002;36:S201-S207.

Lauer GM, Walker BD. Hepatitis C infection, *N Engl J Med*, 2001;345:41-52.

Liang TJ, Rehermann B, Seeff LB, Hoofnagle JH. Pathogenesis, natural history, treatment, and prevention of hepatitis C. *Ann Intern Med* 2000; 132: 296-305.

Alter MJ, Kruszon-Moran D, Nainan OV et al. The prevalence of hepatitis C virus infection in the United States, 1988 through 1994. *N Engl J Med* 1999;341:556-562.

Centers for Disease Control and Prevention, Recommendations for prevention and control of hepatitis C virus (HCV) infection and HCV-related chronic disease. *MMWR* 1998;47(RR-19)

(Final version of Guidelines will have information also on hepatitis A and B.)

<u>Chronic hepatitis C (natural history):</u> An estimated 60%-85% of persons infected with HCV develop chronic hepatitis of varying severity, while 15%-40% of newly infected persons are able to spontaneously clear the virus by unknown mechanisms. In chronically infected persons, viral replication within hepatocytes and viremia occur despite the presence of anti-HCV antibodies. HCV RNA blood levels are often extremely elevated ranging from $10^5$ to $10^7$ international units (IU)/mL, but levels range widely among different patients.

Chronic HCV infection has a waxing and waning course with frequent fluctuations in ALT levels associated with unpredictable degrees of inflammation and fibrosis despite the presence of anti-HCV antibodies. Approximately one-third of persons with chronic HCV infection will have subclinical hepatitis with persistently normal serum ALT levels.

An estimated 10% to 20% of persons infected with HCV ultimately develop cirrhosis or clinically significant hepatic disease. High levels of alcohol use, older age at the time of infection, HIV and HBV co-infections, and male gender increase the risk of disease progression. The degree of viremia ("viral load") and the HCV genotype, however, do not affect disease progression. The degree of ALT elevation also does not correlate strongly with the risk of disease progression, but persons who develop cirrhosis are more likely to have marked elevations in serum ALT levels.

Persons with chronic HCV infection are asymptomatic 80% of the time. Fatigue is the most common presenting

complaint, but significant symptoms may not develop until the onset of cirrhosis and the associated complications of liver failure. HCV infection can be complicated by hepatocellular carcinoma in approximately 1% to 5% of persons with chronic hepatitis, usually in the presence of cirrhosis after longstanding infection of 3 or more decades. Non-hepatic manifestations of HCV infection include cryoglobulinemia, glomerulonephritis, lymphoma, rheumatoid symptoms, and porphyria cutanea tarda. The diagnosis of these associated symptoms/findings should prompt evaluation for HCV infection.

**Chronic hepatitis C (diagnosis):** A positive enzyme linked immunoassay (ETA) for HCV antibodies is sufficient to initially diagnose HCV infection in inmates with definitive risk factors for HCV infection and elevations in alanine aminotransferase levels (ALT). (An assay for serum HCV RNA, however, should be obtained for confirmation of infection before initiating antiviral therapy in these patients.)

Inmates with a positive ETA for HCV antibodies, but with normal ALT levels or no risk factors for HCV infection, should have a confirmatory test for HCV infection, such as the recombinant immunoblot assay (RIBA™) or a qualitative test for HCV RNA. **NOTE:** Where laboratories are able to determine the signal to cutoff ratio of the ETA, a ratio ≥ 3.8 may be sufficient to diagnose HCV infection without RIBA testing.

**Patient counseling:** Inmates diagnosed with HCV infection should be counseled on the specific measures necessary for preventing further transmission of HCV to others during incarceration and upon release, and for limiting the progression of their disease, including the following recommendations:

- Do not shoot drugs

- Do not donate blood, body organs, other tissue or semen

- Do not share personal items that might have your blood on them, such as toothbrushes, dental appliances, nail-grooming equipment or razors

- Cover cuts and skin sores to keep blood from contacting other persons

- Do not share tattooing or body piercing equipment, as the tools and the hands of the tattoo artist can carry infected blood

Limit alcohol consumption, and speak to a physician prior to taking any new medication, including over-the-counter and herbal remedies, which may be hepatotoxic

**15. HEPATITIS C - SCREENING**

__Nonsentenced inmates:__ Screening for HCV infection in asymptomatic, highly mobile, nonsentenced inmates should ordinarily not be pursued unless specifically indicated for medical reasons. Asymptomatic nonsentenced inmates in BOP detention facilities with histories of injection drug use or other high risk behaviors for HCV infection, should be counseled regarding their risk for HCV infection and behaviors that will reduce transmission of HCV infection to others during incarceration and upon release.

__Sentenced inmates:__ Screening for HCV infection by measuring anti-HCV antibodies by ETA, should be considered for sentenced inmates who request testing and those with the following:

- History of ever injecting illicit drugs

- Recipient of blood transfusion or organ transplant before 1992

- Recipient of clotting factor transfusion prior to 1987

- Receiving chronic hemodialysis: screen ALT levels monthly and anti-HCV antibodies semiannually

- Percutaneous exposures to HCV-positive blood

- History of tattoos or body piercings received while in jail or prison

- Elevated ALT levels of unknown etiology

- Signs and symptoms of hepatitis or when otherwise medically indicated

**16. HEPATITIS C - TREATMENT**

**Acute hepatitis C:** Inmates diagnosed with acute hepatitis C should be considered for antiviral therapy in consultation with a physician specialist. Limited data indicate that antiviral therapy is beneficial when started early in the course of HCV infection, however, the timing and the optimal treatment regimen in this setting are uncertain; therefore treatment decisions should be made on a case by case basis.

**Baseline evaluation (chronic hepatitis C):** A baseline clinician evaluation should be conducted for all inmates diagnosed with HCV infection and include at least the following:

- Targeted history and physical examination

- Serum liver transaminases (ALT and AST), bilirubin, alkaline phosphatase, albumin, and prothrombin time

- CBC with differential and platelet count

- Renal function assessment (serum creatinine/BUN)
- HBsAg

- HIV serology if risk factors for HIV infection are identified

- Hepatitis A vaccination should be administered to inmates with risk factors for HAV infection or evidence of chronic liver disease (Prescreening for immunity to HAV by testing for HAV IgG should be considered prior to vaccination particularly in foreign born inmates where hepatitis A is endemic and among inmates 50 years of age or older).

- Hepatitis B vaccination should be considered for inmates with HCV infection if the inmate is considered at risk for future infection or if liver disease is present. (Prescreening for immunity by testing for anti-HBc in high risk inmates or anti-HBs in younger inmates with high rates of vaccination, should be considered prior to vaccination).

Periodic evaluations (chronic hepatitis C): Clinician evaluations for inmates with chronic HCV infection should be conducted at least every 6 months for inmates with normal or minimally elevated ALT levels with no other evidence of liver disease. (Note: If the baseline ALT is normal or minimally elevated along with other markers of liver disease and synthetic function, then these parameters should be reassessed in 3-4 months, and if normal, repeated every 6-12 months thereafter.)

Inmates with ALT levels twice normal or other evidence of significant liver disease should be monitored in chronic care clinics quarterly or more frequently as indicated. Inmates being evaluated for antiviral therapy who have liver biopsies that are normal or show minimal fibrosis should ordinarily be rebiopsied every 3-5 years to reassess liver inflammation and fibrosis.

Screening tests for hepatocellular cancer (HCC) have an unclear predictive value and are not routinely indicated. Measurement of serum alpha-fetoprotein levels and a liver ultrasound should be considered for inmates with cirrhosis or a family history of HCC.

**Treatment considerations for chronic hepatitis C:**
Treating physicians should consider the following facts before recommending antiviral therapy for inmates with chronic hepatitis C.

- Only 10%-15% of persons with HCV injection develop significant long term complications of liver disease, usually 20-30 years after initial infection. An estimated 3% to 4% of HCV-infected persons will die of complications of their infection.

- No laboratory parameters definitively predict which persons infected with HCV will develop cirrhosis or respond to medical therapy. Persons with a history of alcohol abuse and HIV co-infection are at greater risk of developing cirrhosis.

- Antiviral therapy for hepatitis C is increasingly effective in clearing viremia and establishing sustained viral response rates (SVR)

- Factors that predict a favorable response to antiviral therapy include: genotypes other than type 1, low baseline HCV RNA levels, less fibrosis or inflammation on liver biopsy, and lower body weight.