**E-FILED**
Thursday, 19 May, 2005  03:33:22 PM
Clerk, U.S. District Court, ILCD

<u>Treatment indications for chronic hepatitis C:</u>
Antiviral drug therapy should be considered for inmates
with hepatitis C and the following parameters:

— Elevations in ALT levels ✗ 2 times normal; OR normal
ALT levels or mildly elevated ALT levels < 2 times
normal with any other laboratory or clinical evidence
of liver disease

NOTE: The appropriate evaluation and treatment of
patients with hepatitis C and normal or mildly elevated
ALT levels is debatable, and should therefore be
considered on a case by case basis. Approximately 30%
of patients with chronic hepatitis C have normal ALT
levels; and another 40% of persons have ALT levels less
than twice normal. Most of these patients have mild
liver disease. A small subset of these patients have
significant fibrosis or cirrhosis despite normal or
mildly elevated ALT levels, however, in these patients
some other marker of liver disease is usually present
such as elevations in AST, bilirubin, or alkaline
phosphatase, abnormal prothrombin time, or decreases in
albumin or platelets.

— Evidence of compensated cirrhosis (e.g., albumin 3
3.5 g/dL, total bilirubin # 1.5 mg/dL, and prothrombin
time international normalized ration (INR) # 1.5).
(NOTE: does not necessarily require liver biopsy
confirmation of cirrhosis, however, prior to initiating
antiviral therapy, inmates with suspected compensated
cirrhosis should have upper endoscopy screening for
esophageal varices, liver ultrasound and alfa—
fetoprotein screening for HCC, and ammonia levels
measured.) *look closely at these patients.*

6-11

— Absence of decompensated cirrhosis: no evidence of
endstage liver disease, such as ascites, jaundice,
esophageal varices or poor liver synthetic function
(e.g., albumin K 3.5 g/dL, total bilirubin > 1.5 mg/dL,
and prothrombin time international normalized ration
(INR) > 1.5.)

— Detectable HCV RNA levels higher than 50 IU/mL

Evidence of pen-portal or bridging fibrosis and at
least moderate inflammation and necrosis on liver
biopsy consistent with hepatitis C (HCV causes the
following changes in the liver: necrosis and
inflammation around portal areas, sometimes referred to
as piecemeal necrosis" or "interface hepatitis,"
necrosis of hepatocytes and focal inflammation in the
liver parenchyma, inflammation of cells in the portal
areas, and fibrosis. Fibrosis evolves through the
following stages: in the early stages fibrosis is
confined to the portal tracts, then in the intermediate
stages has greater involvement of the portal tracts
with bridging between portal areas or to central areas,
and finally to the late stages of frank cirrhosis).

— Absence of absolute contraindications to interferon
and nibavirin therapy as listed in Appendix 7,
Contraindications to Interferon or Ribavirin Therapy.

— No evidence of active substance abuse (check
urine toxicology screen if drug use suspected; check Sentry
for disciplinary actions related to drug or alcohol
use)

6-12

P12

NOTE: Inmates entering BOP custody on antiviral
therapy for hepatitis C should ordinarily be maintained
on treatment unless there is a clinical reason for
discontinuing the medications. Inmate candidates for
hepatitis C treatment entering BOP short-term detention
facilities should ordinarily not be started on
antiviral therapy. Treatment decisions should be
deferred until the inmate is sentenced and redesignated
to his or her final destination, or released.

Inmates with chronic hepatitis C should ordinarily be
evaluated for antiviral therapy in accordance with
**Appendix 8 - Evaluation Strategy for Treatment of
Hepatitis C** and the following considerations regarding
special studies:

6-13

- **HCV RNA assays:** Candidates for antiviral
therapy should have HCV viremia confirmed with a
qualitative HCV RNA assay that has a threshold of
detection > 50 IU/mL. HCV RNA levels are
considered "high" when greater than 2 million
copies/ml ($10^5$-$10^7$ IU/mL). High levels of HCV RNA
do not correlate with the degree of hepatitis or
fibrosis, but are inversely correlated with the
likelihood of responding to antiviral therapy.
Quantitative HCV RNA levels should be selectively
ordered for the following:

 - Measured prior to treatment and 12 weeks after
 starting treatment to determine the effectiveness
 of antiviral therapy in patients with HCV
 genotype 1

 — Measured to help assess the likelihood of
 treatment success in patients where the need or
 benefit of antiviral therapy is questionable.

- **Liver biopsy:** Inmate candidates for antiviral
therapy ordinarily require a liver biopsy to
assess the degree of fibrosis and inflammation and
to establish the need for treatment. In situations
where a liver biopsy is contraindicated, or where
compensated cirrhosis is suspected or previously
confirmed, empiric antiviral therapy may be
considered without a liver biopsy.

- **HCV genotype testing:** The HCV genotype should
be determined prior to prescribing antiviral
for hepatitis C since it helps determine
both the response to antiviral therapy and the
duration of therapy. However, the decision to
prescribe antiviral therapy should not be based
solely on the inmate's genotype. Once the HCV

6-14

genotype has been determined in a specific patient, serial genotype testing is not indicated, unless reinfection is suspected, since HCV genotypes do not change during the course of an infection.

- Screening studies: Prior to initiating antiviral therapy for chronic hepatitis C, inmates should be evaluated by a physician and screened for complicating co-morbid conditions or other causes of liver disease, including the following examinations: CBC with differential and platelet count, TSH, renal function, and serum chemistries, XIV antibody, HBsAg, pregnancy test for female inmates, psychiatrist or psychologist evaluation to screen for mental illness, anti-nuclear antibodies (ANA), serum ferritin, and other patient—specific diagnostic tests as indicated.

<u>Treatment options for chronic hepatitis C:</u>
Combination pegylated interferon/ribavirin is the preferred drug regimen for treating hepatitis C. Pegylated interferon is currently available in two formulations: PEG—intron® (Schering Corporation) and Pegasys® (Roche Pharmaceuticals) . A 24—week course of pegylated interferon and ribavirin is recommended for patients with genotypes 2 or 3; whereas a 48—week course of treatment is required for patients with genotype 1. The optimal duration of antiviral therapy is unknown for persons with genotypes 4, 5, 6, or nontypable HCV. These patients should be treated with the more aggressive 48-week course of treatment recommended for genotype 1 patients.

Note: Persons with genotypes 2 or 3 have a 76% to 82% response rate to pegylated interferon/ribavirin compared to persons with genotype 1, who have a 42% to 46% response rate.

Drug treatment regimens are Outlined in **Appendix 9, Drug Treatment Regimens for Chronic Hepatitis C and Dosage Adjustments.** Drug specific considerations include the following:'

- **Pegylated interferon:** Pegylated interferon is prescribed as a 1.5 mcg/kg subcutaneous injection, administered once weekly.

- **Nonpegylated interferon:** Nonpegylated interferon is prescribed as 3 million units, by subcutaneous injection, three times a week.

- **Ribavirin:** Ribavirin is prescribed as 400 mgs (two, 200 mg capsules) taken orally in the morning and 400 mgs taken orally in the evening, when prescribed in combination with pegylated interferon for persons with genotypes 2 or 3. When prescribed in combination with standard interferon, and for all patients with genotype 1, ribavirin dosing is weight-adjusted: 400 mgs (two, 200 mg capsules) taken orally in the morning and 600 mgs (three, 200 mg capsules) taken orally in the evening for persons weighing 75 kg or less; and 600 mgs (three, 200 mg capsules) taken orally in the morning and 600 mgs (three, 200 mg capsules) taken orally in the evening for persons weighing over 75 kg.

- **Other treatment options** for select patients include combination therapy with non-pegylated interferon/ribavirin or interferon preparations alone. Ribavirin is completely ineffective as monotherapy and should never be prescribed without interferon. Interferon monotherapy should be considered only when ribavirin is contraindicated.

## Interferon/ribavirin side effects and adverse reactions:

- **Interferon:** Both pegylated interferon
preparations have a similar side effect profile
compared to nonpegylated interferon.
The treating physician should ensure that the
inmate is aware of all potential side effects prior
to prescribing therapy. An influenza-like reaction
often occurs within 6—8 hours of initial treatment
with interferon. This acute reaction normally
abates with subsequent treatments and can be
partially aborted by premedication with
antipyretics.

Chronic side effects of fatigue, myalgia,
headaches, irritability, rage, confusion, and
neuropsychiatric disorders can occur with
interferon treatments. Severe incapacitating
depression can occur, even in persons without
previous histories of depression. Bone marrow
suppression of hematocrit, leukocyte count, and
platelet count are serious effects of interferon
that should be anticipated and monitored closely.
Thyroiditis, hyperthyroidism, and hypothyroidism
have been reported in 2.5—20 percent of persons
treated and often result in irreversible thyroid
dysfunction, even with cessation of drug therapy.
Inmates with side effects to interferon should have
their dosage reduced or therapy discontinued
depending on the severity of the side effects.
Serious sequelae occur in approximately 2% of
persons receiving interferon treatment and can
include: renal failure, pneumonitis, severe bone
marrow suppression, and suicide.

6-17

- **Ribavirin:**   Ribavirin causes a dose-related red cell hemolysis to variable degrees in nearly all persons who are treated. A decrease in the hemoglobin of 2 to 3 gm/dL and a decrease in hematocrit of 5% to 10% should be anticipated. Therefore, persons with a preexisting hemolysis or severe anemia (hemoglobin < 11 g or hematocrit < 33%) or underlying cardiovascular or cerebrovascular disease should not receive ribavirin. Anemia ordinarily develops between 1 and 4 weeks of therapy. Symptoms of sudden hemolysis such as dyspnea, fatigue, headache, and palpitations may develop. If anemia occurs ribavirin should be reduced in dosage or discontinued.

Ribavirin also causes histamine-like side effects such as nasal stuffiness and itching in an estimated 10% to 20% of treated persons. More severe effects can include an asthma-like syndrome or bronchitis

**NOTE: Ribavirin may cause fetal abnormalities. All female inmates of childbearing potential must have a pregnancy test prior to initiating therapy. Both women AND men must be counseled to use adequate birth control during treatment and 6 months after treatment is completed.**

## Treatment of chronic hepatitis C with co-morbid conditions:

- **Active substance abuse:** Inmates with histories of substance abuse and hepatitis C should be referred for drug education, nonresidential drug treatment, and residential drug treatment, as

6-18

appropriate and in accordance with BOP policy as a component of their treatment plan. The timing of antiviral therapy and participation in drug treatment programs should be coordinated on a case by case basis.

- **HBV and HCV co-infections:** Antiviral therapy for inmates with HBV and HCV co-infections should be initiated in consultation with a specialist, and with great caution, due to the uncertainty of the risks and benefits of different recommended treatments.

- **HIV and HCV co-infections:** HIV infection may cause chronic hepatitis C to progress more rapidly to cirrhosis. As XIV treatments have become more effective, chronic hepatitis C is an increasingly serious health problem for co-infected persons. Treatment indications and strategies for persons with HCV and HIV co-infections are evolving and unproven; therefore treatment decisions should be patient-specific while considering the following:

  - Treatment for XIV and HCV infections should not be initiated simultaneously.

  - For treatment naive patients, consider treating HIV infection first if the patient is a candidate for HIV therapy (AIDS or CD4+ T-cell count < 350 cells/mm3); otherwise consider treatment for HCV infection in the absence of absolute contraindications and the presence of liver disease.

  - For patients on antiretroviral therapy; consider therapy for hepatitis C with documented liver disease, if the XIV viral load is undetectable and the CD4+ T-cell count is > 350 cells/mm3.

6-19

— Persons with HIV infection may be at greater risk of developing hepatotoxicity during interferon/ribavirin therapy. ALT levels should be monitored every 1-2 months while on therapy.

- Ribavirin and didanosine (ddI) should ordinarily not be co-administered due to the increased risk of pancreatitis and lactic acidosis.

— The risk of psychiatric complications or hematologic problems with interferon and ribavirin therapy is greater in persons with HIV co-infection.

— In patients with compensated cirrhosis, the threshold for initiating interferon/ribavirin therapy should be lower due to the greater risk of liver failure.

**Monitoring inmates during treatment for chronic hepatitis C:**

Inmates should receive clinician evaluations while receiving antiviral therapy for hepatitis C that are generally consistent with the following:

— Clinician evaluations weekly for one month, then monthly thereafter, to assess drug side effects and potential complications (Note: Inmates with compensated cirrhosis are at greater risk of complications and require more frequent monitoring, as do patients who develop significant side effects or complications while on therapy)

— Psychiatry or psychology evaluations as clinically indicated during interferon treatments

6-20

— ALT at weeks 1, 2, and 4, and at 8-12 week intervals thereafter.

NOTE: An unusual but serious complication of interferon or interferon and ribavirin combination therapy is the paradoxical worsening of hepatitis. This is more likely to occur if the inmate is co-infected with hepatitis B and C. If ALT levels increase significantly, antiviral therapy should be discontinued and ALT levels should be monitored closely and further treatment provided in consultation with a subspecialist.

— Bilirubin, prothrombin time and other liver function studies with any new elevations in ALT or symptoms or signs of liver disease

— CBC with differential and platelet count at weeks 1, 2, and 4 and at 4-8 week intervals thereafter.

— Thyroid function studies every 3 to 6 months during interferon therapy

— Fundoscopic evaluation for inmates with diabetes or hypertension at baseline, repeated with any complaints of vision problems during treatment

— For genotype 1 (1a or 1b), administer antiviral therapy for 12 weeks and check quantitative HCV RNA assay. A minimum 2 log decrease in viral load after 12 weeks of treatment predicts a sustained viral response (SVR) and warrants continued treatment for another 36 weeks (total 48 weeks course of treatment). Antiviral therapy should be discontinued if HCV RNA levels do not adequately decline after 12 weeks of treatment.

6-21

- **For genotypes 2 and 3,** administer antiviral therapy for 24 weeks in all patients unless complications develop. At the end of treatment, check a qualitative HCV RNA assay to determine treatment response.

- ALT levels should be obtained every 2 months for 6 months following the completion of antiviral therapy.

- Follow-up qualitative HCV RNA assays should be obtained 24 weeks after the completion of therapy. Effective antiviral therapy results in a sustained viral response (SVR), defined as the absence of detectable HCV RNA in the serum measured by a qualitative HCV RNA assay with a lower limit of detection of 50 IU/mi or less at 24 weeks after the end of treatment.

**Retreatment of chronic hepatitis C:**
Patients who do not achieve a SVR following antiviral therapy can be categorized as nonresponders or relapsers.

- **Nonresponders:** These patients do not adequately respond to antiviral therapy by either(1) developing a SVR upon the completion of antiviral therapy or by (2) clearing viremia at a rate that predicts a SVR if treatment were continued.

- **Relapsers:** These patients clear HCV RNA from the serum by the end of treatment, but do not attain a SVR.

Retreatment of relapsers and nonresponders should be considered on a case by case basis while considering the following:

6-22

— Relapsers should not be retreated with the same regimen

— Long-term antiviral maintenance therapy is unproven and should not be prescribed.

— Retreatment should be considered for those inmates who are most likely to benefit from therapy and are at significant risk of disease progression by weighing the follow factors in combination:

— The severity of underlying liver disease determined by liver biopsy

— The viral genotype and other predictive factors that influence response rates

— The previous regimen and the relative potency of the new regimen

— The previous response to therapy

(The final version of guidelines will contain information on hepatitis D and infection control at this junction...)

**22.  PREVENTIVE MEASURES FOR PATIENTS WITH CIRRHOSIS**

The following preventive measures should be considered for inmates with viral hepatitis that is complicated by decompensated cirrhosis:

— Vaccination against influenza (annually), pneumococcal pneumonia, and hepatitis A and B (if susceptible)

— Patient education on selecting a low-salt, low fat, "heart healthy" diet

6-23

— Relapsers should not be retreated with the same regimen

— Long-term antiviral maintenance therapy is unproven and should not be prescribed.

— Retreatment should be considered for those inmates who are most likely to benefit from therapy and are at significant risk of disease progression by weighing the follow factors in combination:

— The severity of underlying liver disease determined by liver biopsy

- The viral genotype and other predictive factors that influence response rates

— The previous regimen and the relative potency of the new regimen

— The previous response to therapy

(The final version of guidelines will contain information on hepatitis D and infection control at this junction...)

**22.  PREVENTIVE MEASURES FOR PATIENTS WITH CIRRHOSIS**

The following preventive measures should be considered for inmates with viral hepatitis that is complicated by decompensated cirrhosis:

— Vaccination against influenza (annually), pneumococcal pneumonia, and hepatitis A and B (if susceptible).

— Patient education on selecting a low-salt, low fat, "heart healthy" diet

6-23

Appendix 8:    Evaluation Strategy for the Treatment
               of Chronic Hepatitis C

Appendix 9:    Drug Treatment Options for Chronic
               Hepatitis C

6-25

P25

(Ex. A8)

Appendix 7

## CONTRAINDICATIONS FOR INTERFERON/ RIBAVIRIN THERAPY*

**INTERFERON**
(standard and pegylated)

**Absolute Contraindications:**

Decompensated cirrhosis - e.g. albumin < 3, jaundice, ascites, varices, coagulopathy
Hypersensitivity to interferon
Solid organ transplantation
Active suicidal ideation or other neuropsychiatric condition that is poorly controlled
Active alcohol or illicit drug usage

**Relative Contraindications:**

Age > 63 years
Bone marrow dysfunction - neutropenia/thrombocytopenia
Hepatitis B coinfection
HIV infection with acquired immunodeficiency syndrome (AIDS)
Diabetes that is poorly controlled- Hemoglobin A1 > 8.5%
Renal insufficiency; creatinine clearance C 50 ml/min
History of alcohol or illicit drug usage within the past 6 months

**RIBAVIRIN**

**Absolute contraindications**

6-26

Pregnancy - due to risk of fetal malformations and fetal death (pregnancy test required prior to initiating therapy); NOTE: women of childbearing potential AND men must use two forms of effective contraception during treatment and during the six-months post-treatment follow-up period)

Hemoglobinopathies, hemolytic anemias or other severe anemias

Ischemic cardiovascular disease or cerebrovascular disease

Renal insufficiency - creatinine clearance < 50 ml/mm

*Refer to drug manufacturer's warnings in addition to highlighted contraindications

* Refer to drug manufacturer's warnings in addition to highlighted contraindications

6-27

## EVALUATION STRATEGY –
## TREATMENT OF CHRONIC HEPATITIS C

### Diagnose HCV Infection
EIA+ – high risk inmate
EIA+/RIBA+ – low risk inmate
ஒ

### Baseline evaluation

Medical history/assess alcohol use/substance abuse/counseling on risk reduction
Refer to drug education/drug treatment programs as appropriate
Physical examination/basic lab studies including liver enzymes/function studies
Evidence of compensated cirrhosis – consider antiviral therapy without liver biopsy
Evidence of decompensated cirrhosis – manage without antiviral therapy
No clinical/laboratory evidence of cirrhosis – monitor ALT and other liver parameters
ஒ

### ALT assessment

If ALT is two times normal – confirm elevation and refer for liver biopsy
If ALT is normal or C 2 times normal – biopsy with other evidence of liver disease
Assess for contraindications to interferon/ribavirin prior to liver biopsy
ஒ

### Confirm viremia prior to liver biopsy

HCV RNA – qualitative assay with threshold of 50 IU/mL
ஒ

6-28

P28

## Stage liver disease

Liver biopsy to assess degree of fibrosis and inflammation

If liver biopsy is normal or shows minimal fibrosis, monitor/rebiopsy in 3-5 years

If liver biopsy shows pan-portal or bridging fibrosis or cirrhosis - consider antiviral

tx

↓

### HCV genotype determination

If genotype 1 - obtain quantitative HCV RNA assay

If genotype 2 or 3 - obtain qualitative HCV RNA assay

↓

### Antiviral drug therapy

(HCV Genotype 2 or 3)

Treat with pegylated interferon/ribavirin combination therapy for 24 weeks and;

check qualitative HCV RNA at completion of treatment

(HCV Genotype 1)

Treat with pegylated interferon/ribavirin therapy and;

check HCV RNA quantitative assay at 12 weeks.

If viral levels have not decreased by 2 log ($10^2$) at 12 weeks - discontinue therapy;

otherwise continue therapy for 48 weeks.

Check HCV RNA assay at completion of treatment

↓

### Monitoring post-treatment

Repeat ALT every 2 months for 6 months after completion of effective therapy

Measure HCV RNA 6 months after completion of effective therapy

Referral to drug education/tx program if appropriate and not previously completed

6-29

Appendix 9

## Treatment Options for Chronic Hepatitis C

| Medication | Dosage | Baseline Tests | Monitoring | Toxicities | Comments |
|---|---|---|---|---|---|
| Interferon alpha | 3 million units SC 3x/week | history and physical; liver enzymes/function - e.g., ALT, AST, bilirubin, albumin, PT, alkaline phosphatase; liver biopsy; HCV genotype; HCV RNA assay; anti-HIV; HBsAg | clinician evaluation (every week X 1 month, then monthly); CBC (with diff and plts); TSH; renal function; ALT/liver function; screen for depression | fever; fatigue; myalgia; psychiatric (rage, confusion, depression); bone marrow suppression; thyroid dysfunction; renal failure | See "Contraindications"; rule out decompensated cirrhosis before treating |
| Ribavirin (Rebetol/any) 200 mg tabs | ≤75 kg: 400 mg PO q AM, 600 mg PO q PM; >75 kg: 600 mg PO BID | pregnancy testing; CBC (with diff and plts); chemistry panel; creatinine/BUN; thyroid function | psycho-physical evaluations as clinically needed; NOTE: women of childbearing potential AND men must use two forms of birth control during treatment AND during the 6 months after antiviral therapy is completed | hemolysis (5%-10% decrease in hct is expected); teratogenic | Note: ribavirin dosage differs for different HCV genotypes when used with pegylated interferon |
| Pegylated Interferon | 1.5 mcg/kg SC q week | psychological/psychiatric evaluation | | [See Interferon] | |
| Ribavirin (pegylated interferon) | genotype 2 or 3: 400 mg PO BID; genotype 1: same dosages as used when combined with non-pegylated interferon | | | [See ribavirin] | |

6-30

HEPATITIS C

**HEPATITIS B**

 

STAGE III          STAGE IV

ressive microscopic changes that may
tage I shows only mild inflammation
mmation with spread of fibrosis (scar
s that fibrosis has spread between por-
of nodules.

than a decade. The stages of liver
scope (see Figure 2B).
; when interpreting liver biopsies
quick translation:

---

*ninology*

:onic Persistent Hepatitis C or
d Chronic Active Hepatitis C
:onic Active Hepatitis C
h Fibrosis
rhosis

---

)od tests to monitor your condi-
e numbers really mean? Read the
tand the warning signals of five

4. clotting factors
5. complete blood count

Doctors frequently test blood in viral hepatitis patients because blood tests warn of changes. The most informative tests "dip" into this bloodstream to measure liver injury (enzymes) or assess liver function (bilirubin, albumin, clotting factors, complete blood count). At first, you may feel intimidated by medical terminology, acronyms, and numbers, but learning about these basic tests will help you understand your doctor's interpretation of results (see Table 2A). Hedy says:

> Who ever heard of this complicated stuff before hepatitis C? At first, I kept track of my liver enzymes religiously, writing each ALT and AST score on a yellow legal pad. I ignored the other numbers on the lab report.
>
> Now I understand that the other function tests let me know how my liver is coping with the infection—like looking into the liver without a microscope. I always ask for a copy of my test results, and I keep my own file. It helps me feel as if I'm doing all I can on my end.

**Liver Enzymes.** A liver cell produces proteins, called enzymes, that live within the cell or its membranes. In a way, you can think of your liver as a powerful chemical factory; it changes raw materials into the substances your body needs. Enzymes are catalysts that help a liver cell do its job of creating the specific chemical changes that give your body fuel to live. Here are the names of the enzymes you need to remember:

- ALT (SGPT)—alanine aminotransferase
- AST (SGOT)—aspartate aminotransferase
- GGT—gamma-glutamyl transferase
- alkaline phosphatase

By measuring their level in your blood, doctors can monitor ongoing liver injury. Why? Under normal conditions, the level of these enzymes in your bloodstream is relatively low. But when liver cells are injured, destroyed, or die, the cell becomes leaky, and the enzymes escape into the blood that's circulating through the liver. When the cell is injured, liver enzyme levels in the blood rise.

TABLE 2A. NORMAL AND ABNORMAL VALUES
FOR LABORATORY TESTS

| Test | Normal Range | Abnormal Range | |
| --- | --- | --- | --- |
| | | Mild to Moderate | Severe |
| **Liver Enzymes** | | | |
| AST | < 40 IU/L | 40–200 | > 200 |
| ALT | < 40 IU/L | 40–200 | > 200 |
| GGT | < 60 IU/L | 60–200 | > 200 |
| Alkaline Phosphatase | <112 IU/L | 112–300 | > 300 |
| **Liver Function Tests** | | | |
| Bilirubin | < 1.2 mg/dl | 1.2–2.5 | > 2.5 |
| Albumin | 3.5–4.5 g/dl | 3.0–3.5 | < 3.0 |
| Prothrombin Time | < 14 seconds | 14–17 | > 17 |
| **Blood Count** | | | |
| WBC | > 6000 | 3000–6000 | < 3000 |
| HCT | > 40 | 35–40 | < 35 |
| Platelets | > 150,000 | 100,000–150,000 | < 100,000 |

KEY:
IU = International Units
l = liter
dl = deciliter
mg = milligrams
AST (SGOT) = aspartate aminotransferase
ALT (SGPT) = alanine aminotransferase
GGT = gamma-glutamyl transferase
WBC = white blood count
HCT = hematocrit (percentage of blood occupied by red blood cells)

Massive liver injury is assoc
injury may be associated with
correlation is strongest at earli
opment of cirrhosis. However,
be high; therefore, ALT is no
damage.

What do the numbers me:
test values. Blood test patter:
injury. Typical hepatitis C pati
little or no increase in GGT ;
those who have an underly
obtain bile from the liver i:
tion in GGT and alkaline ph
titis C, I have even seen a prec
Patients tend to focus on t
are more important in measur

**Bilirubin.**

*After the birth of my seco
blood transfusions—I learnec
and ALT counts were only s
to me was raising my little b
wanted them to know their r
watch my bloodwork every th
I made it to my younges
changed. "Your bilirubin is u
feron."
There went the PTA a
interferon. A good trade.*

When red blood cells con
urally in your body, they pro
liver and excreted into bile.
pigment, which has no digest
els of bilirubin tend to fluct

EXHIBIT # 8

**LabCorp**®RVA

| Specimen # | Type | Primary Lab | Report Status |
|---|---|---|---|
| 090-891-0785-0 | S | KL | FINAL |

Additional Information

04-03-01    08:11

R 2L
NSPUN                          DOB:
ID- BA812431152                10/12/53

| Physician ID | RUIZ | Patient ID | TVOL |
|---|---|---|---|

N12401

| Patient Name | | Sex | Age (Yrs/Mos) |
|---|---|---|---|
| JOHNSON, RONNIE | | M | 047/05 |

Patient Address

Account

BIG MUDDY RIVER CORRECTIONAL C 1243115
% WEXFORD HEALTH SOURCE                OO
RT 37 SOUTH P O BOX 1000               OO
INA                    , IL  62846-
618-437-5300           INL

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 03/31/01 | 04/01/01 | 04/03/01 | 0970 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CBC WITH DIFFERENTIAL/PLATELET | | | | | |
| White Blood Cell (WBC) Count | 6.1 | | X 10-3/uL | 4.0 - 10.5 | KI |
| Red Blood Cell (RBC) Count | 5.48 | | X 10-6/uL | 4.10 - 5.60 | KI |
| Hemoglobin | 16.2 | | g/dL | 12.5 - 17.0 | KI |
| Hematocrit | 48.8 | | % | 36.0 - 50.0 | KI |
| MCV | 89 | | fL | 80 - 98 | KI |
| MCH | 29.5 | | pg | 27.0 - 34.0 | KI |
| MCHC | 33.1 | | g/dL | 32.0 - 36.0 | KI |
| RDW | 13.5 | | % | 11.7 - 15.0 | KI |
| Platelets | 252 | | X 10-3/uL | 140 - 415 | KI |
| Polys | 26 | L X | | 40 - 74 | K |
| Lymphs | 63 | H X | | 14 - 46 | K |
| Monocytes | 9 | | % | 4 - 13 | K |
| Eos | 1 | | % | 0 - 7 | K |
| Basos | 1 | | % | 0 - 3 | K |
| Polys (Absolute) | 1.6 | L X 10-3/uL | | 1.8 - 7.8 | K |
| Lymphs (Absolute) | 3.8 | X 10-3/uL | | 0.7 - 4.5 | K |
| Monocytes (Absolute) | 0.5 | X 10-3/uL | | 0.1 - 1.0 | K |
| Eos (Absolute Value) | 0.1 | X 10-3/uL | | 0.0 - 0.4 | K |
| Baso (Absolute) | 0.1 | X 10-3/uL | | 0.0 - 0.2 | K |
| | | | | | |
| COMP. METABOLIC PANEL (14) | | | | | |
| Glucose, Serum | 98 | | mg/dL | 65 - 109 | A |
| BUN | 17 | | mg/dL | 5 - 26 | K |
| Creatinine, Serum | 1.4 | | mg/dL | 0.5 - 1.5 | A |
| BUN/Creatinine Ratio | 12 | | | | |
| Sodium, Serum | 141 | | mmol/L | 135 - 148 | A |
| Potassium, Serum | 4.4 | | mmol/L | 3.5 - 5.5 | K |
| Chloride, Serum | 103 | | mmol/L | 96 - 109 | A |
| Carbon Dioxide, Total | 23 | | mmol/L | 20 - 32 | K |
| Calcium, Serum | 9.6 | | mg/dL | 8.5 - 10.6 | A |
| Protein, Total, Serum | 8.5 | | g/dL | 6.0 - 8.5 | A |
| Albumin, Serum | 4.4 | | g/dL | 3.5 - 5.5 | A |
| Globulin, Total | 3.9 | | g/dL | 1.5 - 4.5 | A |
| A/G Ratio | 1.1 | | | 1.1 - 2.5 | A |
| Bilirubin, Total | 0.6 | | mg/dL | 0.1 - 1.2 | A |
| Alkaline Phosphatase, Serum | 98 | | IU/L | 25 - 150 | A |
| AST (SGOT) | 70 | H | IU/L | 0 - 40 | A |
| ALT (SGPT) | 91 | H | IU/L | 0 - 40 | A |
| Hemoglobin A1c | | | | | |
| Hemoglobin A1c | 6.9 | H X | | 4.5 - 5.7 | A |

(Factors such as              The following ranges may be used
 duration of diabetes,         for interpretation of results:
 adherence to therapy,         HbA1c degree of glucose control:
 and therapy of the             <8% Action suggested*
 ?????                         >7% Goal of diabetic

REPORT

©2000 Laboratory Corporation of America
All Rights

# LabCorp®

| | Specimen # | Type | Primary Lab | Report Status | | | |
|---|---|---|---|---|---|---|---|
| | 227-106-0399-0 | S | KL | FINAL | PG 1 | OO 1 | |

| Clinical Information | 08/16/01 | 11:16 |
|---|---|---|

**TIME 1145**    Additional Information

DOB: 10/12/53
R L
CD- B4912431152    FASTING N

| Physician ID | RUIZ | Patient ID |
|---|---|---|
| | | N12401 |

| Patient Name | | Sex | Age (Yr/Mos) |
|---|---|---|---|
| JOHNSON, RONNIE | | M | 047/10 |

**Account**
BIG MUDDY RIVER CORRECTIONAL C 12431:
% WEXFORD HEALTH SOURCE            OO
RT 37 SOUTH P O BOX 1000           OO
INA                  , IL 62846-
618-437-5300    INL

Patient Address

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 08/15/01 | 08/15/01 | 08/16/01 | 1702 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| COMP. METABOLIC PANEL (14) | | | | | |
| Glucose, Serum | 74 | | mg/dL | 65 - 109 | |
| BUN | 22 | | mg/dL | 5 - 26 | |
| Creatinine, Serum | 1.5 | | mg/dL | 0.5 - 1.5 | |
| BUN/Creatinine Ratio | 14 | | | | |
| Sodium, Serum | 144 | | mmol/L | 135 - 148 | |
| Potassium, Serum | 4.5 | | mmol/L | 3.5 - 5.5 | |
| Chloride, Serum | 103 | | mmol/L | 96 - 109 | |
| Carbon Dioxide, Total | 24 | | mmol/L | 20 - 32 | |
| Calcium, Serum | 9.8 | | mg/dL | 8.5 - 10.6 | |
| Protein, Total, Serum | 7.9 | | g/dL | 6.0 - 8.5 | |
| Albumin, Serum | 4.1 | | g/dL | 3.5 - 5.5 | |
| Globulin, Total | 3.8 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.0 | L | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4 | | mg/dL | 0.1 - 1.2 | |
| Alkaline Phosphatase, Serum | 109 | | IU/L | 25 - 150 | |
| AST (SGOT) | 43 | H | IU/L | 0 - 40 | |
| ALT (SGPT) | 52 | H | IU/L | 0 - 40 | |
| Hemoglobin A1C | | | | | |
| Hemoglobin A1c | 5.3 | | % | 4.5 - 5.7 | |

Factors such as              The following ranges may be used
duration of diabetes,        for interpretation of results:
adherence to therapy         HgbA1c degree of glucose control:
and the age of the                 >8%   Action suggested*
patient should also be             7%    Goal of Diabetic
considered in assessing                  Therapy**
the degree of blood                6%    Normal
glucose control.

*High risk of developing long term complications such
as retinopathy, nephropathy, neuropathy, cardiopathy,
etc. **Some danger of hypoglycemic reaction in type
I diabetics. Some glucose intolerant individuals
and subclinical diabetics may demonstrate HgbA1c
levels in this area.

HgbA1c may be overestimated in diabetic patients exhibiting
poor control and who are also heterozygous or homozygous
for HgbS or HgbC. Total glycohemoglobin is a better
indicator of diabetic control in patients with these
hemoglobin variants.

LAB: KL LABCORP LOUISVILLE          DIRECTOR: JAMES MEYERS, MD
     4500 CONAEM DRIVE LOUISVILLE KY 02153-1961

JOHNSON, RONNIE          PATID: N12401    REPORTED DATE: 08/15/2004

©2000 Laboratory Corporation of America Holdings
All rights reserved

# LabCorp®

| Specimen # | | Type | Primary Lab | Report Status | |
|---|---|---|---|---|---|
| 261-106-0612-0 | | $ | KL | FINAL | PG |

TIME 1320

| | | Clinical Information | 09/19/01  11:18 |
|---|---|---|---|

DOB: 10/12/53

R

CD- CCE12431152   FASTING

| Physician ID | | Patient ID |
|---|---|---|
| | | N12401 |

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| JOHNSON, RONNIE | M | 047/11 |

Patient Address

Account

BIG MUDDY RIVER CORRECTIONAL C 12431
% WEXFORD HEALTH SOURCE          00
RT 37 SOUTH P O BOX 1000         00
INA              , IL  62846-
618-437-5300    INL

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 09/18/01 | 09/19/01 | 09/19/01 | 1891 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| COMP. METABOLIC PANEL (14) | | | | | |
| Glucose, Serum | 110 | H | mg/dL | 65 — 109 | |
| BUN | 19 | | mg/dL | 5 — 26 | |
| Creatinine, Serum | 1.3 | | mg/dL | 0.5 — 1.5 | |
| BUN/Creatinine Ratio | 14 | | | | |
| Sodium, Serum | 148 | | mmol/L | 135 — 148 | |
| Potassium, Serum | 4.5 | | mmol/L | 3.5 — 5.5 | |
| Chloride, Serum | 106 | | mmol/L | 96 — 109 | |
| Carbon Dioxide, Total | 21 | | mmol/L | 20 — 32 | |
| Calcium, Serum | 9.5 | | mg/dL | 8.5 — 10.6 | |
| Protein, Total, Serum | 8.1 | | g/dL | 6.0 — 8.5 | |
| Albumin, Serum | 4.2 | | g/dL | 3.5 — 5.5 | |
| Globulin, Total | 3.9 | | g/dL | 1.5 — 4.5 | |
| A/G Ratio | 1.0 | L | | 1.1 — 2.5 | |
| Bilirubin, Total | 0.3 | | mg/dL | 0.1 — 1.2 | |
| Alkaline Phosphatase, Serum | 118 | | IU/L | 25 — 150 | |
| AST (SGOT) | 52 | H | IU/L | 0 — 40 | |
| ALT (SGPT) | 74 | H | IU/L | 0 — 40 | |
| LIPID PANEL WITH LDL/HDL RATIO | | | | | |
| Cholesterol, Total | 152 | | mg/dL | 100 — 199 | |
| Triglycerides | 527 | H | mg/dL | 0 — 199 | |
| HDL Cholesterol | 29 | L | mg/dL | 35 — 150 | |
| VLDL Cholesterol Cal | | | | 5 — 40 | |

The calculation for the VLDL cholesterol is not valid when triglyceride level is 400 mg/dL

| LDL Cholesterol Calc | | | | 0 — 129 | |

Triglyceride result indicated is too high for an accurate LDL cholesterol estimation.

| LDL/HDL Ratio | | | | 0.0 — 3.6 | |

Unable to calculate result since non-numeric result obtained for component test.

LDL/HDL
Men  Women
1/2 Avg.Risk 1.0  1.5
Avg.Risk 3.6  3.2
2X Avg.Risk 6.3  5.0
3X Avg.Risk 8.0  6.1

LAB: KL LABCORP LOUISVILLE        DIRECTOR: JAMES MEYERS, MD
4500 CONAEM DRIVE LOUISVILLE, KY 40213-1961

© 2000 Laboratory Corporation of America Hol...
All rights Res...

JOHNSON, RONNIE       PATID: N12401       REPORT:
SPEC DATE: 09/18/2001