E-FILED
Thursday, 19 May, LabCorp 16 PM
Clerk, U.S. District Court, ILCD

| Specimen # | Type | Primary Lab | Report Status | | | |
|---|---|---|---|---|---|---|
| 079-106-0382-0 | S | KL | FINAL | PG 1 | 00 1 | |

TIME 1100   Additional Information

DOB: 10/12/53
CD- 31152

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| JOHNSON, RONNIE | M | 048/05 |

Clinical Information: 03/21/02  09:45

| Physician ID | Patient ID |
|---|---|
| GARCIA | N12401 |

Account: BIG MUDDY RIVER CORRECTIONAL C 124311
% WEXFORD HEALTH SOURCE  00
RT 37 SOUTH P O BOX 1000  00
INA , IL 62846-
618-437-5300  INL

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 03/20/02 | 03/21/02 | 03/21/02 | 3129 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CBC WITH DIFFERENTIAL/PLATELET | | | | | |
| White Blood Cell (WBC) Count | 6.1 | | X 10-3/uL | 4.0 - 10.5 | |
| Red Blood Cell (RBC) Count | 5.62 | H | X 10-6/uL | 4.10 - 5.60 | |
| Hemoglobin | 16.6 | | g/dL | 12.5 - 17.0 | |
| Hematocrit | 48.6 | | % | 36.0 - 50.0 | |
| MCV | 86 | | fL | 80 - 98 | |
| MCH | 29.6 | | pg | 27.0 - 34.0 | |
| MCHC | 34.3 | | g/dL | 32.0 - 36.0 | |
| RDW | 13.0 | | % | 11.7 - 15.0 | |
| Platelets | 212 | | X 10-3/uL | 140 - 415 | |
| Polys | 25 | L | % | 40 - 74 | |
| Lymphs | 58 | H | % | 14 - 46 | |
| Monocytes | 15 | H | % | 4 - 13 | |
| Eos | 1 | | % | 0 - 7 | |
| Basos | 1 | | % | 0 - 3 | |
| Polys (Absolute) | 1.5 | L | X 10-3/uL | 1.8 - 7.8 | |
| Lymphs (Absolute) | 3.6 | | X 10-3/uL | 0.7 - 4.5 | |
| Monocytes(Absolute) | 0.9 | | X 10-3/uL | 0.1 - 1.0 | |
| Eos (Absolute Value) | 0.1 | | X 10-3/uL | 0.0 - 0.4 | |
| Baso(Absolute) | 0.0 | | X 10-3/uL | 0.0 - 0.2 | |
| Hematology Comments | Note: | | | | |
|   Differential reviewed and confirmed. | | | | | |
| COMP. METABOLIC PANEL (14) | | | | | |
| Glucose, Serum | 94 | | mg/dL | 65 - 109 | |
| BUN | 18 | | mg/dL | 5 - 26 | |
| Creatinine, Serum | 1.3 | | mg/dL | 0.5 - 1.5 | |
| BUN/Creatinine Ratio | 13 | | | | |
| Sodium, Serum | 140 | | mmol/L | 135 - 148 | |
| Potassium, Serum | 4.3 | | mmol/L | 3.5 - 5.5 | |
| Chloride, Serum | 103 | | mmol/L | 96 - 109 | |
| Carbon Dioxide, Total | 24 | | mmol/L | 20 - 32 | |
| Calcium, Serum | 9.7 | | mg/dL | 8.5 - 10.6 | |
| Protein, Total, Serum | 8.0 | | g/dL | 6.0 - 8.5 | |
| Albumin, Serum | 4.0 | | g/dL | 3.5 - 5.5 | |
| Globulin, Total | 4.0 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.0 | L | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.5 | | mg/dL | 0.1 - 1.2 | |
| Alkaline Phosphatase, Serum | 110 | | IU/L | 25 - 150 | |
| AST (SGOT) | 62 | H | IU/L | 0 - 40 | |
| ALT (SGPT) | 83 | H | IU/L | 0 - 40 | |
| LIPID PANEL WITH LDL/HDL RATIO | | | | | |
| Cholesterol, Total | 160 | | mg/dL | 100 - 199 | |
| Triglycerides | 351 | H | mg/dL | 0 - 149 | |
| HDL Cholesterol | 29 | L | mg/dL | 40 - 59 | |

JOHNSON, RONNIE   PAT ID: N12401   REPORT SPEC DATE: 03/21/2002

**LabCorp**

| Specimen # | Type | Primary Lab | Report Status | | |
|---|---|---|---|---|---|
| 336-508-7043-0 | S | CB | FINAL | PG 1 | 03 1 |

TIME 0930
ST UB LV
CD- D7912301022

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| 217-735-5581 JOHNSON, RONNIE | M | |

Clinical Information: 12/03/02 09:36
Patient ID: 2401
Account: N12901
LOGAN CORRECTIONAL CENTER 12301
RR 3 PO BOX 1000
LINCOLN, IL 62656-
217-735-5581  ILB

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 12/02/02 | 12/02/02 | 12/03/02 | 4765 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| COMP. METABOLIC PANEL (14) | | | | | |
| Glucose, Serum | 103 | | mg/dL | 65 - 109 | |
| BUN | 21 | | mg/dL | 5 - 26 | |
| Creatinine, Serum | 1.5 | | mg/dL | 0.5 - 1.5 | |
| BUN/Creatinine Ratio | 14 | | | | |
| Sodium, Serum | 139 | | mmol/L | 135 - 148 | |
| Potassium, Serum | 4.9 | | mmol/L | 3.5 - 5.5 | |
| Chloride, Serum | 104 | | mmol/L | 96 - 109 | |
| Carbon Dioxide, Total | 27 | | mmol/L | 20 - 32 | |
| Calcium, Serum | 10.5 | | mg/dL | 8.5 - 10.6 | |
| Protein, Total, Serum | 8.7 | | g/dL | 6.0 - 8.5 | |
| Albumin, Serum | 4.4 | | g/dL | 3.5 - 5.5 | |
| Globulin, Total | 4.3 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.0 | | | 1.1 - | |
| Bilirubin, Total | 0.5 | | mg/dL | 0.1 - | |
| Alkaline Phosphatase, Serum | 101 | | IU/L | 25 - 150 | |
| AST (SGOT) | 91 | H | IU/L | 0 - | |

This serum sample was in contact
with the red cells when received.
This may adversely affect serum
chemistries.

| ALT (SGPT) | 122 | H | IU/L | | 0 - 40 | |
| URINALYSIS, ROUTINE | | | | | |
| URINALYSIS GROSS EXAM | | | | | |
| Specific Gravity | 1.020 | | | 1.005 - 1.030 | |
| pH | 5.0 | | | 5.0 - 7.5 | |
| Urine Color | Yellow | | | Yellow | |
| Appearance | Hazy | | | Clear | |
| WBC Esterase | NEGATIVE | | | Negative | |
| Protein | NEGATIVE | | | Negative/Trace | |
| Glucose | NEGATIVE | | | Negative | |
| Ketones | NEGATIVE | | | Negative | |
| Occult Blood | NEGATIVE | | | Negative | |
| Bilirubin | NEGATIVE | | | Negative | |
| Urobilinogen, Semi-Qn | 0.0 | | mg/dL | 0.0 - 1.9 | |
| Nitrite, Urine | NEGATIVE | | | Negative | |
| Microscopic Examination | | | | | |
| WBC/HPF | 0-3 | | | 0 - 5 | |
| RBC/HPF | 0-3 | | | 0 - 3 | |
| Epithelial Cells | 0-3 | | | 0 - 10 | |
| Casts/LPF | None Seen | | | | |
| Crystals | None | | | | |
| Mucus Threads | Moderate | | | None Seen | |
| Bacteria | Few | | | None Seen/Few | |

LIPID PANEL WITH LDL/HDL RATIO

JOHNSON, RONNIE    PAT ID: N12901    REPORT    SPEC. DATE: 12/02/2002

©2002 Laboratory Corporation of America® Holdings
All Rights Reserved



| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| HEPATIC FUNCTION PANEL (7) | | | | | |
| Protein, Total, Serum | 8.2 | | g/dL | 6.0 - 8.5 | |
| Albumin, Serum | 4.3 | | g/dL | 3.5 - 5.5 | |
| Bilirubin, Total | 0.5 | | mg/dL | 0.1 - 1.2 | |
| Bilirubin, Direct | 0.18 | | mg/dL | 0.00 - 0.40 | |
| Alkaline Phosphatase, Serum | 81 | | IU/L | 25 - 165 | |
| AST (SGOT) | 45 | H | IU/L | 0 - 40 | |
| ALT (SGPT) | 60 | H | IU/L | 0 - 40 | |

LAB: CB LABCORP DUBLIN    DIRECTOR: RICHARD MCVAY, MD
6370 WILCOX ROAD DUBLIN, OH 43016-1296

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 309-662-8842 LAB: 614-88
LAST PAGE OF REPORT



| Specimen # | Type | Primary Lab | Report Status | | | |
|---|---|---|---|---|---|---|
| 296-520-0233-0 | S | CB | FINAL | PG 1 | | **LabCorp®** |

TIME 0500
ST
Additional Information
DOB: 10/12/53
CD- HE912800972    FASTING Y

Patient: JOHNSON, RONNIE    Sex: M    Age (Yr/Mos): 050/00

Danville Correctional Center
Date Rec'd HCU: 10.27-03    10/24/03 07:35 E
M.D. Reviewed: RU
See Chart:
Schedule with M.D.
File:
Other:
Patient ID: N12401
DANVILLE CORRECTIONAL CENTER  128009
R.R. 5, RTE 136    05
DANVILLE, IL 61834-    05
0217-446-0441

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 10/23/03 | 10/23/03 | 10/24/03 | 5516 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CMP12+BAC | | | | | |
| CHEMISTRIES | | | | | |
| Glucose, Serum | 97 | | mg/dL | 65 - 109 | |
| Uric Acid, Serum | 8.2 | | mg/dL | 2.4 - 8.2 | |
| BUN | 20 | | mg/dL | 5 - 26 | |
| Creatinine, Serum | 1.4 | | mg/dL | 0.5 - 1.5 | |
| BUN/Creatinine Ratio | 14 | | | 8 - 27 | |
| Sodium, Serum | 139 | | mmol/L | 135 - 148 | |
| Potassium, Serum | 4.6 | | mmol/L | 3.5 - 5.5 | |
| Chloride, Serum | 99 | | mmol/L | 96 - 109 | |
| Calcium, Serum | 10.9 | H | mg/dL | 8.5 - 10.6 | |
| Phosphorus, Serum | 4.6 | H | mg/dL | 2.5 - 4.5 | |
| Protein, Total, Serum | 9.0 | H | g/dL | 6.0 - 8.5 | |
| Albumin, Serum | 4.7 | | g/dL | 3.5 - 5.5 | |
| Globulin, Total | 4.3 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.1 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.7 | | mg/dL | 0.1 - 1.2 | |
| Alkaline Phosphatase, Serum | 104 | | IU/L | 25 - 150 | |
| LD | 218 | | IU/L | 100 - 250 | |
| AST (SGOT) | 81 | H | IU/L | 0 - 40 | |
| ALT (SGPT) | 91 | H | IU/L | 0 - 40 | |
| GGT | 278 | H | IU/L | 0 - 65 | |
| Iron, Serum | 157 | H | ug/dL | 40 - 155 | |
| LIPIDS | | | | | |
| Cholesterol, Total | 151 | | mg/dL | 100 - 199 | |
| Triglycerides | 166 | H | mg/dL | 0 - 149 | |
| LIPID PANEL WITH LDL/HDL RATIO | | | | | |
| HDL Cholesterol | 41 | | mg/dL | 40 - 59 | |
| VLDL Cholesterol Cal | 33 | | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 76 | | mg/dL | 0 - 99 | |
| LDL/HDL Ratio | 1.8 | | ratio units | 0.0 - 3.6 | |

LDL/HDL
Men    Women
1/2 Avg. Risk  1.0    1.5
Avg. Risk  3.6    3.2
2X Avg. Risk  6.3    5.0
3X Avg. Risk  8.0    6.1

LAB: CB LABCORP DUBLIN    DIRECTOR: ROSE GOODWIN, MD
6370 WILCOX ROAD DUBLIN, OH 43016-1296

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 309-662-8842 LAB: 614-889-11
LAST PAGE OF REPORT

JOHNSON, RONNIE    PATID: N12401    REPORT    SPEC DATE: 10/23/2003
©2003 Laboratory Corporation of America. All Rights Reserved.