**LabCorp**

**E-FILED**
Thursday, 19 May 2005 58 PM
Clerk, U.S. District Court, ILCD

| Specimen # | Type | Primary Lab | Report Status | | |
|---|---|---|---|---|---|
| 336-520-0430-0 | S | CB | FINAL | PG | 1 |

TIME 0115
ST > V

DOB: 10/12/53
FASTING N

CD- HRE12800972

| Patient Name | | Sex | Age (Yr/Mos) |
|---|---|---|---|
| JOHNSON, RONNIE | | M | 050/01 |

DANVILLE CORRECTIONAL CENTER    128009
R. R. 5, RTE 136                           05
DANVILLE, IL  61834-                       05
217-446-0441

Physician ID: LOCHARD  See Chart
Patient ID: N12401
Account: DANVILLE CORRECTIONAL CENTER

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 12/02/03 | 12/02/03 | 12/03/03 | 5749 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CMP12+BAC | | | | | |
| Chemistries | | | | | |
| Glucose, Serum | 121 | H | mg/dL | 65 - 109 | |
| Uric Acid, Serum | 8.6 | H | mg/dL | 2.4 - 8.2 | |
| BUN | 19 | | mg/dL | 5 - 26 | |
| Creatinine, Serum | 1.5 | | mg/dL | 0.5 - 1.5 | |
| BUN/Creatinine Ratio | 12 | | | 8 - 27 | |
| Sodium, Serum | 139 | | mmol/L | 135 - 148 | |
| Potassium, Serum | 4.2 | | mmol/L | 3.5 - 5.5 | |
| Chloride, Serum | 100 | | mmol/L | 96 - 109 | |
| Calcium, Serum | 10.2 | | mg/dL | 8.5 - 10.6 | |
| Phosphorus, Serum | 5.2 | H | mg/dL | 2.5 - 4.5 | |
| Protein, Total, Serum | 8.3 | | g/dL | 6.0 - 8.5 | |
| Albumin, Serum | 4.5 | | g/dL | 3.5 - 5.5 | |
| Globulin, Total | 3.8 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.2 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.3 | | mg/dL | 0.1 - 1.2 | |
| Alkaline Phosphatase, Serum | 103 | | IU/L | 25 - 150 | |
| LDH | 180 | | IU/L | 100 - 250 | |
| AST (SGOT) | 68 | H | IU/L | 0 - 40 | |
| ALT (SGPT) | 85 | H | IU/L | 0 - 40 | |
| GGT | 381 | H | IU/L | 0 - 65 | |
| Iron, Serum | 78 | | ug/dL | 40 - 155 | |
| Lipids | | | | | |
| Cholesterol, Total | 175 | | mg/dL | 100 - 199 | |
| Triglycerides | 185 | H | mg/dL | 0 - 149 | |
| Hemoglobin A1c | | | | | |
| A1c | 5.9 | H | % | 4.5 - 5.7 | |

    Current guidelines recommend a treatment goal of <7% for
    diabetic patients. A1c may be overestimated in diabetic
    patients exhibiting poor control and who are also hetero-
    zygous or homozygous for HgbS or HbC. Total glyco-
    hemoglobin is a better indicator of diabetic control in
    patients with these hemoglobin variants.

    LAB: CB LABCORP DUBLIN              DIRECTOR: ROSE GOODWIN, MD
         6370 WILCOX ROAD, DUBLIN, OH 43016-1296

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT BRANCH: 309-662-8842 LAB: 614-889-
                        LAST PAGE OF REPORT

| Specimen # | Type | Primary Lab | Report Status | | | | | |
|---|---|---|---|---|---|---|---|---|
| 356-520-0286-0 | R | CB | FINAL | PG | 1 | | 01-22-04 | 13:57ET |
| TIME 0500 | | | | | 03    01 | | | |
| ST RD | | | DCB: | | Clinical Information | | | |
| | | | 10-12-53 | | Physician ID | Patient ID | TVOL | |
| | CD- BWU12800972 | | FASTING  Y | | LOCKHARD | N12401 | 0000 | |
| Patient Name | 000-000-0000 | Sex | Age Yr/Mo | Account | | | | |
| JOHNSON   , RONNIE | | M | 050.02 | DANVILLE CORRECTIONAL CENTER | | | 12800972 | |
| Pat Addr. | | | | | | | 05 | |
| Date Collected | Date Entered | Date Reported | | R.R. 5, RTE 136 | | | 05 | |
| 12/22/03 | 12/22/03  12/24/03 | | INQY | DANVILLE         , IL   61834- | | | | |
| | | | | 217-445-0441      ILB | | | | |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Lipid Panel With LDL/EDL Ratio | | | | | |
| Cholesterol, Total | 154 | | mg/dL | 100 -  199 | CB |
| Triglycerides | | | 614 H mg/dL | 0 -  149 | CB |
| Please Note: Specimen is lipemic. | | | | | |
| HDL Cholesterol | | | 31 L mg/dL | 40 -   59 | CB |
| VLDL Cholesterol Cal | | | mg/dL | 5 -   40 | |
| The calculation for the VLDL | | | | | |
| cholesterol is not valid when | | | | | |
| triglyceride level is >400 mg/dL. | | | | | |
| | | | | | |
| LDL Cholesterol Calc | | | mg/dL | 0 -   99 | |
| Triglyceride result indicated is | | | | | |
| too high for an accurate LDL | | | | | |
| cholesterol estimation. | | | | | |
| LDL/HDL Ratio | | | ratio units | 0.0 -  3.6 | |
| Unable to calculate result since non- | | | | | |
| numeric result obtained for component | | | | | |
| test. | | | | | |

```
                                            LDL/HDL
                                          Men  Women
                          1/2 Avg.Risk 1.0   1.5
                             Avg.Risk 3.6   3.2
                          2X Avg.Risk 6.3   5.0
                          3X Avg.Risk 8.0   6.1
```

| HBsAb+HBsAb&Ag | | | | | |
|---|---|---|---|---|---|
| Hep B Surface Ag | NEG | | | Negative | CB |
| Hep B Core Ab, Tot | POS | | | Negative | CB |
| **Verified by repeat analysis** | | | | | |

| Hep B Surface Ab | <2.0 | | mIU/mL | | CB |
|---|---|---|---|---|---|

Values > 10.0 have been reported
by the CDC to be consistent with
immunity to Hepatitis B.

Interpretation:
A positive result for this test
by itself does not indicate acute
phase of Hepatitis B infection.
Anti-HBc IgM must be positive to
diagnose acute infection.

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call  502-456-4700

REPORT                © 2003 Laboratory Corporation of America® Holdings
JOHNSON    , RONNIE                    N12401                     12/22/03         All Rights Reserved

| Specimen # 356-520-0286-0 | Type R | Primary Lab CB | Report Status FINAL | PG 2 | 03  01 Clinical information | | | **LabCorp** | |
|---|---|---|---|---|---|---|---|---|---|
| TIME 0500 | | Additional information | | | | | | 01-22-04  13:57ET | |
| ST RD | | | DOB: | | | | | | |
| | | | 10-12-53 | | Physician ID | | Patient D | TVOL | |
| | CD- HWU12800972 | | FASTING  Y | | | LOCKHARD | N12401 | 0000 | |
| Patient Name 000-000-0000 | | Sex | Age (Y/M/Dы) | Account | | | | | |
| **JOHNSON**   **, RONNIE** | | M | 050.02 | DANVILLE CORRECTIONAL CENTER | | | | 12800972 | |
| Pat. Addr | | | | | | | | 05 | |
| | | | - | R.R. 5, RTE 135 | | | | 05 | |
| Date Collected | Date Entered | Date Reported | | DANVILLE | | , IL | 61834- | | |
| 12/22/03 | 12/22/03 | 12/24/03 | INQY | 217-446-0441 | | ILB | | | |
| | **TESTS** | | **RESULT** | **FLAG** | **UNITS** | | **REFERENCE INTERVAL** | | **LAB** |

Hep C Virus Ab                                                     Negative          CB

                        Result: REPEATEDLY REACTIVE
            **Verified by repeat analysis**
    .

----------------------------------------------------------------------
LAB: CB LabCorp Dublin                     DIRECTOR: Rose      A Goodwin      MD
        6370 Wilcox Road Dublin, OH  43016-1296
----------------------------------------------------------------------

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 309-652-8842 LAB: 614-889-1061

                            LAST PAGE OF REPORT

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call  502-456-4700

|                                        | REPORT | |
|---|---|---|
| JOHNSON      , RONNIE | N12401 | © 2003 Laboratory Corporation of America® Holdings |
| | 12/22/03 | All Rights Reserved |

**LabCorp®**

| Specimen # | Type | Primary Lab | Report Status | | | | |
|---|---|---|---|---|---|---|---|
| 007-520-0260-0 | S | CB | FINAL | PG | 1 | 00    1 | |

Clinical Information    01/08/04    07:36

TIME 1250
ST
Additional Information

DOB: 10/12/53
CD- E3X12800972    FASTING N

Physician ID    LOCHARD    Patient ID    N12401

| Patient Name | | Sex | Age (Yr/Mos) |
|---|---|---|---|
| JOHNSON, RONNIE | | M | 050/02 |

Account

DANVILLE CORRECTIONAL CENTER    128009
                                                      05
R.R. 5, RTE 136                            05
DANVILLE        , IL  61834-
217-446-0441    ILB

Patient Address

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 01/07/04 | 01/07/04 | 01/08/04 | 5964 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Hepatic Function Panel (7) | | | | | |
| Protein, Total, Serum | 8.6 | H | g/dL | 6.0 - 8.5 | |
| Albumin, Serum | 4.6 | | g/dL | 3.5 - 5.5 | |
| Bilirubin, Total | 0.9 | | mg/dL | 0.1 - 1.2 | |
| Bilirubin, Direct | 0.34 | | mg/dL | 0.00 - 0.40 | |
| Alkaline Phosphatase, Serum | 71 | | IU/L | 25 - 150 | |
| AST (SGOT) | 84 | H | IU/L | 0 - 40 | |
| ALT (SGPT) | 102 | H | IU/L | 0 - 40 | |

This serum sample was in contact
with the red cells when received.
This may adversely affect serum
Chemistries.

LAB: CB LabCorp Dublin                    DIRECTOR: Rose Goodwin, MD
        6370 Wilcox Road Dublin, OH 43016-1296

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT. BRANCH: 309-662-8842 LAB: 614-889-1
                        LAST PAGE OF REPORT.

Danville Correctional Center
Date Rec'd HCU 1 · 9 · 04
M.D. Reviewed:
    See Chart:
Schedule with M.D.
        File
        Other
Dr _____ Date 1-14-04



Page 5 of 5

**LabCorp®**

| 4-520-0245-0 | S | CB | FINAL | PB | 1 | 03 | 1 |

IME 1415
BT LV

Additional Information

DOB: 10/12/53

Clinical Information 01/15/04 18:08 ET

Physician ID LOCHARD    Patient ID N12401

CD- H3P12800972

| Name | Sex | Age (Yr/Mos) |
| JOHNSON, RONNIE | M | 050/03 |

Account
DANVILLE CORRECTIONAL CENTER    1280097
05
R.R. 5, RTE 136
DANVILLE    , IL 61834-
217-446-0441    ILB
05

Address

| Date Collected | Date Entered | Date Reported |
| 1/14/04 | 01/14/04 | 01/15/04 | 6004 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| With Differential/Platelet | | | | | |
| White Blood Cell (WBC) Count | 7.0 | | X 10-3/uL | 4.0 - 10.5 | CI |
| Red Blood Cell (RBC) Count | 6.06 | H | X 10-6/uL | 4.10 - 5.60 | CI |
| Hemoglobin | 18.1 | H | g/dL | 12.5 - 17.0 | CI |
| Hematocrit | 52.3 | H | % | 36.0 - 50.0 | CI |
| MCV | 86 | | fL | 80 - 98 | CI |
| MCH | 29.9 | | pg | 27.0 - 34.0 | CI |
| MCHC | 34.7 | | g/dL | 32.0 - 36.0 | CI |
| RDW | 13.3 | | % | 11.7 - 15.0 | CI |
| Platelets | 231 | | X 10-3/uL | 140 - 415 | CI |
| Nys | 49 | | % | 40 - 74 | CI |
| Lymphs | 43 | | % | 14 - 46 | CI |
| Monocytes | 8 | | % | 4 - 13 | CI |
| Eos | 0 | | % | 0 - 7 | CI |
| Basos | 0 | | % | 0 - 3 | CI |
| Polys (Absolute) | 3.4 | | X 10-3/uL | 1.8 - 7.8 | CI |
| Lymphs (Absolute) | 3.0 | | X 10-3/uL | 0.7 - 4.5 | CI |
| Monocytes(Absolute) | 0.6 | | X 10-3/uL | 0.1 - 1.0 | CI |
| Eos (Absolute Value) | 0.0 | | X 10-3/uL | 0.0 - 0.4 | CI |
| Baso(Absolute) | 0.0 | | X 10-3/uL | 0.0 - 0.2 | CI |
| | | | | | CI |
| Thyroid Panel With TSH | | | | | |
| TSH | 1.529 | | uIU/mL | 0.350 - 5.500 | CI |
| Thyroxine (T4) | 12.5 | H | ug/dL | 4.5 - 12.0 | CI |
| T3 Uptake | 21 | L | % | 24 - 39 | CI |
| Free Thyroxine Index | 2.6 | | | 1.2 - 4.9 | |
| -1 083824 | | | | | |
| -1 Abs-EIA | | | | | CI |
| HIV-1 Abs, Qual | | | | | CI |

Result: NEGATIVE by EIA screen.
No antibodies to HIV-1 detected.

| Antinuclear Antibodies (ANA) | See Below | | | NEG (=1:40 | CI |
| Speckled Pat. | 1:40 | | | | CI |

Negative    <=1:40
Borderline  =1:80
Positive    >=1:160

CI

Note:
   A positive ANA result may occur in healthy individuals or
   be associated with a variety of diseases. See interpre-
   tation below :

| Pattern | Antigen Detected | Suggested Disease Association |
|---|---|---|
| Homogeneous (Smooth) | DNA(ds,ss,), Histone | High titers - SLE |

JOHNSON, RONNIE    PATID: N12401    REPORT
SPEC DATE: 01/14/2004

©2003 Laboratory Corporation of America® Holdings
All Rights Reserved