LabCorp E-FILED
Thursday, 19 May, 2006 03:36:54 PM
Clerk, U.S. District Court, ILCD

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0245-0 | S | CB | FINAL | PG 2 | 03 1 | | |

| | | | | | |
|---|---|---|---|---|---|
| ME 1415 | Additional Information | | DOB: 10/12/53 | Clinical Information | |
| | CD- H3P12800972 | | | Physician ID LOCHARD | Patient ID N12401 |
| Name JHNSON, RONNIE | | Sex M | Age (Yr/Mos) 050/03 | Account DANVILLE CORRECTIONAL CENTER | 1280097? 05 |
| Address | | | | R.R. 5, RTE 136 | 05 |
| s Collected 1/14/04 | Date Entered 01/14/04 | Date Reported 01/15/04 | 6004 | DANVILLE , IL 61834- 217-446-0441 ILB | |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Speckled | Sm, RNP, SCL-70, SS-A/SS-B | | | SLE,MCTD,Scleroderma,Sjogrens | |
| Nucleolar | SCL-70, PM-1/SCL | | | High titers Scleroderma Polymyositis/Scleroderma Overlap | |
| Centromere | Centromere | | | PSS w/Crest syndrome variable | |

LAB: CB LabCorp Dublin          DIRECTOR: Rose Goodwin, MD
6370 Wilcox Road Dublin, OH 43016-1296

INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 309-662-8842  LAB: 888-200-543?
LAST PAGE OF REPORT

Danville Correctional Center
Date Rec'd HCU 1-16-04
M.D. Reviewed:
See Chart:
Schedule with M.D.
File:
Other:
Dr. _Shute_ Date 1-16-04

JHNSON, RONNIE          PATID: N12401          REPORT SPEC DATE: 01/14/2004

©2003 Laboratory Corporation of America® Holdings
All Rights Reserved

**LabCorp**

| Specimen # | | | | | | |
|---|---|---|---|---|---|---|
| 070-520-0333-0 | 5 | CB FINAL PG | | | 03/12/04 | 18:0 |

TIME 1015
ST
CD- JMH12800972   FASTING N
DOB: 10/12/53

Physician ID: SCHAEFER
Patient ID: N12401

| Patient Name | Sex | Age (Yr Mos) |
|---|---|---|
| JOHNSON, RONNIE | M | 050/04 |

Account: DANVILLE CORRECTIONAL CENTER   128
R.R. 5, RTE 136
DANVILLE, IL 61834-
217-446-0441   ILB

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 03/10/04 | 03/10/04 | 03/12/04 | 6369 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LA |
|---|---|---|---|---|---|
| Hepatitis Panel (4) | | | | | |
| Hep A Ab, IgM | Negative | | | Negative | |
| Interpretation: No current or recent Hepatitis A infection indicated. | | | | | |
| Hep B Surface Ag | Negative | | | Negative | |
| Hep B Core Ab, IgM | Negative | | | Negative | |
| Hep C Virus Ab | | | | Negative | |
| Result: REPEATEDLY REACTIVE | | | | | |

LAB: ACB LabCorp Dublin        DIRECTOR: Rose Goodwin, MD
6370 Wilcox Road Dublin, OH 43016-1296

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 309-662-8842 LAB: 614-889-
LAST PAGE OF REPORT

Danville Correctional Center
Date Rec'd HCU  3-15-04
M.D. Reviewed:
   See Chart:
Schedule with M.D.
   (File)
   Other:
Dr. _____  Date 3-15-04

JOHNSON, RONNIE    PAT ID: N12401    REPORT SPEC DATE: 03/10/2004

©2003 Laboratory Corporation of America
All Rights Re

**LabCorp**

| Specimen # | Type | Primary Lab | Report Status |
|---|---|---|---|
| 103-520-0202-0 | S | CP | FINAL |

TIME 1045
2ND LV WH(FR)
CD- ITC12800373  FASTING N

Patient Name: JOHNSON, RONNIE
Sex: M
Age (Yr.Mos): 050/06
DOB: 10/12/53

Date Collected: 04/12/04
Date Entered: 04/12/04
Date Reported: 04/16/04  6640

Clinical Information: 04/16/04  04:0
Physician ID: LOCHARD
Patient ID: N12401
Account: DANVILLE CORRECTIONAL CENTER  128
R.R. 5, RTE 136
DANVILLE, IL 61834-
217-446-0441  ILB

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL |
|---|---|---|---|---|
| CMP12+8AC | | | | |
| Chemistries | | | | |
| Glucose, Serum | 75 | | mg/dL | 65 - 99 |
| Uric Acid, Serum | 7.1 | | mg/dL | 2.4 - 8.2 |
| BUN | 14 | | mg/dL | 5 - 26 |
| Creatinine, Serum | 1.3 | | mg/dL | 0.5 - 1.5 |
| BUN/Creatinine Ratio | 11 | | | 8 - 27 |
| Sodium, Serum | 139 | | mmol/L | 135 - 148 |
| Potassium, Serum | 4.3 | | mmol/L | 3.5 - 5.5 |
| Chloride, Serum | 99 | | mmol/L | 96 - 109 |
| Calcium, Serum | 10.4 | | mg/dL | 8.5 - 10.6 |
| Phosphorus, Serum | 4.1 | | mg/dL | 2.5 - 4.5 |
| Protein, Total, Serum | 8.7 | H | g/dL | 6.0 - 8.5 |
| Albumin, Serum | 4.8 | | g/dL | 3.5 - 5.5 |
| Globulin, Total | 3.9 | | g/dL | 1.5 - 4.5 |
| A/G Ratio | 1.2 | | | 1.1 - 2.5 |
| Bilirubin, Total | 0.6 | | mg/dL | 0.1 - 1.2 |
| Alkaline Phosphatase, Serum | 75 | | IU/L | 25 - 150 |
| LDH | 180 | | IU/L | 100 - 250 |
| AST (SGOT) | 50 | H | IU/L | 0 - 40 |
| ALT (SGPT) | 55 | H | IU/L | 0 - 40 |
| GGT | 86 | H | IU/L | 0 - 65 |
| Iron, Serum | 124 | | ug/dL | 40 - 155 |
| Lipids | | | | |
| Cholesterol, Total | 154 | | mg/dL | 100 - 199 |
| Triglycerides | 156 | H | mg/dL | 0 - 149 |
| Hepatic Function Panel (7) | | | | |
| Bilirubin, Direct | 0.24 | | mg/dL | 0.00 - 0.40 |
| Hemoglobin A1c | | | | |
| A1c | 5.8 | H | % | 4.5 - 5.7 |

Current guidelines recommend a treatment goal of <7% for diabetic patients. A1c may be overestimated in diabetic patients exhibiting poor control and who are also heterozygous or homozygous for HgbS or HgbC. Total glycohemoglobin is a better indicator of diabetic control in patients with these hemoglobin variants.

HCV RNA, PCR, Qualitative
Hepatitis C RNA-PCR        POSITIVE        Negative
HCV RNA DETECTED

Comment:
Patient's specimen is POSITIVE for Hepatitis C Virus RNA by the Polymerase Chain Reaction (PCR) Amplification and DNA Probe Detection method. PCR results should be used in con-

JOHNSON, RONNIE    PATID: N12401    REPORT    ©2003 Laboratory Corporation
                                    SPEC DATE: 04/12/2004

**LabCorp**

| Specimen # | Type | Primary Lab | Report Status | | | |
|---|---|---|---|---|---|---|
| 103-520-0202-0 | S | CB | FINAL | PG | 2 | |

TIME 1045
2ST LV WH(FR)
DOB: 10/12/53
CD- JTC12800972   FASTING N

| Patient Name | Sex | Age (Yr./Mos) |
|---|---|---|
| JOHNSON, RONNIE | M | 050/06 |

04/16/04  04:05

Physician ID - LOCHARD
Patient ID: N12401

Account: DANVILLE CORRECTIONAL CENTER   1280
R.R. 5, RTE 136
DANVILLE, IL 61834-
217-446-0441   ILB

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 04/12/04 | 04/12/04 | 04/16/04 | 6640 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

junction with other laboratory test results and the patient's clinical profile. For inquiries, please call CMBP Customer Service at 1-800-533-0567 ext. 4060.

| Amylase, Serum | 161 | H | U/L | 0 - 99 | |
| Lipase, Serum | 32 | | U/L | 0 - 59 | |

LAB: CB LabCorp Dublin                    DIRECTOR: Rose Goodwin, MD
     6370 Wilcox Road Dublin, OH 43016-1296

LAB: TG LabCorp RTP                       DIRECTOR: Myla Lai-Goldman, MD
     1912 Alexander Drive RTP, NC 27709-0000

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 309-663-6451 LAB: 614-889-
                           LAST PAGE OF REPORT

Danville Correctional Center
Date Rec'd HCU 4-16-04
M.D. Reviewed:
    -See Chart-
Schedule with M.D.
    File
    Other
Dr. _____  Date 4-16-04

JOHNSON, RONNIE    PAT ID: N12401    REPORT    SPEC DATE: 04/12/2004

©2003 Laboratory Corporation of America
All Rights Re[served]

# LabCorp

| Specimen # | Type | Primary Lab | Report Status | | | |
|---|---|---|---|---|---|---|
| 120-520-0309-0 | S | CB | FINAL | PG 1 | 00 1 | |

TIME 1000  Additional Information
LB

CD- JXT12800972  DOB: 10/12/53  FASTING N

Clinical Information: 04/30/04  06:06

Physician ID: SCHAEFFER    Patient ID: N12401

| Patient Name | Sex | Age (Yr/Mos) | Account |
|---|---|---|---|
| JOHNSON, RONNIE | M | 050/06 | DANVILLE CORRECTIONAL CENTER 12800 |

Patient Address:
R. R. 5, RTE 136
DANVILLE, IL 61834-
217-446-0441   ILB

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 04/29/04 | 04/29/04 | 04/30/04 | 6707 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| PT AND PTT | | | | | |
| INR | 1.1 | L | | 2.0 - 3.5 | |

INR reference interval applies to patients on anticoagulant therapy. Suggested INR therapeutic range for oral anticoagulant therapy: (Stabilized anticoagulated patients)

Routine Therapy:  2.0 - 3.0
Recurrent Myocardial Infarction or
Mechanical Prosthetic Valves:  2.5 - 3.5

| Prothrombin Time | 12.1 | | sec | 8.8 - 13.0 | |

Reference intervals for nonmedicated patients:

| APTT | 35 | | sec | 24 - 40 | |

For general guidelines on Heparin monitoring, refer to the LabCorp Directory of Services.

LAB: CB LabCorp Dublin
6370 Wilcox Road Dublin, OH 43016-1296

DIRECTOR: Rose Goodwin, MD

FOR INQUIRIES THE PHYSICIAN MAY CONTACT: BRANCH: 309-663-6451 LAB: 614-889-1
- LAST PAGE OF REPORT -

Danville Correctional Center
Date Rec'd HCU: 5-1-04
M.D. Reviewed:
See Chart
Schedule with M.D.
Other:
Dr. _____  Date 5-11-04