05415-P1361
RPK:dkl
G:\61\P1361\P1361PMI 006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| RONNIE V. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No.: 04-2110 |
| | ) |
| WEXFORD HEALTH SOURCES, INC., | ) |
| MARY MILLER, HEALTH CARE UNIT | ) |
| ADMINISTRATOR and DOCTOR RONALD | ) |
| SCHAEFER, MD, | ) |
| | ) |
| Defendants. | ) |

### MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendants, WEXFORD HEALTH SOURCES, INC. ("Wexford") and DR. RONALD SCHAEFER, M.D., by their attorneys, Richard P. Klaus and Keith B. Hill of Heyl, Royster, Voelker, & Allen, respectfully submit this Motion for an Extension of Time to Respond to Plaintiff's Motion for Summary Judgment. For their Motion, Defendants state as follows:

1.  On June 8, 2004, Plaintiff, Ronnie V. Johnson, filed his Complaint pursuant to 42 U.S.C. § 1983 alleging that Wexford Health Sources, Inc. ("Wexford"), Mary Miller, Health Care Unit Administrator, and Dr. Ronald Schaefer, M.D. had violated his Eighth Amendment rights. (Pl.'s Compl. ¶¶ 1, 2).

2.  The gravamen of Plaintiff's Complaint is that Plaintiff is dissatisfied with the treatment he is receiving for his Hepatitis C. Specifically, he complains that Defendants are not properly testing or treating him for the illness. (Pl.'s Compl. ¶¶ 1, 2).

HEYLROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

3. On December 29, 2004, Mary Miller filed her Motion to Dismiss Plaintiff's Complaint.

4. On February 25, 2005, Wexford and Dr. Schaefer moved to dismiss Plaintiff's Complaint, arguing that Plaintiff's Complaint should be dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 12(b)(6) because Plaintiff has failed to state a claim upon which relief can be granted; and that Plaintiff's Complaint should be dismissed against Wexford pursuant to Fed. R. Civ. P. Rule 12(b)(6) because Plaintiff's Complaint fails to sufficiently allege a Wexford policy that a Wexford employee followed, which caused the alleged deprivation of Plaintiff's Eighth Amendment right.

5. On March 7, 2005, Plaintiff filed his response to the motions to dismiss.

6. On May 19, 2005, Plaintiff filed his Motion for Summary Judgment.

7. The motions to dismiss remain pending before this Court.

8. It is in the interest of judicial economy to defer briefing and determination of Plaintiff's Motion for Summary Judgment until such time as the Court determines the issues raised in the motions to dismiss.

9. This motion for extension of time is timely.

10. At all times relevant to this motion, Plaintiff was incarcerated at the Danville Correctional Center in Danville, Illinois.

WHEREFORE, WEXFORD HEALTH SOURCES, INC. and DR. RONALD SCHAEFER, M.D., respectfully request that this Court enter an Order extending time to respond to Plaintiff's Motion for Summary Judgment until twenty-one (21) days from the date the Court rules on Defendants' pending motions to dismiss, or alternatively until twenty-one (21) days from the date the Court rules on this motion.

HEYL ROYSTER VOELKER &ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

                                                WEXFORD HEALTH SOURCES, INC.
and RONALD SCHAEFER, M.D.,
Defendants

| s/ Richard P. Klaus | s/ Keith B. Hill |
|---|---|
| Attorney for Defendants | Attorney for Defendants |
| Heyl, Royster, Voelker & Allen | Heyl, Royster, Voelker & Allen |
| Suite 300 | Suite 300 |
| 102 E. Main Street | 102 E. Main Street |
| P.O. Box 129 | P.O. Box 129 |
| Urbana, IL 61803-0129 | Urbana, IL 61803-0129 |
| 217-344-0060 Phone | 217-344-0060 Phone |
| 217-344-9295 Fax | 217-344-9295 Fax |
| E-mail: rklaus@hrva.com | E-mail: khill@hrva.com |

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Kelly Choate
Attorney at Law
Illinois Attorney General's Office
Assistant Attorney General
500 South Second Street
Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Ronnie V. Johnson
Register No. N-12401
Danville Correctional Center
3820 E. Main St.
Danville, IL 61834

                                         s/ Richard P. Klaus
                                         Attorney for Defendants
                                         Heyl, Royster, Voelker & Allen
                                         Suite 300
                                         102 E. Main Street
                                         P.O. Box 129
                                         Urbana, IL 61803-0129
                                         217-344-0060 Phone
                                         217-344-9295 Fax
                                         E-mail: rklaus@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

4