E-FILED
Thursday, 09 June, 2005 11:26:32 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RONNIE V. JOHNSON, #N-12401, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 04-2110 |
| ) | |
| WEXFORD HEALTH SOURCES, INC., ) | |
| MARY MILLER, HEALTH CARE UNIT ) | |
| ADMINISTRATOR, DOCTOR RONALD ) | |
| SCHAEFER, MD, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO STAY

NOW COMES the Defendant, MARY MILLER, by and through her attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby submits her motion to stay response to Plaintiff's Motion for Summary Judgment. In support thereof, Defendant states as follows:

1.  Plaintiff filed his Motion for Summary Judgment on May 19, 2005.

2.  Defendant Miller filed a Motion to Dismiss on December 29, 2004, which, if granted would dispose of this case in its entirety.

3.  To date, there has been no ruling on the Defendant's Motion to Dismiss.

4.  Defendant Miller asks this Court to stay her response to Plaintiff's Motion for Summary Judgment until after ruling on her motion to dismiss.

5.  Should this Court deny Defendant Miller's motion to stay, Defendant Miller requests an additional fourteen days after the denial to respond to Plaintiff's motion.

WHEREFORE, for the above and foregoing reasons, Defendant Miller prays this Honorable Court grant her motion to stay response to Plaintiff's Motion for Summary Judgment until it has ruled on her pending Motion to Dismiss. Further Defendant Miller prays, in the alternative, if the motion to stay is denied, she be granted an additional fourteen days after the denial to respond to Plaintiff's motion for summary judgment.

Respectfully submitted,

MARY MILLER,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois

By: s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RONNIE V. JOHNSON, #N-12401, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>WEXFORD HEALTH SOURCES, INC., )<br>MARY MILLER, HEALTH CARE UNIT )<br>ADMINISTRATOR, DOCTOR RONALD )<br>SCHAEFER, MD, )<br>)<br>Defendants. ) | No. 04-2110 |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 9, 2005, I electronically filed a Motion to Stay with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Keith Brandon Hill
    khill@hrva.com

    Richard P. Klaus
    rklaus@hrva.com

and I hereby certify that on June 9, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

    Ronnie V. Johnson, #N-12401
    Danville Correctional Center
    3820 East Main Street
    Danville, Illinois  61834

    Respectfully Submitted,
    s/ Kelly R. Choate
    Kelly R. Choate, #6269533
    Assistant Attorney General
    Attorney for Defendant
    500 South Second Street
    Springfield, Illinois  62706
    Telephone:  (217) 782-9026
    Facsimile:   (217) 524-5091
    E-Mail:  kchoate@atg.state.il.us