AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Wednesday, 06 July, 2005  01:56:19 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**RONNIE V. JOHNSON,**
**Plaintiff,**

vs.                                                    Case Number:   **04-2110**

**WEXFORD HEALTH SOURCES, INC., et al,**
**Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the case is dismissed pursuant to Fed. R. Civ. P. Rule 12(b)(6).  The plaintiff's complaint is terminated for failure to state a claim upon which relief may be granted. Judgment is entered in favor of the defendants and against the plaintiff.

ENTER this 6th day of July 2005.

JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK

s/K. Wynn
BY:  DEPUTY CLERK